AO 442 (Rev 01/09) Arrest Warrant

FID 11718129

# UNITED STATES DISTRICT COURT
для
District of Columbia

RECEIVED
By USMS District of Columbia District Court at 2:06 pm, Sep 18, 2024

United States of America
v.
MALONE LAM

*Defendant*

)
) Case: 1:24-cr-00417
) Assigned To : Judge Colleen Kollar-Kotelly
) Assign. Date : 9/17/2024
) Description: INDICTMENT (B)
)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MALONE LAM
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349  (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date: 09/17/2024

*Issuing officer's signature*

City and state:    Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/18/24, and the person was arrested on *(date)* 9/18/24
at *(city and state)* Miami, FL

Date: 9/19/24

Joel Church, SDUSM SD/FL
*Arresting officer's signature*

Godyaces S. Sepeacta WM SD/FL
*Printed name and title*