AO 442 (Rev 01/09) Arrest Warrant                                       FID 11718129

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED** By USMS District of Columbia District Court at 2:06 pm, Sep 18, 2024

United States of America
v.
MALONE LAM

*Defendant*

) Case: 1:24-cr-00417
) Assigned To : Judge Colleen Kollar-Kotelly
) Assign. Date : 9/17/2024
) Description: INDICTMENT (B)

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   MALONE LAM
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1349  (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date: 09/17/2024

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/18/24, and the person was arrested on *(date)* 9/18/24
at *(city and state)* Miami, FL

Date: 9/19/24

Joel Church, SDUSM SD/FL
*Arresting officer's signature*

Godyaces S. Sellaeta WSM SD/FL
*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>**MALONE LAM**<br><br>_Defendant_ | )<br>)<br>) Case No.<br>)<br>)<br>) **24-MJ-3998-VALLE** |

FILED BY M O D.C.
SEP 19 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   **MALONE LAM**

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:   09/17/2024

_Issuing officer's signature_

City and state:   Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____, and the person was arrested on _(date)_ _____
at _(city and state)_   _____

Date:   _____

_Arresting officer's signature_

_Printed name and title_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term
Grand Jury Sworn in on June 14, 2024

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | <u>UNDER SEAL</u>   24-MJ-3998-VALLE |
| | : | |
| MALONE LAM, | : | VIOLATIONS: |
| Also known as "Anne Hathaway," | : | |
| Also known as "$$$," and | : | COUNT 1: |
| | : | 18 U.S.C. § 1349 |
| JEANDIEL SERRANO, | : | (Conspiracy to Commit Wire Fraud) |
| Also known as "VersaceGod," | : | |
| Also known as "@SkidStar," | : | COUNT 2: |
| | : | 18 U.S.C. § 1956(h) |
| Defendants. | : | (Conspiracy to Launder Monetary Instruments) |
| | : | |
| | : | FORFEITURE: |
| | : | 18 U.S.C. §§ 981 and 982, 21 U.S.C. § 853(p), and 28 U.S.C. § 2461(c) |

Case: 1:24-cr-00417
Assigned To : Judge Colleen Kollar-Kotelly
Assign. Date : 9/17/2024
Description: INDICTMENT (B)

### INDICTMENT

The Grand Jury charges that, at all times material to this Indictment, on or about the dates and times stated below:

### The Conspiracy

1. From at least in or around August 2024 and continuing through at least September 2024, **MALONE LAM ("LAM")** and **JEANDIEL SERRANO ("SERRANO")** conspired with each other and others to carry out cryptocurrency thefts and to launder stolen cryptocurrency through various cryptocurrency exchanges and mixing services.

2. The co-conspirators in this scheme included, among others,

a. **MALONE LAM,** who used the online monikers "Anne Hathaway," and "$$$" to coordinate and execute cryptocurrency fraud; and

b. **JEANDIEL SERRANO,** who used the online monikers "VersaceGod" and "@SkidStar" to coordinate and execute cryptocurrency fraud.

### Purpose of the Conspiracy

3. The object of the conspiracy was for **LAM, SERRANO**, and others (collectively, the "co-conspirators") to unjustly enrich themselves by targeting victims for cryptocurrency thefts and fraud and laundering the proceeds to disguise the origin and ownership of the stolen cryptocurrency.

### Manner and Means

4. Beginning at least in or around August 2024 until at least September 2024, **LAM, SERRANO**, and other co-conspirators, within the District of Columbia and elsewhere, carried out the conspiracy through the following manner and means, among others:

a. Co-conspirators, including **LAM, SERRANO,** and others gained access to victim cryptocurrency accounts and unlawfully transferred victim funds into their possession.

b. Co-conspirators, including **LAM, SERRANO,** and others laundered fraud proceeds through various cryptocurrency exchanges and mixing services in an attempt to conceal and disguise the origin and ownership of the stolen proceeds.

c. Co-conspirators, including **LAM, SERRANO,** and others used the illegally obtained cryptocurrency to purchase international travel, service at

nightclubs, numerous luxury automobiles, watches, jewelry, designer handbags, and to pay for rental homes in Los Angeles and Miami.

5. Among other things, on or about August 18, 2024, in furtherance of the conspiracy and to effect the objects thereof, the co-conspirators, including **LAM** and **SERRANO**, engaged in digital communications with Victim-1 in Washington, D.C., and through such communications fraudulently obtained the means to, and fraudulently did, transfer and steal over 4,100 Bitcoin ("BTC") (then worth over $230,000,000.00) from Victim-1.

### COUNT ONE
### (18 U.S.C. § 1349)
### (Conspiracy to Commit Wire Fraud)

6. Paragraphs 1 through 5 are re-alleged herein.

7. Beginning on a date unknown, but no later than in or around August 2024, and continuing until in or around at least September 2024, within the District of Columbia and elsewhere, the defendants,

**MALONE LAM and
JEANDIEL SERRANO**

did knowingly and willfully conspire, confederate, and agree, with each other and with other persons, to commit wire fraud by devising, intending to devise, and engaging in a scheme to defraud and to obtain money, property, and cryptocurrency from Victim-1 and others by means of materially false and fraudulent pretenses, representations, and promises, and for the purpose of executing and attempting to execute the scheme to defraud, did knowingly cause to be transmitted by means of wire communications in interstate commerce, writings, signs, signals, pictures, and sounds.

(In violation of Title 18, United States Code, Section 1349)

## COUNT TWO
## (18 U.S.C. § 1956(a)(1)(B)(i))
## (Laundering of Monetary Instruments)

8.    Paragraphs 1 through 5 are re-alleged herein.

9.    From in or around at least August 2024 and continuing through at least September 2024, in the District of Columbia and elsewhere, the defendants,

**MALONE LAM and
JEANDEIL SERRANO**

did knowingly combine, conspire, and agree with each other and with other persons known and unknown to the Grand Jury to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: the movement of $230,000,000 in stolen cryptocurrency which involved the proceeds of a specified unlawful activity, that is an offense under Title 18, United States Code, Section 1349, relating to the conspiracy to commit wire fraud as alleged in Count One of the Indictment, knowing that the transactions were designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## MANNER AND MEANS

10.    The manner and means used to accomplish the objectives of the conspiracy included, among others,

    a.    Co-conspirators including **LAM** and **SERRANO**, directly and through others, transferring portions of the $230,000,000 in stolen cryptocurrency between multiple cryptocurrency addresses and through cryptocurrency

        mixers and exchanges for the purpose of concealing ownership and disguising the origin and current location of the stolen funds.

    b.    Co-conspirators including **LAM** and **SERRANO** using peel chains and pass-through wallet addresses for the purpose of concealing ownership and disguising the location of the stolen funds.

    c.    Co-conspirators including **LAM** and **SERRANO** attempting to obfuscate their identities by using virtual private network ("VPN") services to attempt to mask their true IP addresses.

(In violation of Title 18, United States Code, Sections 1956(h) and 1956(a)(1)(B)(i))

## FORFEITURE ALLEGATION

11.    Upon conviction of the offense alleged in Count One of this Indictment, the defendants **LAM** and **SERRANO** shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to this offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

12.    Upon conviction of the offense alleged in Count Two of this Indictment, the defendants **LAM** and **SERRANO** shall forfeit to the United States any property, real or personal, involved in these offenses, and any property traceable to such property, pursuant to 18 U.S.C. § 982(a)(1).

## MONEY JUDGMENT

13.    In the event of conviction, the United States will seek a forfeiture money judgment against the defendants.

## SUBSTITUTE ASSETS

14. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty;

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p).

(Criminal Forfeiture, pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(1); Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p)).

A TRUE BILL

FOREPERSON

*Matthew M. Graves/jph*
MATTHEW M. GRAVES
ATTORNEY FOR THE UNITED STATES
IN AND FOR THE DISTRICT OF COLUMBIA

# MINUTE ORDER

Page 10

## Magistrate Judge Alicia O. Valle

Atkins Building Courthouse - 9th Floor   Date: 9/19/2024   Time: 2:00 p.m.

Defendant: Malone Lam   J#: 36792-511   Case #: 24-MJ-3998-VALLE(SEALED)
AUSA: Anthony Reynolds   Attorney: Yisel Valera for Jeffrey Weiner (TEMP)
Violation: District of Columbia/WARR/INDICT/Conspiracy to commit wire fraud   Surr/Arrest Date: 9/18/24   YOB: 2004

Proceeding: Initial Appearance   CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No   Recommended Bond:
Bond Set at:   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs   Language: English

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Disposition:
- Defendant advised of his rights & charges
- Defendant sworn
- Govt request to unseal complaint - Granted -
- Defense request to reset for Detention Hrg, PRC & Removal Hrg - Granted -

Time from today to ____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel: 9/20/24   10:00am   Duty   Miami
PTD/Bond Hearing: "   "   "   "
Prelim/Arraign or Removal: "   "   "   "
Status Conference RE:
D.A.R. 14:38:37, 16:14:45   Time in Court: 8 mins

s/Alicia O. Valle
Magistrate Judge

# COURT MINUTES

Page 12

## Magistrate Judge Alicia O. Valle

Atkins Building Courthouse - 9th Floor         Date: 9/20/2024    Time: 10:00 a.m.

Defendant: Malone Lam                J#: 36792-511   Case #: 24-3998-MJ-VALLE
AUSA: Jonathan Stratton              Attorney: Jeffrey Weiner (TEMP) & Diego Weiner (TEMP)
Violation: Warr/Ind/District of Columbia/Conspiracy to Commit Wire Fraud, Money Laundering
Proceeding: RRC, PTD, Removal                CJA Appt:
Bond/PTD Held: ☒ Yes ☐ No    Recommended Bond: Pretrial Detention
Bond Set at: Pretrial Detention              Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs          Language: English

☐ Report to PTS as directed/or ___ x's a week/month by phone; ___ x's a week/month in person

Disposition:
*No Brady Order*

☐ Random urine testing by Pretrial Services Treatment as deemed necessary

- Atty Diego Weiner present filed a Temporary notice of appearance in open court;

☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education

- Detention Hearing held;
- Gov't seeks PTD based on risk of flight/danger

☐ No contact with victims/witnesses
☐ No firearms
☐ Not to encumber property

- S/A Justin Gallenstein, FBI sworn and testified

☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___

- Court granted Gov't ore tenus Mtn for PTD, flight/danger.

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

- Deft. Waived Identity Hearing
- Court Ordered Deft. Removed to the District of Columbia

☐ Travel extended to: ___
☐ Other: ___

NEXT COURT APPEARANCE   Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 12:01:05                              Time in Court: 35 minutes

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 24-mj-3898-Valle

United States of America
    Plaintiff,
v.

Malone Lam

Charging District's Case No. 1:24-CR-00417

    Defendant.

_____/

## WAIVER OF RULE 5 & 5.1 REMOVAL/IDENTITY HEARINGS

I understand that I have been charged in another district, the

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;
(2) an identity hearing to determine whether I am the person named in the charges;
(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;
(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;
(5) a hearing on any motion by the government for detention;
(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my rights to: **(check those that apply)**

[X] An identity hearing and production of the warrant.

[ ] A preliminary hearing.

[ ] A detention hearing in the Southern District of Florida.

[ ] An identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled to in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:

_____
Defendant's Signature

_____
ALICIA O. VALLE
United States Magistrate Judge

# United States District Court
## Southern District of Florida
Case No. 24-3998-MJ-VALLE

UNITED STATES OF AMERICA,

v.

Charging District's Case No. 1:24-cr-417-CKK

Malone Lam,
(USM# 36792-511)
_____/

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the District of Columbia.

Jeffrey Weiner (TEMP-for the SD/FL) **was appointed to represent Defendant for proceedings in this District.**

The defendant remains in custody after the initial appearance in the Southern District of Florida.

**IT IS ORDERED** that the United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

**DONE AND ORDERED** at Miami, Florida on 9/20/2024.

*Alicia O. Valle*
Alicia O. Valle
United States Magistrate Judge

AOV,CLOSED,INTERPRETER

# U.S. District Court
## Southern District of Florida (Miami)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-03998-AOV All Defendants

Case title: USA v. LAM

Date Filed: 09/19/2024

Date Terminated: 09/23/2024

Assigned to: Magistrate Judge Alicia O. Valle

**Defendant (1)**

| | | |
|---|---|---|
| **Malone Lam**<br>36792-511<br>*YOB: 2004; English*<br>*TERMINATED: 09/23/2024* | represented by | **Diego Weiner**<br>JEFFREY S. WEINER, P.A.<br>9130 S. DADELAND BLVD.<br>SUITE 1910<br>MIAMI, FL 33156<br>305 670-9919<br>Email: lawfirm@jeffweiner.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary*<br><br>**Yisel Villar**<br>Jeffrey S. Weiner, P.A.<br>9130 S. Dadeland Boulevard<br>Suite 1910<br>Miami, FL 33156<br>3056709919<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Temporary* |

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

WARRANT\DISTRICT OF COLUMBIA\INDICTMENT\Instruments) U.S.C. § 1349 (Conspiracy to Commit Wire Fraud); 18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

**Disposition**

**Plaintiff**

| USA | represented by | **Noticing AUSA CR TP/SR**<br>Email: Usafls.transferprob@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 09/19/2024 | 1 | Magistrate Judge Removal of Indictment from District of Columbia Case number in the other District 1:24-cr-00417 as to Malone Lam (1). (kan) (Entered: 09/20/2024) |
| 09/19/2024 | 2 | Order to Unseal as to Malone Lam. Signed by Magistrate Judge Alicia O. Valle on 9/19/2024. (fbn) (Entered: 09/20/2024) |
| 09/19/2024 | 3 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Yisel Villar appearing for Malone Lam. (fbn) (Entered: 09/20/2024) |
| 09/19/2024 | 4 | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Initial Appearance in Rule 5(c)(3)/Rule 40 Proceedings as to Malone Lam held on 9/19/2024. Date of Arrest or Surrender: 9/18/2024. Defense request to reset Detention, Report Re: Counsel, and Removal-GRANTED. Pretrial Detention Hearing set for 9/20/2024 at 10:00 AM in the Miami Division before MIA Duty Magistrate Judge. Removal Hearing set for 9/20/2024 at 10:00 AM in the Miami Division before MIA Duty Magistrate Judge. Report Re: Counsel Hearing set for 9/20/2024 at 10:00 AM in the Miami Division before MIA Duty Magistrate Judge. Attorney added: Yisel Valdes for Malone Lam (Digital 14:38:37; 16:14:45) Signed by Magistrate Judge Alicia O. Valle on 9/19/2024. (fbn) (Entered: 09/20/2024) |
| 09/20/2024 | | Attorney update in case as to Malone Lam. Attorney Yisel Valdes terminated/removed (Attorney added in error). (jc) (Entered: 09/20/2024) |
| 09/20/2024 | 5 | NOTICE OF TEMPORARY ATTORNEY APPEARANCE: Diego Weiner appearing for Malone Lam. (fbn) (Entered: 09/23/2024) |
| 09/20/2024 | 6 | Minute Order for proceedings held before Magistrate Judge Alicia O. Valle: Status Conference RE: Detention Hearing and Removal; Report RE: Counsel as to Malone Lam held on 9/20/2024. Attorney filed a temporary notice of appearance in open court. Detention hearing held. Witness: Special Agent Justin Gallenstein, FBI sworn and testified. The Court grants the Government request for PTD based on flight and danger. Defendant waived removal hearing see waiver of executed. Court ordered defendant removed to the District of Columbia. (Digital 12:01:05) Signed by Magistrate Judge Alicia O. Valle on 9/20/2024. (ogn1) (Entered: 09/23/2024) |
| 09/20/2024 | 7 | WAIVER of Rule 5(c)(3)/Rule 40 Hearing by Malone Lam (aw) (Entered: 09/23/2024) |

| | | |
|---|---|---|
| 09/20/2024 | 9 | Notice of Criminal Transfer to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Malone Lam. Your case number is:.1:24-cr-417-CKK. Docket sheet and documents attached. If you require certified copies of any documents, please call our Records Section at 305-523-5210. *Attention Receiving Court*: *If you wish to designate a different email address for future transfers, send your request to TXND at: InterDistrictTransfer_TXND@txnd.uscourts.gov.* (aw) (Entered: 09/23/2024) |
| 09/20/2024 | 10 | **ORAL** MOTION - Government's Ore tenus Motion to Detain Defendant by USA as to Malone Lam. (kan) (Entered: 09/23/2024) |
| 09/23/2024 | 8 | COMMITMENT TO ANOTHER DISTRICT as to Malone Lam. Defendant committed to District of Columbia. Closing Case for Defendant. Signed by Magistrate Judge Alicia O. Valle on 9/20/2024. *See attached document for full details.* (aw) (Entered: 09/23/2024) |