## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| | )    **Case No. 1:24-cr-417-CKK** |
| **v.** | ) |
| | ) |
| **JEANDIEL SERRANO** | ) |
|     **Defendant** | ) |

## <u>ORDER</u>

Upon consideration of the Defendant's Motion for Revocation of Detention Order, it is hereby,

**ORDERED**, that the Motion is **GRANTED**, and it is hereby,

**FURTHERED ORDERED**, that the Defendant, Jeandiel Serrano, is released from custody and placed on home detention.


_____                                _____

**DATE**                                              **COLLEEN KOLLAR-KOTELLY**
                                                  **UNITED STATES DISTRICT JUDGE**