

Paulette Pagán <paulette@pricebenowitz.com>

## RE: SEALED - U.S. v. Jeandiel Serrano 1:24-cr-417
1 message

**Shania Fennell** <Shania.Fennell@psa.gov>  Wed, Oct 9, 2024 at 12:48 PM
To: Paulette Pagán <paulette@pricebenowitz.com>
Cc: PSA US District Court Team <PSADistrictCourt@psa.gov>

Good Afternoon,

   PSA has screened the following individuals as requested, for Jeandiel Serrano detention hearing that is scheduled for 10/10/2024:

Daiana Morales (maiden name Serrano-Irizarry) has been deemed eligible to serve as a third-party custodian; however, PSA would defer to the court due to her work schedule. She is currently employed as a Patient Care Coordinator, working Monday – Friday from 8:00 am to 5:00 pm.

Shania Fennell

Pretrial Services Officer

United States District Court, Team 2

Pretrial Services Agency for the District of Columbia

E. Barrett Prettyman United States District Courthouse

333 Constitution Avenue, N.W. Suite 2762

Washington, DC, 20001

Office: 202-585-7494

Cell: 202-923-6104

Main: 202-442-1000

Email: Shania.Fennell@psa.gov



---

**From:** Paulette Pagán <paulette@pricebenowitz.com>
**Sent:** Wednesday, October 9, 2024 9:42 AM
**To:** Da'Shanta' Valentine-Lewis <Da'Shanta'.Valentine-Lewis@psa.gov>
**Cc:** PSA US District Court Team <PSADistrictCourt@psa.gov>
**Subject:** Re: SEALED - U.S. v. Jeandiel Serrano 1:24-cr-417