UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JEANDIEL SERRANO,<br>Defendant. | Criminal Action No. 24-417-2 (CKK) |

**ORDER**
(October 18, 2024)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**, that Defendant's [17] Motion to Revoke Detention Order is **DENIED**.

**SO ORDERED**.

**Dated:** October 18, 2024

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge