NOTICE OF APPEARANCE IN A CRIMINAL CASE

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                      Criminal Number  24-CR-417

Malone Lam
            (Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA            ☒ RETAINED            ☐ FEDERAL PUBLIC DEFENDER

/s/ Scott P. Armstrong
*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Scott Armstrong, DC Bar 993851
*(Attorney & Bar ID Number)*
McGovern Weems LLC
*(Firm Name)*
1015 15th Street, NW, Suite 1030
*(Street Address)*
Washington, DC                                       20005
*(City)            (State)            (Zip)*
202-978-1267
*(Telephone Number)*