IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 24-CR-417 (CKK) |
| Malone Lam, ) | |
| ) | Judge Colleen Kollar-Kotelly |
| Defendant. ) | |

# MOTION FOR THE ADMISSION OF ATTORNEY PATRICK J. QUEENAN TO APPEAR *PRO HAC VICE*

Undersigned counsel respectfully moves, under Local Rule 44.1 and as a sponsoring member of the Bar of the Court, for the admission *pro hac vice* of non-member attorney Patrick J. Queenan as co-counsel representing Defendant Malone Lam in the above-captioned case. In support of this motion, I have attached the declaration of Mr. Queenan, which provides the information set forth in Local Rule 44.1(c)(2).

Undersigned counsel therefore respectfully requests that the Court grant this motion and permit non-member attorney Patrick J. Queenan to appear *pro hac vice* in this matter.

Respectfully submitted,

/s/ Scott P. Armstrong
Scott Armstrong
McGovern Weems, PLLC
1050 15th Street, Suite 1030, NW
Washington, D.C. 20005
DC Bar No. 993851
Telephone: (202) 978-1267
Email: scott@mcgovernweems.com

*Counsel for Malone Lam*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Motion was served on all counsel of record via ECF as of the date of filing, November 5, 2024.

/s/ Scott P. Armstrong
Scott Armstrong
McGovern Weems, PLLC
1050 15th Street, Suite 1030, NW
Washington, D.C. 20005
DC Bar No. 993851
Telephone: (202) 978-1267
Email: scott@mcgovernweems.com