```
 1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLUMBIA
 2
     * * * * * * * * * * * * * * *    )
 3   UNITED STATES OF AMERICA,        )   Criminal Action
                                      )   No. 24-00417-CKK
 4              Plaintiff,            )
                                      )
 5     vs.                            )
                                      )
 6   MALONE LAM,                      )   Washington, D.C.
                                      )   November 1, 2024
 7              Defendant.            )   1:14 p.m.
                                      )
 8   * * * * * * * * * * * * * * *    )

 9

10      TRANSCRIPT OF HYBRID RETURN ON ARREST WARRANT/INITIAL
                         APPEARANCE/ARRAIGNMENT
11       (TRANSCRIBED FROM THE FTR DIGITAL AUDIO RECORDING)
            BEFORE THE HONORABLE MOXILA A. UPADHYAYA
12                 UNITED STATES MAGISTRATE JUDGE

13

     APPEARANCES:
14
     FOR THE GOVERNMENT:       KEVIN L. ROSENBERG, ESQ.
15                             UNITED STATES ATTORNEY'S OFFICE
                                 FOR THE DISTRICT OF COLUMBIA
16                             601 D Street, Northwest
                               Washington, D.C. 20530
17
     FOR THE DEFENDANT:        SCOTT ARMSTRONG, ESQ.
18                             McGOVERN WEEMS, LLC
                               1015 15th Street, Northwest
19                             Suite 1030
                               Washington, D.C. 20005
20
     FOR PRETRIAL SERVICES:    LAKEISHA FORBES
21
     TRANSCRIBED BY:           LISA EDWARDS, RDR, CRR
22                             Official Court Reporter
                               United States District Court for the
23                               District of Columbia
                               333 Constitution Avenue, Northwest
24                             Room 6706
                               Washington, D.C. 20001
25                             (202) 354-3269
```

1       THE COURTROOM DEPUTY:  Your Honor, we have sealed
2  Case 24-CR-417, the United States of America versus Malone
3  Lam.
4       This matter is set for a return on arrest warrant,
5  initial appearance and arraignment.
6       Parties, please introduce yourselves for the
7  record, starting with the Government.
8       MR. ROSENBERG:  Your Honor, good afternoon.  Kevin
9  Rosenberg for the United States.
10      At this time, we also move to unseal the
11 indictment.
12      THE COURT:  Okay.  Good afternoon.
13      I will grant the motion to unseal the indictment.
14      MR. ARMSTRONG:  Good afternoon, your Honor.  Scott
15 Armstrong for Mr. Lam, who is present.
16      THE COURT:  Good afternoon, Mr. Armstrong.
17      Good afternoon, Mr. Lam.
18      THE COURTROOM DEPUTY:  Mr. Lam, will you stand and
19 raise your right hand.
20      THE COURT:  Wait.  I'm sorry.  Do we have pretrial
21 here?
22      THE PRETRIAL SERVICES OFFICER:  Good afternoon,
23 your Honor.  Lakeisha Forbes on behalf of Pretrial Services
24 Agency.
25      THE COURT:  Good afternoon.

```
 1                    All right.  You can swear Mr. Lam in, please.
 2                    (Whereupon, the Defendant was duly sworn.)
 3                    THE COURTROOM DEPUTY:  Thank you.  Please be
 4      seated.
 5                    THE COURT:  Okay.  We're here for the first
 6      appearance in the District for Mr. Lam.
 7                    Mr. Armstrong, are you prepared to conduct the
 8      arraignment today as well?
 9                    MR. ARMSTRONG:  Yes, your Honor.
10                    THE COURT:  I just need you all to speak into that
11      microphone, please.
12                    MR. ARMSTRONG:  I'm sorry, your Honor.  The
13      microphone was off.  Yes, your Honor.
14                    THE COURT:  Okay.  Very well.  Thank you.
15                    And, Mr. Armstrong, can you confirm that Mr. Lam
16      consents to proceeding in this hybrid fashion today?
17                    MR. ARMSTRONG:  Yes, he does, your Honor.
18                    THE COURT:  All right.  Thank you.
19                    Okay, Mr. Lam.  I'm going to ask you, please, for
20      your full name.
21                    THE DEFENDANT:  Malone Lam Yeshen [phonetic], your
22      Honor.
23                    THE COURT:  And how old are you, sir?
24                    THE DEFENDANT:  I just turned 20 this year, July.
25                    THE COURT:  How far did you get in school?
```

```
 1                THE DEFENDANT:  Dropped out, grade eight.
 2                THE COURT:  And have you had any medication,
 3    alcohol, drugs or substance of any kind in the last 24 hours
 4    that would make it difficult for you to understand today's
 5    hearing?
 6                THE DEFENDANT:  No, your Honor.
 7                THE COURT:  Okay.  And do you have any difficulty
 8    understanding English?  Do you need a --
 9                THE DEFENDANT:  No, your Honor.
10                THE COURT:  Thank you.
11                Okay.  At this time, Mr. Rosenberg, I'll just
12    remind the Government that, pursuant to Federal Rule of
13    Criminal Procedure 5(f), the United States is ordered to
14    produce all exculpatory evidence to the Defendant pursuant
15    to *Brady versus Maryland* and its progeny.  Not doing so in a
16    timely manner may result in sanctions against the
17    Government, including exclusion of evidence, adverse jury
18    instructions, dismissal of charges and contempt proceedings
19    against Government counsel.
20                Do you understand, sir?
21                MR. ROSENBERG:  Yes, your Honor.
22                THE COURT:  And is there, Mr. Rosenberg, a
23    consular notification that needs to be provided in this
24    case?
25                MR. ROSENBERG:  Your Honor, last -- well, upon
```

1    arrest, the Government notified the Singapore embassy of
2    Defendant Lam's arrest.  So that's already been done.
3              THE COURT:  Okay.  Is that a mandatory
4    notification?
5              MR. ROSENBERG:  It is, your Honor.
6              THE COURT:  Okay.  All right.  Well, just for
7    completion of the record, Mr. Lam, I'll just notify you that
8    because of your nationality, we are required to notify your
9    country's consular officers here in the United States that
10   you have been arrested or detained.
11             My understanding is that it has already been done
12   pursuant to Mr. Rosenberg's representation.
13             In addition, you may communicate with your
14   consular officers.  You are not required to accept their
15   assistance, but your consular officers may be able to help
16   you obtain legal representation if you need it and may
17   contact your family and visit you in detention, among other
18   things.
19             So could you please confirm that you understand
20   this, sir?
21             THE DEFENDANT:  I understand, your Honor.
22             THE COURT:  Okay.  Thank you.
23             Mr. Armstrong, my understanding is that you are
24   retained and that Mr. Lam is not seeking appointment of
25   counsel?

1           MR. ARMSTRONG:  That is correct, your Honor.
2           THE COURT:  Okay.  All right.  Mr. Rosenberg, what
3    is the -- well, first, let me go ahead and conduct the
4    arraignment.
5           Mr. Lam, I'm going to arraign you now, sir.  This
6    is a short part of the hearing, but this is a very important
7    part of the hearing.  This is where you have the opportunity
8    to advise the Court of how you plead in connection with
9    these charges.
10          So first I'll ask Mr. Armstrong, have you had a
11   chance to give Mr. Lam a copy of the indictment and go over
12   it with him?
13          MR. ARMSTRONG:  I have just met Mr. Lam for the
14   first time today, your Honor, and so I've not had a chance
15   to give him a copy of the indictment.  But we have gone over
16   the charges and the allegations.
17          THE COURT:  Okay.  Well --
18          MR. ARMSTRONG:  And, your Honor, I have a copy
19   that I can hand to Mr. Lam right now.
20          THE COURT:  Okay.  Does he waive formal reading of
21   the indictment, Mr. Armstrong?
22          MR. ARMSTRONG:  Yes, your Honor.  Of course.
23          THE COURT:  Okay.  And in connection with the
24   charges lodged against him, how does he plead?
25          MR. ARMSTRONG:  Not guilty.

```
 1                THE COURT:  Okay, Mr. Lam.  I will enter a plea of
 2     not guilty on your behalf on the record.
 3                All right, Mr. Rosenberg.  What is the
 4     Government's position with respect to detention or release
 5     of Mr. Lam?
 6                MR. ROSENBERG:  Yes, your Honor.  We're continuing
 7     to seek detention.  Mr. Lam had a formal detention hearing
 8     in the Southern District of Florida, where he was ordered
 9     detained pending trial.
10                THE COURT:  Okay.
11                MR. ROSENBERG:  So any defense position on
12     detention to revisit it or appeal the decision would need to
13     go to Judge Kotelly.
14                THE COURT:  Yes.  That's right.
15                Mr. Armstrong, at this time, I don't really know
16     that there's anything that I can do.  But if Mr. Lam does
17     wish to contest detention, given that he's already had a
18     hearing, he does need to raise that with Judge
19     Kollar-Kotelly.
20                MR. ARMSTRONG:  Yes.  Agreed, your Honor.  And of
21     course you're correct, as is Mr. Rosenberg.
22                We haven't had a chance yet to actually receive
23     the transcripts of that detention hearing down in Miami
24     after Mr. Lam's arrest.  And so that's in the process right
25     now.  And any forthcoming motion will be made to the
```

1    district judge.  Thank you.
2            THE COURT:  Okay.  Thank you.
3            All right.  Does -- Ms. Peerless [phonetic], do
4    they have a next court date before Judge Kollar-Kotelly?
5            THE COURTROOM DEPUTY:  We do.  There is a January
6    9th, 2025, at 9:30 a.m. in person, which is along with his
7    Co-Defendant.
8            THE COURT:  Okay.  So that is the next court date.
9            If the parties have any requests in connection
10   with the day, I cannot change that court date.  You'll just
11   need to jointly reach out to Judge Kollar-Kotelly's
12   courtroom deputy.
13           Mr. Rosenberg, does the Government have a position
14   under the Speedy Trial Act, sir?
15           MR. ROSENBERG:  Yes, your Honor.  Seeing as though
16   defense counsel hasn't even been able to discuss the
17   indictment, let alone read it to the Defendant, we would ask
18   that speedy trial time be tolled so that defense can make
19   their formal discovery requests, review evidence and assess
20   whether or not they want a trial date at this time.
21           MR. ARMSTRONG:  Thank you, Judge.
22           This is kind of a unique circumstance.  Mr. Lam,
23   who is 20 years old, unfortunately has been kind of in
24   process from Miami for the better part of 30 days and just
25   arrived in D.C. last night.  And so the fact that he's been

1    detained for so long makes it difficult for us to agree to
2    exclude time under the Act as it stands right now.
3              And so we would object to any exclusion of time at
4    this hearing.
5              THE COURT:  All right.  Thank you.  I appreciate
6    that.
7              That said, I do see that Mr. Lam has
8    Co-Defendants, and so there may be some complications here
9    that need to be addressed.  So over defense objection, I'm
10   going to toll the time in the interest of justice between
11   now and the next hearing date before Judge Kollar-Kotelly
12   that, as I mentioned, the parties may request a sooner date.
13   I would tell you to reach out to her chambers.
14             MR. ROSENBERG:  Thank you, your Honor.
15             And the Government's already sent a request with
16   defense counsel copied asking for a hearing a bit earlier
17   than January 9th to discuss Mr. Lam's concerns.
18             THE COURT:  Okay.
19             MR. ARMSTRONG:  Perfect.  Agreed, your Honor.
20   Thank you.
21             THE COURT:  Thank you very much.
22             Is there anything further at this time?
23             MR. ROSENBERG:  Nothing from the Government, your
24   Honor.
25             MR. ARMSTRONG:  Not yet -- nothing further, your

1      Honor.
2                THE COURT:  Okay.  Thank you.
3                Thank you, Mr. Lam.
4                You all may be excused.
5                (Proceedings concluded.)

**<u>CERTIFICATE</u>**

I, LISA EDWARDS, RDR, CRR, do hereby certify that the foregoing constitutes a true and accurate transcript of my stenographic notes, and is a full, true, and complete transcript of the proceedings produced to the best of my ability.

Dated this 12th day of November, 2024.

<u>/s/ Lisa Edwards, RDR, CRR</u>
Official Court Reporter
United States District Court for the
  District of Columbia
333 Constitution Avenue, Northwest
Washington, D.C. 20001
(202) 354-3269