NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                              Criminal Number  24-CR-417

**Malone Lam**
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA           ☒ RETAINED           ☐ FEDERAL PUBLIC DEFENDER

/s/ Patrick J. Queenan
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Patrick J. Queenan - NH #201127
(Attorney & Bar ID Number)
Sheehan Phinney Bass & Green, PA
(Firm Name)
1000 Elm Street, 17 Floor
(Street Address)
Manchester, NH 03301
(City)          (State)          (Zip)
603-627-8335
(Telephone Number)