UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : <br> : <br> : |
| v. | : Criminal No. 24-cr-417 (CKK) <br> : |
| MALONE LAM, and <br> JEANDIEL SERRANO, | : <br> : <br> : |
| Defendants. | : <br> : <br> : |

## *CONSENT* MOTION TO VACATE AND CONTINUE STATUS CONFERENCE

With the consent of defense counsels for defendants Lam and Serrano, the Government respectfully requests that the Court vacate and continue the status conference currently scheduled for January 9, 2025. As represented to the Government, defense counsels are continuing to review discovery and planned to use the status conference to request additional time for discovery review. Both parties have represented that they consent to the continuance and consent to tolling their speedy trial act rights through the next status conference, which would be rescheduled to a date no later than February 28, 2025. If the Court grants the motion, the parties request permission to coordinate a new status conference date with chambers. The parties submit that this request is in the interests of justice, for good cause, and does not prejudice either defendant. This request would also preserve the Court's resources.

                                Respectfully submitted,

                                MATTHEW M. GRAVES  
                                UNITED STATES ATTORNEY  
                                D.C. Bar No. 481052

BY:    */s/ Kevin L. Rosenberg*  
           Kevin Rosenberg, Ohio Bar 0081448  
           Assistant United States Attorneys  
           U.S. Attorney's Office for the District of Columbia  
           601 D Street, N.W.  
           Washington, D.C. 20530  
           (202) 809-5351  
           Kevin.Rosenberg@usdoj.gov