UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : |
| MALONE LAM, and<br>JEANDIEL SERRANO, | : Criminal No. 24-cr-417 (CKK) |
| Defendants. | : |

**PROPOSED ORDER**

Based on the Government's *Consent* Motion to Vacate and Continue the Status Conference scheduled for January 9, 2025, and for good cause shown, it is hereby;

**ORDERED** that the status conference currently scheduled for January 9, 2025 is vacated;

**ORDERED** that the parties shall coordinate with chambers to reschedule the status conference for a date on or before February 28, 2025; and

**ORDERED** that it is in the interest of justice to toll speedy trial time through February 28, 2025 in order for defense counsels to continue reviewing discovery.

SIGNED this _____ day of January, 2025.

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE