UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff

v.

MALONE LAM,

    Defendant.

CRIMINAL NO. 24-CR-417 (CKK)

**DEFENDANT MALONE LAM'S SPEEDY TRIAL WAIVER
AND CONSENT TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

I, Malone Lam, consent to the continuance of the Status Conference previously scheduled for January 9, 2025 until February 19, 2025. Moreover, I hereby waive my constitutional and statutory rights to a speedy trial under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, such that the time between January 9, 2025 and February 19, 2025 shall be excluded from the computation of time.

Dated: _January 8th 2024_

_____
Defendant

_____
Defendant's Counsel

_____
Attorney for the United States