UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal No. 24-cr-417 (CKK) |
| | : |
| MALONE LAM, and | : |
| JEANDIEL SERRANO, | : |
| | : |
| Defendants. | : |
| | : |

## _CONSENT_ MOTION TO VACATE AND CONTINUE STATUS CONFERENCE

With the consent of defense counsels for defendants Lam and Serrano, the Government respectfully requests that the Court vacate and continue the status conference currently scheduled for February 19, 2025. As represented to the Government, defense counsels are continuing to review discovery and negotiate a resolution to the matter. The parties intended to request an additional two weeks to confer with counsel and make a final determination whether to resolve their cases or proceed to trial. Both parties have represented that they consent to the continuance and consent to tolling their speedy trial act rights through the next status conference, which would be rescheduled to a date no later than March 7, 2025. If the Court grants the motion, the parties request permission to coordinate a new status conference date with chambers. The parties submit that this request is in the interests of justice, for good cause, and does not prejudice either defendant. This request would also preserve the Court's resources.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

BY:   */s/ Kevin L. Rosenberg*
      Kevin Rosenberg, Ohio Bar 0081448
      Assistant United States Attorneys
      U.S. Attorney's Office for the District of Columbia
      601 D Street, N.W.
      Washington, D.C. 20530
      (202) 809-5351
      Kevin.Rosenberg@usdoj.gov