UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| v. | : Criminal No. 24-cr-417 (CKK) |
| **MALONE LAM** | : |
| **Defendants.** | : |

**RESPONSE TO DEFENDANT'S "NOTICE"**

Defendant Lam has filed a "Notice" on the public docket on March 6, 2025 (ECF Doc. 40).

Defendant Lam has not yet received full discovery in this case due to his own request to explore alternative resolutions to the charges. This can be explained in a more fulsome manner during the status conference.

Defendant Lam speculates about the existence of *ex parte sealed* filings in this matter. Defendant has provided no support for the argument that he is entitled to review *sealed ex parte* filings, to the extent they do or do not exist. Defendant has also requested that undersigned counsel comment on the existence or non-existence of sealed filings.

Defendant Lam alleges that counsel has "attempted to confer with counsel with the government about whether it intended to continue to rely on Rule 16(d) to delay further discovery in this case."  Government counsel has already informed defense counsels that documents are being processed through our internal discovery system for prompt production. Just yesterday, undersigned counsel sent an e-mail to defense counsels alerting them to body

worn camera videos and recorded phone calls that were uploaded to USAFx for their immediate review. The government will continue to disclose all information subject to Rule 16 of the Federal Rules of Criminal Procedure.

                                    Respectfully submitted,

                                    EDWARD R. MARTIN, JR.
                                  United States Attorney
                                  D.C. Bar No. 481866

BY:    */s/ Kevin L. Rosenberg*
        Kevin Rosenberg, Ohio Bar 0081448
        Assistant United States Attorneys
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 809-5351
        Kevin.Rosenberg@usdoj.gov