# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO. 24-CR-417 (CKK)** |
| : | |
| **v.** : | |
| : | |
| **MALONE LAM,** : | |
| : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S PROPOSED SCHEDULING ORDER

The parties have attempted to reach an agreement on a joint scheduling order and have largely been successful. At this time, the parties are unable to reach an agreement on the following deadlines (1) *Giglio* information, (2) unredacted search warrants, (3) pre-trial suppression motions, and (4) witness and exhibit lists.

The government has attached its proposed scheduling order, which in itself is the result of several compromises on requested deadlines.

Respectfully submitted,

EDWARD R. MARTIN, JR.
UNITED STATES ATTORNEY
D.C. Bar Number 481866


By: */s/ Kevin Rosenberg*

Kevin Rosenberg
Assistant United States Attorney
Ohio Bar 0081448
United States Attorney's Office
601 D. Street NW
Washington, D.C. 20530
Telephone: 202-809-5351
Email: Kevin.Rosenberg@usdoj.gov