# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | Crim. No. 24-CR-417 (CKK) |
| **Malone Lam,** ) | |
| ) | Judge Colleen Kollar-Kotelly |
| Defendant. ) | |
| ) | |

## DEFENDANT MALONE LAM'S RESPONSE TO
## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Defendant Malone Lam does not oppose the requested extension.

Respectfully submitted,

*/s/ Scott P. Armstrong*
Scott Armstrong
McGovern Weems, PLLC
1050 15th Street, Suite 1030, NW
Washington, D.C. 20005
DC Bar No. 993851
Telephone: (202) 978-1267
Email: scott@mcgovernweems.com

*/s/ Patrick J. Queenan*
Patrick J. Queenan
Sheehan Phinney Bass & Green, P.A.
28 State Street, 22nd Floor
Boston, MA 02109
Telephone: 617-897-5672
1000 Elm Street, 17th Floor
Manchester, NH 03101
(admitted *pro hac vice*)
Telephone: 603-627-8335
Email: pqueenan@sheehan.com

*Counsel for Malone Lam*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice was served on all counsel of record via ECF as of the date of filing, April 3, 2025.

*/s/ Scott P. Armstrong*
McGovern Weems, PLLC
1050 15th Street, Suite 1030, NW
Washington, D.C.
20005 DC Bar No.
993851
Telephone: (202) 978-1267
Email: scott@mcgovernweems.com