UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-417 (CKK) |
| | : | |
| **HAMZA DOOST,** | : | |
| also known as "Scyllia," and "¢," | : | |
| | : | |
| **KUNAL MEHTA, also known as "Papa,"** | : | |
| "The Accountant," "Shrek," and "Neil," | : | |
| Defendants. | : | |

### EMERGENCY MOTION FOR *DE NOVO* REVIEW OF MAGISTRATE'S RELEASE ORDER AND REQUEST TO STAY DEFENDANTS' RELEASE PENDING *DE NOVO* REVIEW

On May 13, 2025, Defendants Hamza Doost and Kunal Mehta were arrested on the Second Superseding Indictment in the above captioned matter. The government sought pre-trial detention for Defendants Doost and Mehta on May 13, 2025. Detention was denied by Magistrate Judge Douglas McCormick on this same date. Defendants' release has been stayed as the government prepares a fulsome filing supporting a *de novo* review of pre-trial detention. The government expects to have this filing to the Court by the end of the business day. In the meantime, the government respectfully requests that *this* Court issue a temporary stay of their release while this filing is finalized. The Court's order will then be transmitted to the Central District of California to ensure the defendants are not released without this Court first having reviewed the appropriate filings.

Respectfully submitted,

JEANINE FERRIS PIRRO

        United States Attorney

By: <u>*/s/ Kevin Rosenberg*</u>
     Kevin Rosenberg
     Assistant United States Attorney
     Ohio Bar 0081448
     United States Attorney's Office
     601 D. Street NW
     Washington, D.C.  20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 24-cr-417 (CKK) |
| : | |
| HAMZA DOOST, : | |
| also known as "Scyllia," and "¢," : | |
| : | |
| KUNAL MEHTA, also known as "Papa," : | |
| "The Accountant," "Shrek," and "Neil," : | |
| Defendants. : | |

## ORDER

The government has indicated that it will file an appeal of Magistrate Judge McCormick's decision to release the defendants pre-trial. The Court requests additional time to review the pleadings and make an informed decision before the Defendants are released. Accordingly, it is hereby;

**ORDERED** that Magistrate Judge McCormick's release order shall be stayed pending further notice from this Court, and

**ORDERED** that the Government shall file it's full appeal by May 14, 2025.

_____
**JUDGE COLLEEN KOLLAR-KOTELLY**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**