UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 24-cr-417 (CKK) |
| : | |
| HAMZA DOOST, : | |
| also known as "Scyllia," and "¢," : | |
| : | |
| KUNAL MEHTA, also known as "Papa," : | |
| "The Accountant," "Shrek," and "Neil," : | |
| Defendants. : | |

### ORDER

The government has indicated that it will file an appeal of Magistrate Judge McCormick's decision to release the defendants pre-trial. The Court requests additional time to review the pleadings and make an informed decision before the Defendants are released. Accordingly, it is hereby;

**ORDERED** that Magistrate Judge McCormick's release order shall be stayed pending further notice from this Court, and

**ORDERED** that the Government shall file it's full appeal by May 14, 2025.

_____
**JUDGE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**