UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 24-cr-417 (CKK) |
| | : | |
| **HAMZA DOOST,** | : | |
| also known as "Scyllia," and "¢," | : | |
| | : | |
| **KUNAL MEHTA, also known as "Papa,"** | : | |
| "The Accountant," "Shrek," and "Neil," | : | |
| Defendants. | : | |

### EMERGENCY MOTION FOR *DE NOVO* REVIEW OF MAGISTRATE'S RELEASE ORDER AND REQUEST TO STAY DEFENDANTS' RELEASE PENDING *DE NOVO* REVIEW

The government supplements the prior filing with the following information.

- It is undersigned counsel's understanding that Judge McCormick has stayed the release until 4:00 pm PST and given the government until that time to file its appeal.

- The Government only seeks to stay the release until this Court can rule on the motion, whether it be through a virtual hearing, on the papers, or in person when the defendants arrive in the District of Columbia. The Government seeks a stay from the Court out of an abundance of caution, to ensure Defendants are not released before this Court has ruled.

- The CDCA Docket Number for Doost is 8:25-mj-00389
- The CDCA Docket Number for Mehta is 8:25-mj-00388

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Kevin Rosenberg*
Kevin Rosenberg
Assistant United States Attorney
Ohio Bar 0081448

United States Attorney's Office
601 D. Street NW
Washington, D.C.  20530