UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  24-CR-417 (CKK) |
| v. | : | |
| MALONE LAM, also known as "King Greavys," "7," "$$$," "Kg," | : | |
| MARLON FERRO, also known as "Marlo," and "GothFerrari," | : | |
| HAMZA DOOST, also known as "Scyllia," and "¢," | : | |
| CONOR FLANSBURG, also known as "O O," "Green Room," and "@d0uu0b," | : | |
| KUNAL MEHTA, also known as "Papa," "The Accountant," "Shrek," and "Neil," | : | |
| ETHAN YARALLY, also known as "Rand," and "15%," | : | |
| CODY DEMIRTAS, also known as "K O," and "Kody," | : | |
| AAKAASH ANAND, also known as "Light," and "Dark," | : | |
| EVAN TANGEMAN, also known as "E," "Tate," and "Evan | Exchanger," | : | |
| JOEL CORTES, also known as "J," | : | |
| FNU LNU-1, also known as "~_~" "Squiggly," and "CHEN," | : | |
| FNU LNU-2, also known as "DANNY," and "Meech," and | : | |
| TUCKER DESMOND, | : | |
| Defendants. | : | |

## MOTION TO SET STATUS CONFERENCE

On April 30, 2024, a Grand Jury sitting in the District of Columbia returned a Superseding Indictment charging Malone Lam ("Lam"), Marlon Ferro ("Ferro"), Hamza Doost ("Doost"), Conor Flansburg ("Flansburg"), Kunal Mehta ("Mehta"), Evan Tangeman ("Tangeman"), Joel Cortes ("Cortes"), Ethan Yarally ("Yarally"), Cody Demirtas ("Demirtas"), and others with RICO conspiracy in violation of Title 18, United States Code, Section 1962(d). The Superseding Indictment also charged the defendants, in various combinations, with conspiracy to commit wire fraud in violation of Title 18, United States Code, Section 1349 and conspiracy to commit money laundering in violation of Title 18, United States Code, Section 1956(h). Defendant Desmond is charged individually with obstruction of justice, in violation of Title 18, United States Code, Section 1512(c).

On May 13, 2025, Ferro, Doost, Flansburg, Mehta, Tangeman, and Cortes were all arrested in California pursuant to arrest warrants. They made their initial appearances on May 13, 2025 before Magistrate Judge Douglas McCormick in the Central District of California. Magistrate Judge Douglas McCormick ordered all defendants released. Following the government's filing, this Court issued a stay of the release orders with respect to Doost and Mehta and they remain detained. On May 15, 2025, the government filed a request for *De Novo* review in support of detention of Ferro who is currently on release.

During the initial appearance for all defendants on May 13, 2025, Magistrate Judge Douglas McCormick ordered that they appear in District Court for the District of Columbia at 3:00pm on May 19, 2025, which was the next scheduled hearing in initial Indictment. Undersigned counsel has been working with the Office of the Federal Defender to ensure that all clients have representation upon their arrival in the district. The government therefore requests

that the status conference currently schedule at 3:00pm for Defendant Lam be converted, or combined, with a status conference for Ferro, Flansburg, Tangeman, and Cortes who are set to appear this coming Monday.

With respect to Hamza Doost and Kunal Mehta, the government is awaiting defense counsel's notice of appearance in order to hold the *de novo* detention review.

                              Respectfully submitted,

                              JEANINE FERRIS PIRRO
                              United States Attorney

BY:   */s/ Kevin L. Rosenberg*
       Kevin Rosenberg, Ohio Bar 0081448
       Assistant United States Attorneys
       U.S. Attorney's Office for the District of Columbia
       601 D Street, N.W.
       Washington, D.C. 20530
       (202) 809-5351
       Kevin.Rosenberg@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.   24-CR-417 (CKK) |
| v. | : | |
| MALONE LAM, also known as "King Greavys," "7," "$$$," "Kg," | : | |
| MARLON FERRO, also known as "Marlo," and "GothFerrari," | : | |
| HAMZA DOOST, also known as "Scyllia," and "¢," | : | |
| CONOR FLANSBURG, also known as "O O," "Green Room," and "@d0uu0b," | : | |
| KUNAL MEHTA, also known as "Papa," "The Accountant," "Shrek," and "Neil," | : | |
| ETHAN YARALLY, also known as "Rand," and "15%," | : | |
| CODY DEMIRTAS, also known as "K O," and "Kody," | : | |
| AAKAASH ANAND, also known as "Light," and "Dark," | : | |
| EVAN TANGEMAN, also known as "E," "Tate," and "Evan | Exchanger," | : | |
| JOEL CORTES,  also known as "J," | : | |
| FNU LNU-1, also known as "~_~" "Squiggly," and "CHEN," | : | |
| FNU LNU-2, also known as "DANNY," and "Meech," and | : | |
| TUCKER DESMOND, | : | |
| Defendants. | : | |

## **ORDER**

Defendant Flansburg, Ferro, Cortes, Tangeman, and Desmond were arrested on May 13, 2025 on the Superseding Indictment now pending before the Court. They were released pending trial, subject to pre-trial supervision.  On May 13, 2025, Central District of California Magistrate Judge Douglas McCormick ordered that they appear in District Court for the District of Columbia at 3:00pm on May 19, 2025, which is the time and date for Defendant Malone Lam's status conference on the initial Indictment.

The government and the Office of the Federal Defender have also informed the Court that assigned counsel will  be available for Defendants when they arrive in the District of Columbia on May 19, 2025.

Considering the above information, it is hereby;

**ORDERED** that Defendants Flansburg, Ferro, Cortes, Tangeman, and Desmond appear before the Court at _____ on May 19, 2025, and further

**ORDERED** that the Status Conference for Defendant Malone Lam will now be [combined] [converted] [moved to _____ on May 25, 2025].

SIGNED at Washington, D.C., this _____ day of _____, 2025.

_____
**COLLEEN KOLLAR-KOTELLY**
UNITED STATES DISTRICT JUDGE