UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : Criminal No. 24-cr-417 (CKK) |
| | : |
| **MALONE LAM,** | : |
| | : |
| **Defendant.** | : |

## MOTION TO VACATE TRIAL

Defendant Lam was arrested on or about September 18, 2024 on an arrest warrant attached to the initial two-count Indictment returned in the District of Columbia on September 17, 2024. Defendant Lam is scheduled to proceed to trial on October 6, 2025 on this two-count Indictment after rejecting a formal plea agreement months ago. A four-count Superseding Indictment was returned by the Grand Jury on April 30, 2025 charging Defendant Lam and 11 others with a RICO conspiracy spanning approximately 18 months, encompassing six additional victims. Seven co-defendants were arrested in the Central District of California on May 13, 2025. They have yet to make their first appearance before this Court or meet with counsel. Two defendants remain in custody in the Central District and are awaiting a hearing on release or their custodial transfer to the District of Columbia. One defendant was arrested in New Zealand this week and is awaiting formal extradition. Two defendants are currently in Dubai and their status remains uncertain.

Simply put, the prospect of proceeding to trial on October 6, 2025 on the Superseding Indictment with seven or more co-defendants who have not yet reviewed discovery, is unrealistic

and holding this date will unnecessarily block weeks of the Court's calendar for a matter that has no chance of proceeding.

Accordingly, the government requests that the Court vacate the October 6, 2025 trial date and vacate the accompanying pre-trial scheduling order.

    Respectfully submitted,

    Jeanine Ferris Pirro
    United States Attorney

BY:    */s/ Kevin L. Rosenberg*
    Kevin Rosenberg, Ohio Bar 0081448
    Assistant United States Attorney
    U.S. Attorney's Office for the District of Columbia
    601 D Street, N.W.
    Washington, D.C. 20530
    (202) 809-5351
    Kevin.Rosenberg@usdoj.gov