Use Tab key to move from field to field on this form.

NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C.  20001

UNITED STATES OF AMERICA

vs.

Criminal Number  CR 24-417

TUCKER DESMOND
_____
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Alvin H. Thomas, Jr., #484590
_____
(Attorney & Bar ID Number)

Law Offices of Alvin H Thomas Jr PLLC
_____
(Firm Name)

938 E Swann Creek Road, Suite 325
_____
(Street Address)

Fort Washington, MD 20744
(City)          (State)          (Zip)

(301) 203-0893
_____
(Telephone Number)