AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| CONOR FLANSBURG | ) | Case No.   1:24-CR-417 |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CONOR FLANSBURG                                                            .

Date:   05/18/2025

/S/ Nick Oberheiden
*Attorney's signature*

Nick Oberheiden Bar No. 987755
*Printed name and bar number*

440 Louisiana Suite 200
Houston, TX 77002
United States

*Address*

nick@federal-lawyer.com
*E-mail address*

(202) 573-3718
*Telephone number*

(972) 559-3365
*FAX number*