NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA
# WASHINGTON, D.C.   20001

UNITED STATES OF AMERICA

vs.                                   Criminal Number  1:24-cr-00417-CKK

## Hamza Doost

(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

[■] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

/s/ Barry Coburn, DC Bar No. 3587020
*(Attorney & Bar ID Number)*

Coburn, Greenbaum & Eisenstein PLLC
*(Firm Name)*

1710 Rhode Island Ave., NW, 2nd Floor
*(Street Address)*

Washington, DC  20036
*(City)*            *(State)*            *(Zip)*

202-643-9472
*(Telephone Number)*