NOTICE OF APPEARANCE IN A CRIMINAL CASE

# CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:24-cr-417-CKK

JOEL CORTES

(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA     ☒ RETAINED     ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

G. Allen Dale D.C. Bar 954-537
*(Attorney & Bar ID Number)*

Law Offices of G. Allen Dale, PLLC
*(Firm Name)*

555 13th Street, NW, Suite 500 West
*(Street Address)*

Washington,   D.C.   20004
*(City)        (State)   (Zip)*

(202) 638-2900
*(Telephone Number)*