AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
|  | ) |
| CONOR FLANSBURG | ) Case No. 1:24-CR-417 |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CONOR FLANSBURG                                                             .

Date:   05/19/2025                                    /S/ Shrey Sharma

                                                Shrey Sharma, admitted PHV

                                                30 Wall St, 8th Fl
                                                New York, NY 10005

                                                shrey@federal-lawyer.com
                                                *E-mail address*

                                                (516) 851-7725
                                                *Telephone number*

                                                (972) 559-3365
                                                *FAX number*