UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 24-417 (CKK) |
| | : | |
| HAMZA DOOST, | : | |
| | : | |
| Defendant. | : | |

### [PROPOSED] ORDER

Upon consideration of Defendant Doost's Motion To Reconsider Order Staying Judge McCormick's Release Order, and for good cause shown, it is hereby ORDERED that said motion is GRANTED. Mr. Doost shall be released from custody on conditions to be specified by the Court in a separate Order.

_____        _____
Date                                              Colleen Kollar-Kotelly
                                                        Senior United States District Judge

Copies to all counsel of record