# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KUNAL MEHTA<br><br>    *Defendant.* | Criminal Action No. 1:24-c4-00417-CKK |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT Addy R. Schmitt, of the law firm Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington DC 20005, an attorney duly admitted in this Court, hereby appears on behalf of Defendant Kunal Mehta.

Dated: May 20, 2025             Respectfully submitted,

                                   /s/ Addy R. Schmitt
                                   Addy R. Schmitt (DC Bar No. 489094)
                                   Kropf Moseley Schmitt PLLC
                                   1100 H Street, NW
                                   Suite 1220
                                   Washington, DC 20005
                                   (202) 627-6900
                                   addy@kmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2025, the foregoing notice was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Addy R. Schmitt
Addy R. Schmitt