UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>KUNAL MEHTA<br><br>    *Defendants*. | Case No. 24-cr-417 (CKK) |

## MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Pursuant to Criminal Local Rule 44.1(c), Defendant Kunal Mehta moves for admission and appearance of attorney Alan Eisner *pro hac vice* in the above-captioned action. The motion is supported by the Declaration of Alan Eisner. As set forth in that declaration, he is an admitted and active member in good standing in the bar of California.

This motion is supported and signed by Addy R. Schmitt, an active and sponsoring member of the Bar of this Court.

Dated: May 20, 2025         Respectfully submitted,

/s/ Addy R. Schmitt
Addy R. Schmitt (DC Bar No. 489094)
Kropf Moseley Schmitt PLLC
1100 H Street, NW
Suite 1220
Washington, DC 20005
(202) 627-6900
addy@kmlawfirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of May 2025, the foregoing motion was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Addy R. Schmitt
Addy R. Schmitt