**DECLARATION OF ALAN EISNER**

I, Alan Eisner, declare:

1. I have been retained as lead counsel for Defendant Kunal Mehta in this action. My firm has associated with attorney Addy R. Schmitt of Kropf Moseley Schmitt PLLC, who will be sponsoring my admission to this district *pro hac vice*.

1. I have spoken with my client's brother, Mr. Karan Mehta ("Karan"), who is willing to act as a surety to secure my client's bond, should the Court determine that an appearance bond is insufficient. Karan owns two properties which he is willing to offer to secure Defendant's bond. The first is a residence at 1 Sprucewood, Aliso Viejo, CA 92656. This residence has a current estimated value of $1.7 million and is encumbered by a mortgage of approximately $590,000 and a credit line of $350,000, for a total equity of about $750,000. The second property is a residence at 234 Las Flores, Aliso Viejo, CA 92656, with a current estimated value of $800,000. This property is encumbered by approximately $457,000 in debt for a total equity of about $340,000.

2. I am informed that Karan has engaged an appraiser to verify these amounts and will cooperate with any investigation into the properties which Pretrial Services requires to verify his equity in and ownership of the properties.

3. I have collectively attached as Exhibit A documentation that Karan is a naturalized United States citizen, is the mortgage holder on both the Sprucewood and Las Flores properties, that Zillow.com confirms his estimate of the properties' current values, and that he is employed full-time by Microsoft Corporation.

4. Further, Karan is in possession of Defendant's United States Passport and will surrender it as directed by the Court.

I swear that the foregoing is true and correct to the best of my knowledge under penalty of perjury.

Executed this 19th day of May, 2025 at Los Angeles, California.

/s/ Alan Eisner
ALAN EISNER