# THE UNITED STATES OF AMERICA

## CERTIFICATE OF NATURALIZATION

No. 33829183

USCIS Registration No. A058188075

*Personal description of holder as of date of naturalization:*

Sex: **MALE**

Height: **6** feet **1** inches

Marital status: **DIVORCED**

Country of former nationality:
**INDIA**



*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

Alwan Mehta
*(Complete and true signature of holder)*

*Be it known that, pursuant to an application filed with the Secretary of Homeland Security*

at: **SANTA ANA, CALIFORNIA**

*The Secretary having found that:*

**KARAN MEHTA**

residing at: **ALISO VIEJO, CALIFORNIA**

*having complied in all respects with all of the applicable provisions of the naturalization laws of the United States, being entitled to be admitted as a citizen of the United States, and having taken the oath of allegiance at a ceremony conducted by*

**US DISTRICT COURT CENTRAL DISTRICT**

at: **POMONA, CALIFORNIA**    on: **NOVEMBER 17, 2010**

*such person is admitted as a citizen of the United States of America.*

Alejandro N. Mayorkas , Director
U.S. Citizenship and Immigration Services



DEPARTMENT OF HOMELAND SECURITY

FORM N-550 (REV. 08/10)

# MORTGAGE LOAN STATEMENT



**CONTACT INFORMATION**

**Customer Service: 833-755-2066**
Monday through Friday from 7 a.m. to 8 p.m. (CT)
**www.servicing.crosscountrymortgage.com**

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

| | |
|---|---|
| Statement Date: | 05/12/2025 |
| Loan Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | 06/01/2025 |
| **Amount Due:** | **$3,348.37** |

*If payment is received on or after 06/17/2025; $121.15 late fee will be charged.*

KARAN MEHTA

Property Address:
1 SPRUCEWOOD
ALISO VIEJO, CA 92656

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $519,287.87 |
| Interest Rate | 2.750% |
| Escrow Balance | $3,034.29 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## Explanation of Amounts Due

| | |
|---|---|
| Principal | $1,232.88 |
| Interest | $1,190.03 |
| Escrow Amount (for Taxes & Insurance) | $925.46 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,348.37** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$3,348.37** |
| Trial/Workout Payment Amount | $0.00 |

## Past Payment Breakdown

| | Payment Rec'd since 04/04/2025 | Paid Year to Date |
|---|---|---|
| Principal | $1,230.06 | $6,122.23 |
| Interest | $1,192.85 | $5,992.32 |
| Escrow (Taxes & Insurance) | $925.46 | $4,627.30 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$3,348.37** | **$16,741.85** |

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

## Transaction Activity (04/04/2025 to 05/12/2025)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/02/2025 | Payment | $3,348.37 | $1,230.06 | $1,192.85 | $925.46 | |

## Important Messages
(See Reverse side for Additional Critical Notices)

**HAVE A QUESTION ABOUT YOUR LOAN? CALL 833-755-2066.**



### Patrick Pisano
Loan Originator
NMLS1509308 NMLS 3029

✉ patrick.pisano@ccm.com
↖ https://ccm.com/Patrick-Pisano

Renovate your home —
redefine your space.

## Contact us today
## to get started.

**This Area Intentionally Left Blank**

This statement is for informational purpose only.
Our records reflect your loan is on our automatic draft process.

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When CrossCountry Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.servicing.crosscountrymortgage.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: CrossCountry Mortgage, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 469-312-4944 or email MilitaryFamilies@servicing.crosscountrymortgage. com. Be sure to include your loan number with the copy of the orders. Please visit our website at www. servicing.crosscountrymortgage.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge at a rate that is the lesser of the Note and applicable law. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, CrossCountry Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. CrossCountry Mortgage is registered with the New York Superintendent of Financial Services.

**You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. CrossCountry Mortgage does not charge a fee to activate this service. Call 833-755-2066 for more information or visit our website at www.servicing.crosscountrymortgage.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.servicing.crosscountrymortgage.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There is no charge for this service. Call 833-755-2066.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to CrossCountry Mortgage, Attn: Payment Processing - 650783, 3000 Kellway Drive, Suite 120, Carrollton, TX 75006.

**WIRE** Allows you to send payoff/reinstatement funds via wire transfer. Visit our website www.servicing.crosscountrymortgage.com or refer to your payoff statement for wiring instructions.

**MONEYGRAM® EXPRESSPAYMENT®** Ensures same-day delivery of your payment to CrossCountry Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and CrossCountry Mortgage loan number. The MoneyGram Receive Code is ***19234***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION® QUICK COLLECT®** Ensures same-day delivery of your payment to CrossCountry Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the Quick Collect form with your name and CrossCountry Mortgage loan number, indicating:

**Pay to: CrossCountry Mortgage    Code City: CCM    State: TX**

All Quick Collect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 833-755-2066,** Monday through Friday from 7 a.m. to 8 p.m. (CT). [Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.servicing.crosscountrymortgage.com OR call **833-755-2066**.

**MAILING ADDRESSES:** For CrossCountry Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783 Dallas, TX 75265-0783 | PO Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd. Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 |

*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS: CrossCountry Mortgage PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable. 

**CrossCountry Mortgage, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:   ☐ MAILING ADDRESS                    ☐ TELEPHONE NUMBER        LOAN #: _____

Borrower's Name: _____    Co-Borrower's Name: _____

Borrower's New Address: _____    Co-Borrower's New Address: _____

_____    _____

| Authorized Borrower's Number(s): | | Authorized Co-Borrower's Number(s): | |
|---|---|---|---|
| Home: (_____)_____ | Mobile: Yes  No | Home: (_____)_____ | Mobile: Yes  No |
| Work: (_____)_____ Ext: _____ | Mobile: Yes  No | Work: (_____)_____ Ext: _____ | Mobile: Yes  No |
| Other: (_____)_____ | Mobile: Yes  No | Other: (_____)_____ | Mobile: Yes  No |

Signature Required: _____    Signature Required: _____

I consent to being contacted by CrossCountry Mortgage at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

**MORTGAGE LOAN STATEMENT**

# CROSSCOUNTRY MORTGAGE®

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## CONTACT INFORMATION

**Customer Service: 833-755-2066**
Monday through Friday from 7 a.m. to 8 p.m. (CT)
**www.servicing.crosscountrymortgage.com**

KARAN MEHTA

| | |
|---|---|
| Statement Date: | 05/12/2025 |
| Loan Number: | ▇▇▇▇▇▇ |
| Payment Due Date: | 06/01/2025 |
| **Amount Due:** | **$3,348.37** |

*If payment is received on or after 06/17/2025; $121.15 late fee will be charged.*

Property Address:
1 SPRUCEWOOD
ALISO VIEJO, CA 92656

*Your payment is made through our automatic payment plan. This statement is for informational purposes only.*

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## CONTACT INFORMATION

**Customer Service: 833-755-2066**
Monday through Friday from 7 a.m. to 8 p.m. (CT)
**www.servicing.crosscountrymortgage.com**

KARAN MEHTA

| | |
|---|---|
| Statement Date: | 05/12/2025 |
| Loan Number: | |
| Payment Due Date: | 06/01/2025 |
| **Amount Due:** | **$3,348.37** |

*If payment is received on or after 06/17/2025; $121.15 late fee will be charged.*

Property Address:
1 SPRUCEWOOD
ALISO VIEJO, CA 92656

# MORTGAGE LOAN STATEMENT

**CROSSCOUNTRY MORTGAGE®**

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## CONTACT INFORMATION
**Customer Service: 833-755-2066**
Monday through Friday from 7 a.m. to 8 p.m. (CT)
www.servicing.crosscountrymortgage.com

| | |
|---|---|
| Statement Date: | 05/12/2025 |
| Loan Number: | |
| Payment Due Date: | 06/01/2025 |
| **Amount Due:** | **$3,362.51** |

*If payment is received on or after 06/17/2025; $147.27 late fee will be charged.*

KARAN MEHTA

Property Address:
234 LAS FLORES
ALISO VIEJO, CA 92656

**Go Paperless.**
*Sign in to your account to activate.*

## Account Information

| | |
|---|---|
| Interest Bearing Principal Balance | $457,531.06 |
| Interest Rate | 6.625% |
| Escrow Balance | $756.08 |

The Principal Balance does not represent the payoff amount of your account and is not to be used for payoff purposes.

## Explanation of Amounts Due

| | |
|---|---|
| Principal | $419.48 |
| Interest | $2,525.95 |
| Escrow Amount (for Taxes & Insurance) | $417.08 |
| Optional Products and Services | $0.00 |
| **Regular Monthly Payment** | **$3,362.51** |
| Total Fees and Charges | $0.00 |
| Overdue Payment(s) | $0.00 |
| Partial Payment (Unapplied) | $0.00 |
| **Total Amount Due** | **$3,362.51** |
| Trial/Workout Payment Amount | $0.00 |

## Past Payment Breakdown

| | Payment Rec'd since 04/03/2025 | Paid Year to Date |
|---|---|---|
| Principal | $417.17 | $2,063.09 |
| Interest | $2,528.26 | $12,664.06 |
| Escrow (Taxes & Insurance) | $417.08 | $2,085.40 |
| Optional Insurance | $0.00 | $0.00 |
| Fees and Charges | $0.00 | $0.00 |
| Lender Paid Expenses | $0.00 | $0.00 |
| Partial Payment (Unapplied) | $0.00 | $0.00 |
| **Total** | **$3,362.51** | **$16,812.55** |

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.

## Transaction Activity (04/03/2025 to 05/12/2025)

| Date | Description | Total | Principal | Interest | Escrow | Other |
|---|---|---|---|---|---|---|
| 05/01/2025 | Payment | $3,362.51 | $417.17 | $2,528.26 | $417.08 | |

## Important Messages                    (See Reverse side for Additional Critical Notices)

**HAVE A QUESTION ABOUT YOUR LOAN? CALL 833-755-2066.**



## Patrick Pisano
Loan Originator
NMLS1509308 NMLS 3029

✉ patrick.pisano@ccm.com
↖ https://ccm.com/Patrick-Pisano

Renovate your home —
redefine your space.

**Contact us today
to get started.**

**This Area Intentionally Left Blank**

This statement is for informational purpose only.
Our records reflect your loan is on our automatic draft process.

## IMPORTANT PAYMENT INFORMATION

- It is important to use the remittance stub and envelope provided since both contain computer encoding that will help ensure prompt and accurate posting of payments. Always include your loan number on your check or money order. However, should you not receive your statement, DO NOT DELAY PAYMENT. Simply write your loan number on your check or money order and mail to the payment address as provided in the **Contact Information** section below.

- Do not send cash or correspondence as this could delay processing. Correspondence should be sent to the address provided in the **Contact Information** section below.

- Please be advised that if your account is delinquent or if there are fees and charges due, your account may not be paid ahead nor may principal reduction payments be applied. When CrossCountry Mortgage receives a remittance that is in excess of a payment amount, that excess is applied to your account in accordance with a predetermined sequence: 1) Principal and Interest due; 2) Applicable Escrow amounts; 3) Fees and other charges assessed to your account. Once this sequence has been satisfied, you may give specific instructions as to how you would like excess amounts to be applied to your account by noting your preference on the face of your remittance stub.

- Any lump sum received that is not accompanied by a payoff quote will be applied according to our standard payment application rules. This will not result in satisfaction and reconveyance/release unless amount tendered satisfies all amounts due and owing on the account.

- A Schedule of Fee for Select Services may be found on our website at www.servicing.crosscountrymortgage.com.

### SERVICEMEMBERS CIVIL RELIEF ACT
The Servicemembers Civil Relief Act (SCRA) may offer protection or relief to members of the military who have been called to active duty. If you are a member of the military who has been called to active duty or received a Permanent Change of Station order and you have not already made us aware, please forward a copy of your orders to us at: CrossCountry Mortgage, Attn: Military Families, P.O. Box 619098, Dallas, TX 75261-9741, fax 469-312-4944 or email MilitaryFamilies@servicing.crosscountrymortgage.com. Be sure to include your loan number with the copy of the orders. Please visit our website at www.servicing.crosscountrymortgage.com for complete details regarding Legal Rights and Protections Under the SCRA.

### LATE CHARGES AND OVERDRAFT FEES
Payments received and posted after a grace period will be assessed a late charge at a rate that is the lesser of the Note and applicable law. The late charge rate and number of grace days are shown on your Note. Please allow adequate time for postal delays as the receipt and posting date will govern the assessment of a late charge. Partial payments cannot be applied. If a payment is credited to your account and subsequently dishonored by your bank, CrossCountry Mortgage will reverse that payment and assess your loan account an insufficient funds fee of up to $50.00, as permitted by applicable law. (This fee may vary by state.)

### HOMEOWNER COUNSELING NOTICE
If your loan is delinquent, you are entitled to receive homeownership counseling from an agency approved by the United States Department of Housing and Urban Development (HUD). A list of the HUD-approved, nonprofit homeownership counseling agencies may be downloaded from the Internet at: https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling the HUD toll free number 1-800-569-4287 (toll free TDD number 1-800-877-8339) to obtain a list of approved nonprofit agencies serving your residential area.

### NEW YORK STATE RESIDENTS
For those customers who reside in the state of New York, a borrower may file complaints about the Servicer with the New York State Department of Financial Services or may obtain further information by calling the Department's Consumer Help Unit at 1-800-342-3736 or by visiting the Department's website at www.dfs.ny.gov. CrossCountry Mortgage is registered with the New York Superintendent of Financial Services.

**You are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.**

## PAYMENT OPTIONS

**AUTOPAY** Allows you to have your payment automatically debited, each month, from the checking or savings account of your choice. CrossCountry Mortgage does not charge a fee to activate this service. Call 833-755-2066 for more information or visit our website at www.servicing.crosscountrymortgage.com.

**ONLINE PAYMENT** Allows you to sign in to your account anytime to make a payment. There is no charge for this service. Sign in to www.servicing.crosscountrymortgage.com.

**AUTOMATED PHONE PAYMENT** Is a pay-by-phone service provided through our automated phone system. There is no charge for this service. Call 833-755-2066.

**PAY BY MAIL** Detach the coupon provided with this statement and mail it with your check or money order in the envelope provided. Please write your loan number on your payment and **allow adequate time for postal delays as the receipt and posting date will govern the assessment of late charges.** Send payment via express or overnight mail to CrossCountry Mortgage, Attn: Payment Processing - 650783, 3000 Kellway Drive, Suite 120, Carrollton, TX 75006.

**WIRE** Allows you to send payoff/reinstatement funds via wire transfer. Visit our website www.servicing.crosscountrymortgage.com or refer to your payoff statement for wiring instructions.

**MONEYGRAM® EXPRESSPAYMENT®** Ensures same-day delivery of your payment to CrossCountry Mortgage. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and CrossCountry Mortgage loan number. The MoneyGram Receive Code is ***19234***. All ExpressPayment transactions require cash. The agent will charge a fee for this service.

**WESTERN UNION® QUICK COLLECT®** Ensures same-day delivery of your payment to CrossCountry Mortgage. Visit your local Western Union Agent. Call 1-800-325-6000 to locate the one nearest you. Complete the Quick Collect form with your name and CrossCountry Mortgage loan number, indicating:

**Pay to: CrossCountry Mortgage    Code City: CCM    State: TX**

All Quick Collect transactions require cash. Western Union will charge a fee for this service.

## NOTICE TO CUSTOMERS MAKING PAYMENTS BY CHECK

**Authorization to Convert Your Check:** If you send us a check to make your payment, your check may be converted into an electronic fund transfer. An electronic fund transfer is the process in which your financial institution transfers funds electronically from your account to our account. By sending your completed signed check to us, you authorize us to copy your check and use the information from your check to make an electronic funds transfer from your account for the same amount as the check. If the electronic fund transfer cannot be processed for technical reasons, you authorize us to process the copy of your check.

**Insufficient Funds:** The electronic fund transfer from your account will usually occur within 24 hours of our receipt of your check. If the electronic fund transfer cannot be completed because of insufficient funds, you may be assessed an NSF fee in connection with the attempted transaction.

**Transaction Information:** The electronic fund transfer from your account will be on the account statement you receive from your financial institution. You will not receive your original check back from your financial institution. For security reasons, your original check will be destroyed, but we will keep a secured copy of the check for record keeping purposes.

**Your Rights:** You should contact your financial institution immediately if you believe that the electronic fund transfer reported on your statement was not properly authorized or is otherwise incorrect. Consumers have protections under the Electronic Fund Transfer Act for any unauthorized or incorrect electronic fund transfer.

## CONTACT INFORMATION

**CUSTOMER SERVICE: 833-755-2066,** Monday through Friday from 7 a.m. to 8 p.m. (CT). [Calls may be monitored and/or recorded for quality assurance purposes].

**24-HOUR AUTOMATED ACCOUNT INFORMATION:** Sign in to www.servicing.crosscountrymortgage.com OR call **833-755-2066**.

**MAILING ADDRESSES:** For CrossCountry Mortgage are listed below. Please carefully select the address suited to your needs and remember, sending payments to any address other than the one specifically identified for payments will result in delays and may result in additional fees being assessed to your account.

| PAYMENTS: | NOTICE OF ERROR/ INFORMATION REQUEST/QWR*: | OVERNIGHT DELIVERY CORRESPONDENCE: | INSURANCE RENEWALS/ BILLS: | TAX NOTICES/ BILLS: | BANKRUPTCY NOTICES/ PAYMENTS: |
|---|---|---|---|---|---|
| PO Box 650783 Dallas, TX 75265-0783 | PO Box 619098 Dallas, TX 75261-9741 | 8950 Cypress Waters Blvd. Coppell, TX 75019 | PO Box 7729 Springfield, OH 45501-7729 Fax (800) 687-4729 | PO Box 9225 Coppell, TX 75019 Fax (817) 826-1861 | PO Box 619094 Dallas, TX 75261-9741 |

**\*PURSUANT TO RESPA, A "QUALIFIED WRITTEN REQUEST" (QWR) REGARDING THE SERVICING OF YOUR LOAN, A NOTICE ASSERTING THAT AN ERROR OCCURRED WITH RESPECT TO YOUR LOAN OR A NOTICE REQUESTING WITH RESPECT TO YOUR LOAN MUST BE SENT TO THIS ADDRESS:** CrossCountry Mortgage PO Box 619098, Dallas, TX 75261-9741, Attn: Customer Relations Officer. A "qualified written request" must comply with the requirements of RESPA, as follows: Qualified written request; defined. A qualified written request means a written correspondence (other than notice on a payment coupon or other payment medium supplied by the servicer) that includes, or otherwise enables the servicer to identify, the name and account of the borrower, and includes a statement of the reasons that the borrower believes the account is in error, if applicable, or that provides sufficient detail to the servicer regarding information relating to the servicing of the loan sought by the borrower. A QWR, notice of error or request for information is not timely if it is delivered to a servicer more than 1-year after either the date of transfer of servicing or the date that the mortgage loan is discharged, whichever date is applicable.



**CrossCountry Mortgage, its affiliates, successors or its assigns or their officers, directors, agents, or employees, are neither liable nor responsible for, or make any representation regarding the products or services offered on any enclosed inserts.**

## CHANGE OF ADDRESS OR TELEPHONE NUMBER

CHECK THE APPROPRIATE BOX:    ☐ MAILING ADDRESS            ☐ TELEPHONE NUMBER        LOAN #: _____

Borrower's Name: _____        Co-Borrower's Name: _____

Borrower's New Address: _____        Co-Borrower's New Address: _____

_____        _____

Authorized Borrower's Number(s):        Authorized Co-Borrower's Number(s):

Home: ( _____ ) _____    Mobile:  Yes    No        Home: ( _____ ) _____    Mobile:  Yes    No

Work:  ( _____ ) _____ Ext: _____    Mobile:  Yes    No        Work:  ( _____ ) _____ Ext: _____    Mobile:  Yes    No

Other: ( _____ ) _____    Mobile:  Yes    No        Other: ( _____ ) _____    Mobile:  Yes    No

Signature Required: _____        Signature Required: _____

I consent to being contacted by CrossCountry Mortgage at any telephone number I have provided. This includes, but is not limited to, calls from your dialing system to my cellular or mobile telephone.

# MORTGAGE LOAN STATEMENT

**CROSSCOUNTRY MORTGAGE®**

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

## CONTACT INFORMATION

**Customer Service: 833-755-2066**
Monday through Friday from 7 a.m. to 8 p.m. (CT)
**www.servicing.crosscountrymortgage.com**

| | |
|---|---|
| Statement Date: | 05/12/2025 |
| Loan Number: | ▮▮▮▮▮▮ |
| Payment Due Date: | 06/01/2025 |
| **Amount Due:** | **$3,362.51** |

*If payment is received on or after 06/17/2025; $147.27 late fee will be charged.*

Property Address:
234 LAS FLORES
ALISO VIEJO, CA 92656


*Go Paperless.*
*Sign in to your account to activate.*

***Your payment is made through our automatic payment plan. This statement is for informational purposes only.***

***Don't like paper? Go Paperless by signing in to your account at www.servicing.crosscountrymortgage.com and updating your settings.***

**CROSSCOUNTRY MORTGAGE®**

RETURN SERVICE ONLY
PLEASE DO NOT SEND
MAIL TO THIS ADDRESS
PO Box 818060
5801 Postal Road
Cleveland, OH 44181

**Customer Service: 833-755-2066**
Monday through Friday from 7 a.m. to 8 p.m. (CT)
**www.servicing.crosscountrymortgage.com**

Property Address:
234 LAS FLORES
ALISO VIEJO, CA 92656

*If payment is received on or after 06/17/2025; $147.27 late fee will be charged.*



<   Back to search       **Zillow**       ♡ Save   ↑ Share   ooo More



**Zestimate®**

# $1,732,600
1 Sprucewood, Aliso Viejo, CA 92656

**4** beds    **3** baths    **2,248** sqft

**Est. refi payment:** $11,209/mo   $ **Refinance your loan**

SingleFamily      Built in 1998      5,662 sqft lot

$1,732,600 Zestimate®      $771/sqft      $68/mo HOA

# Home value

  Back to search     **Zillow**®    ♡ Save    ⬆ Share    ооо More



Off market









⬚⬚ See all 17 photos

 Zestimate®

# $837,300

234 Las Flores, Aliso Viejo, CA 92656

| **2** | **2** | **1,100** |
|---|---|---|
| beds | baths | sqft |

**Est. refi payment:** $5,529/mo   $ **Refinance your loan**

🏢 SingleFamily          🔨 Built in 1993          ⚲ -- sqft lot

2 $837,300 Zestimate®   $ $761/sqft            🖐 $145/mo HOA

# Home value

Zestimate®

### Official Copy of Microsoft Corporation Earnings Statement

**MICROSOFT CORPORATION EMPLOYEE PROFILE**

| | | | |
|---|---|---|---|
| Karan Mehta | Employee ID | State Tax Code | Check Number |
| 1 sprucewood | ▮ | **CA** | |
| Aliso Viejo, CA 92656 | SSN | State Allowance | Check Date |
| | ▮ | **0** | **May 15, 2025** |
| | Tax Status | State Adjustment | Period Begin Date |
| | **Married filing jointly** | **0.00** | **May 01, 2025** |
| | Pay Frequency | Federal Allowance | Period End Date |
| | **Semi-monthly** | **0** | **May 15, 2025** |
| | **Exempt Position** | Federal Adjustment | |
| | Base Rate | **500.00** | |
| | **8,260.88** | | |

**PAYMENT INFORMATION**

| Amount | Type | Bank Information |
|---|---|---|
| 5,036.85 | Direct Deposit | BANK OF AMERICA, N.A  Checking – ▮ |

| CURRENT | | | | | YEAR-TO-DATE | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION | RATE | HOURS | AMOUNT | TOTAL | HOURS | AMOUNT | TOTAL |
| REGULAR HRS | | 86.67 | 8,260.88 | | 780.03 | 74,347.92 | |
| RBI ADVANCE | | | | | | 63,746.73 | |
| SPOT BONUS GROSS-UP | | | | | | 200.00 | |
| SPOT BONUS TAX GRS-UP | | | | | | 139.42 | |
| SALES CONTEST BONUS | | | | | | 4,840.12 | |
| PERKS + TAXABLE | | | 189.53 | | | 930.17 | |
| TAX PREP ALLOWANCE G/U | | | | | | 50.00 | |
| TAX PREP TX | | | | | | 29.95 | |
| GROSS PAY | | | 8,450.41 | 8,450.41 | | 144,284.31 | 144,284.31 |
| 401K (PRE-TAX) | | | | | | -23,500.00 | |
| AD&D INSURANCE | | | -6.00 | | | -54.00 | |
| STOCK AWARD INCOME | | | | | | 19,626.50 | |
| DISABILITY INS | | | 29.00 | | | 261.00 | |
| HSA EMPLOYEE CONT | | | -252.08 | | | -2,268.72 | |
| TOTAL ADJUSTMENT TO EARNINGS | | | -229.08 | -229.08 | | -5,935.22 | -5,935.22 |
| TAXABLE EARNINGS | | | | 8,221.33 | | | 138,349.09 |
| FEDERAL INCOME TAX | | | -1,609.86 | | | -29,804.66 | |
| SOCIAL SECURITY TAX | | | -512.25 | | | -10,057.45 | |
| MEDICARE TAX | | | -119.81 | | | -2,352.15 | |
| WITHHOLDING - CALIFORNIA | | | -684.74 | | | -13,833.56 | |
| DISABILITY TAX - CALIFORNIA | | | -101.68 | | | -1,984.41 | |
| TAXES WITHHELD | | | -3,028.34 | -3,028.34 | | -58,032.23 | -58,032.23 |
| ESPP | | | -82.61 | | | -1,429.36 | |
| LEGAL PLAN | | | -7.75 | | | -69.75 | |
| DISABILITY INS | | | -29.00 | | | -261.00 | |
| STOCK AWARD INCOME | | | | | | -19,626.50 | |
| STOCK AWARD TAXES | | | | | | 8,456.27 | |
| EMPLOYEE LIFE INSURANCE | | | -36.78 | | | -331.02 | |
| TOTAL AFTER TAX DEDUCTIONS | | | -156.14 | -156.14 | | -13,261.36 | -13,261.36 |
| NET PAY | | | | 5,036.85 | | | 67,055.50 |

**PERSONAL TIME BALANCES**

| DESCRIPTION | HOURS |
|---|---|
| HOLISTIC HEALTH TIME OFF BALANCE | 80.00 |

**SPECIAL INFORMATION TABLE**

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| 401K EMPLOYER MATCH | 0.00 | 11,750.00 |
| IMPUTED LIFE INSURANCE | 40.88 | 367.92 |
| HSA EMPLOYER LUMPSUM CONT. | 0.00 | 1,250.00 |

Official Copy of Microsoft Corporation Earnings Statement
Payroll Department
One Microsoft Way
Redmond, WA 98052-6399
Ph: 425-882-8080
Microsoft Corporation Confidential