UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 24-cr-417 (CKK) |
| | ) | |
| **MARLON FERRO** | ) | |

## MOTION FOR LEAVE TO FILE OUT OF TIME

NOW COMES the Defendant Marlon Ferro, through counsel, and moves this Honorable Court for leave to file his response to the government's motion for de novo review of magistrate's release order out of time. In support of which counsel states the following:

1. By order of this Honorable Court a response to Government's 62 Motion for Review of Magistrate Judge McCormick's release order was due no later than 12:00 p.m. ET on May 20, 2025.

2. Undersigned counsel mistakenly believed that the response was due no later than 12:00 p.m. ET on May 21, 2025.

I ASK FOR THIS:

Respectfully submitted,

*Kevin Wilson*

Kevin E. Wilson, Esq. / 482138
Attorney for the Defendant
2 Wisconsin Circle, Suite 700
Chevy Chase, MD 20815
P: (855) 749-2100
kevin@kevinewilsonlaw.com