# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 24-cr-417 (CKK)** |
| | : | |
| | : | |
| **KUNAL MEHTA, also known as "Papa,"** | : | |
| **"The Accountant," "Shrek," and "Neil,"** | : | |
| **Defendant.** | : | |

## GOVERNMENT'S SUPPLEMENTAL REPLY TO DEFENDANT'S OPPOSITION TO DETENTION

The United States submits the following information in response to the Court's request. A government's witness ("Witness-1") will testify that Mehta provided at least three members of the SE Enterprise with firearms while the members were living at their Hesby residence in Encino, California.  The owner of this property later discovered a firearm at the residence after the SE members abandoned the property. Witness-1 will also testify to observing Ferro in possession of an AK-47 and when asked about the firearm, Ferro told Witness-1 that Ferro purchased the firearm from/through Mehta.

A separate witness ("Witness-2") will testify that he has heard members of the SE Enterprise discus acquiring firearms from Defendant Mehta. Witness-2 also knows that Coconspirator Marlon Ferro has purchased firearms from  Defendant Mehta. Witness-2 explained that Ferro also told members of the SE Enterprise that if they wanted firearms, they could come to him and he would buy them directly from Mehta.  Witness-2 also has firsthand knowledge of an SE Enterprise member/associate buying a firearm from Coconspirator Ferro and Ferro telling them that Ferro was going to acquire the firearm through Mehta.

According to the CDCA pretrial services report, Mehta has three pistols, a rifle, and a shotgun, registered to his name. Only three firearms and a shotgun were recovered from his home, which leaves one firearm unaccounted for. Two additional firearms were recovered from Ferro' residence in Santa Ana, California.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

BY:    */s/ Kevin L. Rosenberg*
        Kevin Rosenberg, Ohio Bar 0081448
        Assistant United States Attorney
        U.S. Attorney's Office for the District of Columbia
        601 D Street, N.W.
        Washington, D.C. 20530
        (202) 809-5351
        Kevin.Rosenberg@usdoj.gov