UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>HAMZA DOOST (4) and<br>KUNAL MEHTA (6),<br><br>    Defendants. | Criminal Action No. 24-417 (CKK) |

**ORDER**
(May 22, 2025)

On May 13, 2025, Defendants Hamza Doost and Kunal Mehta were arrested in California on the [50] Superseding Indictment in this case. At a hearing before Magistrate Judge Douglas McCormick of the Central District of California, the Government moved to detain Doost and Mehta pending trial. Magistrate Judge McCormick denied the Government's motion and ordered Doost and Mehta released subject to conditions. But Magistrate Judge McCormick also stayed those orders until 7:00 p.m. Eastern Time on May 14, 2025, to allow the Government to appeal his decisions to this Court.

On May 14, the Government filed in this Court an [62] Emergency Motion for *De Novo* Review of Magistrate Judge McCormick's Release Order and Request to Stay Release Pending Review. Later that day, applying the four-factor framework articulated in *Nken v. Holder*, 556 U.S. 418 (2009), this Court granted the Government's request for a stay and stayed Magistrate Judge McCormick's release order pending further order of this Court. Mem. Op. & Order, ECF No. 61. After Doost and Mehta secured counsel in this District, the Court set a briefing schedule on the Government's request for *de novo* review of Magistrate Judge McCormick's release order. *See* Min. Order (May 16, 2025).

1

Doost and Mehta then opposed the Government's motion for review and requested that this Court vacate the stay of Magistrate Judge McCormick's release orders. Doost Resp., ECF No. 85; Mehta Resp., ECF No. 88. The Government filed replies in support of its motion for *de novo* review of the release order, renewing its request that both Doost and Mehta remain detained pending trial. Gov't's Reply (Doost), ECF No. 95; Gov't's Reply (Mehta), ECF No. 94. The Court has also been in contact with the Pretrial Services Agency regarding possible conditions of release that may mitigate some of the concerns identified in the Government's Motion.

Upon consideration of the parties' submissions and the Pretrial Services Reports for Doost and Mehta, the Court shall **GRANT** the Government's request for *de novo* review but **DEFER RULING** on the issues of whether Doost and Mehta should remain detained pending trial and whether the stay of their release orders should be lifted.

To inform the Court's consideration of the Government's request for pretrial detention and the Defendants' requests that the Court vacate the stay of Magistrate Judge McCormick's release orders, it is **ORDERED** that:

(1) Doost shall provide the Probation and Pretrial Services Office for the Central District of California with verification of his enrollment status at San Jose State University.

(2) The Probation and Pretrial Services Office for the Central District of California shall (a) conduct a home visit at Doost's parents' residence in Hayward, California, to assess its suitability as a potential location for home incarceration, subject to GPS location monitoring; (b) interview Doost's parents; and (c) determine Doost's parents' employment status and availability to provide active supervision of his compliance with his conditions of release.

(3)   The Probation and Pretrial Services Office for the Central District of California shall (a) conduct a home visit at the residence in Irvine, California, where Mehta previously resided with his wife, to assess its suitability as a potential location for home incarceration, subject to GPS location monitoring; (b) interview Mehta's wife; and (c) determine whether Mehta's wife or another appropriate person is willing and able to serve as a third-party custodian for Mehta and provide active supervision of his compliance with his conditions of release.

(4)   The Pretrial Services Agency for the District of Columbia shall provide updated reports to this Court that (a) document the results of the inquiries described in this Order and (b) provide updated recommendations regarding potential conditions of release. The Court respectfully requests that these reports and recommendations be provided on or before **May 30, 2025**.

It is further **ORDERED** that the stay of the release orders entered by Magistrate Judge McCormick shall remain in effect until further order of this Court.

**SO ORDERED.**

**Dated:**  May 22, 2025

*[Signature: Colleen Kollar-Kotelly]*
COLLEEN KOLLAR-KOTELLY
United States District Judge