## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    v.<br><br>MARLON FERRO (3),<br><br>    Defendant. | Criminal Action No. 24-417-3 (CKK) |

**ORDER**
(May 22, 2025)

On May 13, 2025, Defendant Marlon Ferro was arrested in California on the [50] Superseding Indictment in this case. At a hearing before Magistrate Judge Douglas McCormick of the Central District of California, the Government moved to detain Ferro pending trial. Magistrate Judge McCormick denied the Government's motion and ordered Ferro released subject to conditions.

On May 15, the Government filed in this Court a [67] Motion for *De Novo* Review of Magistrate Judge McCormick's Release Order. After Ferro secured counsel in this District, the Court set a briefing schedule on the Government's motion. *See* Min. Order (May 16, 2025).

Ferro then opposed the Government's motion for review. Def.'s Resp., ECF No. 97. The Government filed a reply in support of its motion for *de novo* review of the release order, renewing its request that Ferro be detained pending trial. Gov't's Reply, ECF No. 98. The Court has also been in contact with the Pretrial Services Agency regarding possible additional conditions of release that may mitigate some of the concerns identified in the Government's motion.

Upon consideration of the parties' submissions and the Pretrial Services Report for Ferro, the Court shall **GRANT** the Government's request for *de novo* review but **DEFER RULING** on

1

the issue of whether Ferro should remain detained pending trial. To inform the Court's consideration of the Government's request for pretrial detention, it is **ORDERED** that:

(1) Ferro shall provide the Pretrial Services Agency for the District of Nevada with verification of his enrollment to begin college studies later this year and additional information about his planned activities during the intervening months.

(2) The Pretrial Services Agency for the District of Nevada shall (a) conduct a home visit at Ferro's mother's residence in Las Vegas, Nevada, to assess its suitability as a residence and potential location for home incarceration, subject to GPS location monitoring; (b) interview Ferro's mother and grandmother; and (c) determine the availability of Ferro's mother, grandmother, or another appropriate person to provide active supervision of his compliance with his conditions of release.

(3) The Pretrial Services Agency for the District of Columbia shall provide an updated report to this Court that (a) documents the results of the inquiries described in this Order and (b) provides updated recommendations regarding Ferro's conditions of release. The Court respectfully requests that this report and recommendation be provided on or before **May 30, 2025**.

**SO ORDERED.**

**Dated:** May 22, 2025

COLLEEN KOLLAR-KOTELLY
United States District Judge