UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 1:24CR417-CKK |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN TUCKER DESMOND | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

Please note the appearance of undersigned counsel on behalf John Tucker Desmond, in the above-styled matter.

s/ Eugene Gorokhov
Eugene Gorokhov, Esq. (DC Bar No. 979785)
*Counsel for John Tucker Desmond*
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, D.C. 20006
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com