UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALONE LAM,<br><br>Defendant. | Criminal No. 24-cr-00417(CKK) |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD AS TO DEFENDANT LAM**

Undersigned counsel for Defendant Malone Lam, pursuant to LCrR. 44.5(d), respectfully moves the Court for leave to withdraw as counsel of record. The government takes no position on this motion.

Local Criminal Rule 44.5(d) provides that:

> An attorney who has appeared in a criminal case may thereafter withdraw only by written motion served upon the defendant personally or at the defendant's last-known address, and upon all other parties. The Court may deny a motion to withdraw if the attorney's withdrawal would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice.

The circumstances associated with the withdrawal of undersigned counsel for Defendant Lam are set forth in the sealed and *ex parte* declarations of undersigned counsel. Exs. A & B. The Court has granted undersigned counsel's request for leave to file these declarations under seal and ex parte. ECF No. 103-2 & 3.

On May 21, 2025, undersigned counsel communicated to Defendant Lam the intention to file this motion and will provide a copy of this motion and declaration to Defendant Lam. *See* LCrR 44.5(d). If this motion is granted, undersigned counsel will also endeavor to provide successor counsel the required information to ably and swiftly represent Defendant Lam going

forward in this case. Defendant Lam does not oppose the motion to withdraw. For the reasons set forth in the Exhibits, granting this motion will not delay trial or unfairly prejudice any party, and is in the interests of justice.

Undersigned counsel therefore respectfully requests that the Court grant this motion. A proposed order is attached.

Date: May 23, 2025

Respectfully submitted,

/s/ Scott P. Armstrong
Scott Armstrong
McGovern Weems, PLLC
1050 15th Street, Suite 1030, NW
Washington, D.C. 20005
DC Bar No. 993851
Telephone: (202) 978-1267
Email: scott@mcgovernweems.com

/s/ Patrick J. Queenan
Patrick J. Queenan
Sheehan Phinney Bass & Green, P.A.
1000 Elm Street, 17th Floor
Manchester, NH 03101
(admitted *pro hac vice*)
Telephone: 603-627-8335
Email: pqueenan@sheehan.com