UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALONE LAM,<br><br>Defendant. | Criminal No.  24-cr-00417(CKK) |

**[Proposed] Order**

Defendant Lam's Motion to Withdraw ("Motion") is GRANTED.  A counsel-determination hearing is hereby set for Defendant Lam on the _____ day of _____, 2025.

Date: May 23, 2025

_____
Senior Judge Colleen Kollar-Kotelly

1