# Exhibit 1

## DECLARATION OF SCOTT P. ARMSTRONG
## FILED UNDER SEAL
## EX PARTE