# Exhibit 2

# DECLARATION OF PATRICK J. QUEENAN
# FILED UNDER SEAL
# EX PARTE