AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FILED
CLERK, U.S. DISTRICT COURT
MAY 13 2025
CENTRAL DISTRICT OF CALIFORNIA
BY DME   DEPUTY

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-cr-000417 |
| KUNAL MEHTA | ) Assigned To: Kollar-Kotelly, Colleen |
| | ) Assign Date: 4/30/2025 |
| | ) Description: SUPERSEDING INDICTMENT (B) |
| Defendant | ) Related Case No: 24-cr-417 (CKK) |
| | 8:25-MJ-00388-DUTY |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   KUNAL MEHTA ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:   04/30/2025

*Issuing officer's signature*

City and state:   Washington, D.C.      MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

### Return

This warrant was received on *(date)* 4-30-2025, and the person was arrested on *(date)* 5-13-2025
at *(city and state)* Irvine, CA.

Date:   5-13-2025

*Arresting officer's signature*

Bradley T Pesek - Special Agent
*Printed name and title*