AO 442 (Rev. 01/09) Arrest Warrant

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.
CONOR FLANSBURG

_____
*Defendant*

)
)
)
)
)
)

Case: 1:24-cr-000417
Assigned To: Kollar-Kotelly, Colleen
Assign Date: 4/30/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 24-cr-417 (CKK)

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CONOR FLANSBURG                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)


Date:  04/30/2025

City and state:   Washington, D.C.

*M. U. Upad*
_____
*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/13/25 , and the person was arrested on *(date)* 5/13/25 |
| at *(city and state)* Irvine, CA . |
| Date: 5/13/25         _____ *Arresting officer's signature* |
| Leyla Wiaz Special Agent _____ *Printed name and title* |