AO 442 (Rev. 01/09) Arrest Warrant

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY DNE            DEPUTY

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | Case: 1:24-cr-000417 |
|---|---|---|
| v. | ) | Assigned To: Kollar-Kotelly, Colleen |
| JOEL CORTES | ) | Assign Date: 4/30/2025 |
| | ) | Description: SUPERSEDING INDICTMENT (B) |
| | ) | Related Case No: 24-cr-417 (CKK) |
| _Defendant_ | ) | 8:25-MJ-00391-DUTY |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     JOEL CORTES                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☑ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:  04/30/2025

_Issuing officer's signature_

MAGISTRATE JUDGE MOXILA A. UPADHYAYA

City and state:  Washington, D.C.

_Printed name and title_

| Return |
|---|
| This warrant was received on _(date)_ 13 May 2025 , and the person was arrested on _(date)_ 13 May 2025 at _(city and state)_ Laguna, Niguel, CA . |

Date:  13 May 2025

_Arresting officer's signature_

Psalm A. Ullrich, Special Agent FBI

_Printed name and title_