AO 442 (Rev. 01/09) Arrest Warrant

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DVE ___ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JOEL CORTES | Case: 1:24-cr-000417<br>Assigned To: Kollar-Kotelly, Colleen<br>Assign Date: 4/30/2025<br>Description: SUPERSEDING INDICTMENT (B)<br>Related Case No: 24-cr-417 (CKK)<br>8:25-MJ-00391-DUTY |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     JOEL CORTES                    ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☑ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:     04/30/2025

_____
*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA

City and state:     Washington, D.C.

_____
*Printed name and title*

---

### Return

This warrant was received on *(date)* 13 May 2025 , and the person was arrested on *(date)* 13 May 2025
at *(city and state)* Laguna Niguel, CA .

Date: 13 May 2025

_____
*Arresting officer's signature*

Psalm A. Ullrich, Special Agent FBI
*Printed name and title*



FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY DVE               DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER 8:25-MJ-00391-DUTY |
|---|---|
| PLAINTIFF(S) | 1:24-cr-000417 |
| USA    v. JOEL CORTES | |
| | **DECLARATION RE** |
| DEFENDANT(S). | **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: Superseding Indictment Moxila A. Upadhyaya

in the ___U.S.___ District of Washington D.C. /Columbia on April 30, 2025

at _____ ☐ a.m. / ☐ p.m. The offense was allegedly committed on or about _____

in violation of Title ___18___ U.S.C., Section(s) 1962(d) RICO Conspiracy

to wit: _____ 1956(h) Launder Monetary Instruments

A warrant for defendant's arrest was issued by: HONORABLE Moxila A. Upadhyaya

Bond of $ _____ was ☐ set / ☐ recommended.

Type of Bond:

Relevant document(s) on hand (attach):

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 13 May 2025
_____
Date

_____
Signature of Agent

Psalm A. Ullrich
_____
Print Name of Agent

FBI
_____
Agency

Special Agent
_____
Title

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY  ƏVE               DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br>V.<br><br>Joel        Cortes<br>USMS#_____ | PLAINTIFF<br><br><br>DEFENDANT | CASE NUMBER: 8:25-MJ-00391-DUTY<br>196D-WF-3694316<br><br>**REPORT COMMENCING CRIMINAL<br>ACTION** |
|---|---|---|

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 05/13/2025 _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:

    18USC1962(c); 18USC196 _____

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes Language: _____

7. Year of Birth: 1989 _____

8. Defendant has retained counsel: ☒ No

    ☐ Yes Name: _____ Phone Number: _____

9. Name of Pretrial Services Officer notified: DUTY _____

10. Remarks (if any): _____

11. Name: Psalm A. Ullrich _____ (please print)

12. Office Phone Number: 703-947-9118 _____

13. Agency: FBI _____

14. Signature: _____

15. Date: 5/13/2025 _____

CR-64 (05/18)                    **REPORT COMMENCING CRIMINAL ACTION**



FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

United States of America,

Plaintiff,

v.

Joel Cortes

Defendant.

**CASE NUMBER:**

8:25-MJ-391-DUTY

**ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS**

You are in the United States District Court for the Central District of California because you have been charged with a crime against the United States or a violation of probation, supervised release, or pretrial release. The Court informs you that you have the following constitutional and statutory rights in connection with these proceedings:

You have the right to remain silent. Anything you say, sign, or write can be used against you in this or in any other case.

If you have not already received a copy of the charges, you will receive a copy today.

You have the right to hire and be represented by a lawyer of your choosing at each and every stage of these proceedings. If you cannot afford to hire a lawyer, you can apply to the Court to have a lawyer appointed to represent you for free from the office of the Federal Public Defender or the Indigent Defense Panel. The application for free counsel includes a financial affidavit, which you must sign under penalty of perjury. If you say something on the form that is not true or leave out material information, you could be charged with another crime, such as perjury or making a false statement.

If you are not a United States citizen, you may request that the prosecution notify your consular office that you have been arrested. Even without such a request, the law may require the prosecution to do so.

### IF YOU ARE MAKING YOUR INITIAL APPEARANCE BEFORE THE COURT

You have a right to a bail hearing in which the Magistrate Judge will determine whether you will be released from custody before trial. If you disagree with the Magistrate Judge's decision, you can appeal that decision to another Judge of this Court. You or the prosecutor can request that the bail hearing be continued to another day.

If you have been charged by complaint, you are entitled to a preliminary hearing within 14 days if the Magistrate Judge orders that you be detained pending trial, or 21 days if the Magistrate Judge orders that you be released pending trial. In a preliminary hearing, the prosecution will attempt to show that there is probable cause to believe that you committed the crime charged in the complaint. You will not be entitled to a preliminary hearing, however, if the prosecution obtains an indictment in your case before the time set for the preliminary hearing. (Most often, the prosecutors in the Central District of California present their cases to the grand jury before the time set for the preliminary hearing and, therefore, no preliminary hearing is held.)

### IF YOU ARE CHARGED WITH A VIOLATION OF
### YOUR CONDITIONS OF SUPERVISED RELEASE OR PROBATION

If you are charged with a violation of the terms and conditions of your supervised release or probation and the Magistrate Judge detains you, you have the right to a preliminary hearing before a Magistrate Judge.

CR-10 (06/18)      ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS      PAGE 1 OF 2

continued on Page 2

## IF YOU ARE CHARGED IN ANOTHER DISTRICT

If you have been arrested on a charge from another district, you are entitled to wait until the prosecution produces a copy of the warrant authorizing your arrest. You are also entitled to an identity hearing in which the prosecution would have the burden of proving there is probable cause to believe that you are the person named in the charges. If you are charged in a complaint from another district, you may request to have a preliminary hearing held in the charging district. If you are charged with a violation of a term of supervised release or probation imposed in another district, you have a right to a preliminary hearing, which may, depending on where the alleged violation occurred, be held either here or in the charging district.

If you want to plead guilty in the Central District of California, you may request to have your case transferred to this district. To proceed in this district, the United States Attorneys for this district and the charging district must agree to the transfer.

## IF YOU ARE APPEARING FOR ARRAIGNMENT

If you have been charged by indictment or information, you will be arraigned and may be asked to enter a not guilty plea today. After your arraignment, your case will be assigned to a District Judge of this Court for all further proceedings, unless a Judge has already been assigned.

You are entitled to a speedy and public trial by jury. The right to a jury trial can be waived.

You are entitled to see and hear the evidence and cross-examine the witnesses against you. You are entitled to the processes of the Court to subpoena witnesses on your behalf without cost to you if you are indigent. You do not have to prove your innocence. The prosecution has the burden to prove your guilt beyond a reasonable doubt.

---

## ACKNOWLEDGMENT OF DEFENDANT:

I have read the above Advisement of Rights and understand it. I do not require a translation of this statement nor do I require an interpreter for court proceedings.

Dated: **5/13/25**                      _____ Joel Cortes
                                         *Signature of Defendant*

*[or]*

I have personally heard a translation in the _____ language read to me and understand the above Advisement of Rights.

Dated: _____        _____
                                         *Signature of Defendant*

---

## STATEMENT OF THE INTERPRETER:

I have translated this Advisement of Rights to the Defendant in the _____ language.

Dated: _____        _____
                                         *Signature of Interpreter*

                                         _____
                                         *Print Name of Interpreter*

---

## STATEMENT OF COUNSEL:

I am satisfied that the defendant has read this Advisement of Rights or has heard the interpretation thereof and that he/she understands it.

Dated: **5/13/25**                      _____
                                         *Signature of Attorney*

CR-10 (06/18)         **ADVISEMENT OF DEFENDANT'S STATUTORY & CONSTITUTIONAL RIGHTS**         PAGE 2 OF 2

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

PLAINTIFF

v.

Joel Cortes

DEFENDANT.

☐ LA  ☐ RS  ☑ SA    DATE FILED: 5/13/2025

CASE NUMBER: 8:25-mj-00391-DUTY    ☐ Under Seal

INIT. APP. DATE: 5/13/2025    TIME: 1:30 PM

CHARGING DOC: Out of District Affidavit

DEFENDANT STATUS: In Custody

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 18 USC 1962(d); 18 USC 1349; 18 USC 1956(h); 18 USC 1512(c); 18 USC 1963, 981(a)(1)(C), 18 USC 982(a)(1); 28 USC 2461(c)

COURTSMART/REPORTER: CS 05/13/2025

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Douglas F. McCormick

**CALENDAR/PROCEEDINGS SHEET**
**LOCAL/OUT-OF-DISTRICT CASE**

PRESENT: Nancy Boehme _Deputy Clerk_    Lisa Lindhorst _Assistant U.S. Attorney_    _Interpreter / Language_

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☐ preliminary hearing OR ☑ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is _____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Katherine T. Corrigan    ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☐ DFPD ☑ Panel ☐ Poss. Contribution
Ordered (see separate order) ☐ Special appearance by: _____

☑ Government's request for detention is: ☐ GRANTED ☐ DENIED ☑ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐Permanently Detained ☐Temporarily Detained (see separate order)

☑ BAIL FIXED AT $ 20,000    **(SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)**

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived.    ☐ Class B Misdemeanor    ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for District Judge _____ for the setting of further proceedings.

☐ Preliminary Hearing set for _____ at _____ in _____
☐ Post-Indictment Arraignment set for: _____ at _____ in _____
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☑ Defendant executed Waiver of Rights. ☐ Process received.
☑ Court ORDERS defendant Held to Answer to _____ District of Columbia
  ☑ Bond to transfer, if bail is posted. Defendant to report on or before 05/19/2025 (see below for additional information)
  ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
  ☐ Warrant of removal and final commitment are ordered stayed until _____
☐ Case continued to (Date) _____ (Time) _____ ☐ AM / ☐ PM
☐ Type of Hearing: _____ Before Judge _____ /Duty Magistrate Judge.
  Proceedings will be held in the ☐ Duty Courtroom _____ ☐ Judge's Courtroom _____
☐ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☑ Electronic Release Order issued (_if issued using Release Book_: Release Order No. _____ ).
☑ Other: Defendant to report on 5/19/2025 at 3:00 pm before Judge Colleen Kollar-Kotelly, Courtroom 28A, USDC – DC, 333 Constitution Ave. N.W., Washington D.C.

RECEIVED: ☐ PSA ☐ PROBATION ☐ FINANCIAL ☐ CR-10    ☐ READY
Deputy Clerk Initials nb : 13

M-5 (10/23)    CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE    Page 1 of 1

## UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

**Case Name:** United States of America v. **JOEL CORTES**                    Case No.  8:25-MJ-00391

■ Defendant    ☐ Material Witness

Violation of Title and Section:  **18:1962(d); 18:1349; 18:1956(h); 18:1512(c); 18:1963; 18:981(a)(1)(C); 18:982(a)(1); 28:2461(c)**

☐ Summons    ■ Out of District    ☐ **UNDER SEAL**    ☐ Modified Date: _____

*Check only one of the five numbered boxes below and any appropriate lettered box (unless one bond is to be replaced by another):*

1. ☐ Personal Recognizance (*Signature Only*)
2. ☐ Unsecured Appearance Bond  $ _____
3. ☒ Appearance Bond  $ 20,000
   (a). ☐ Cash Deposit (*Amount or %*) (*Form CR-7*)
   (b). ☒ Affidavit of Surety Without Justification (*Form CR-4*) Signed by: ATLAS CORTES

(c). ☐ Affidavit of Surety With Justification (*Form CR-3*) Signed by: _____

☐ With Full Deeding of Property:

4. ☐ Collateral Bond in the Amount of (*Cash or Negotiable Securities*): $ _____
5. ☐ Corporate Surety Bond in the Amount of: $ _____

Release Date: 5/13/25
☒ Released by: DFM / NB
*(Judge / Clerk's Initials)*
☐ Release to U.S. Probation and Pretrial Services ONLY
☐ Forthwith Release

☐ All Conditions of Bond (*Except Clearing-Warrants Condition*) Must be Met and Posted by: _____

☐ Third-Party Custody Affidavit (*Form CR-31*)

■ Bail Fixed by Court: DFM / nb
*(Judge / Clerk's Initials)*

### PRECONDITIONS TO RELEASE

☐ The government has requested a <u>Nebbia</u> hearing under 18 U.S.C. § 3142(g)(4).

☐ The Court has ordered a <u>Nebbia</u> hearing under § 3142 (g)(4).

☐ The <u>Nebbia</u> hearing is set for _____ at _____ ☐ a.m. ☐ p.m.

### ADDITIONAL CONDITIONS OF RELEASE

In addition to the GENERAL CONDITIONS of RELEASE, the following conditions of release are imposed upon you:

☒ Submit to United States Probation and Pretrial Services supervision as directed by Supervising Agency.

☒ Surrender all passports and travel documents to Supervising Agency no later than 5/15/25, sign a Declaration re Passport and Other Travel Documents (*Form CR-37*), and do not apply for a passport or other travel document during the pendency of this case.

☒ Travel is restricted to CENT DIST CA / DIST. OF COLUMBIA unless prior permission is granted by Supervising Agency to travel to a specific other location. Court permission is required for international travel as well as for any domestic travel if the defendant is in a Location Monitoring Program or as otherwise provided for below.

☒ Reside as approved by Supervising Agency and do not relocate without prior permission from Supervising Agency.

Defendant's Initials: JC    Date: 5/13/25

**Case Name:** United States of America v.  JOEL CORTES                    Case No.   8:25-MJ-00391

☑ Defendant       ☐ Material Witness

☒ Maintain or actively seek employment unless excused by Supervising Agency for schooling, training, or other reasons approved by

Supervising Agency.  Verification to be provided to Supervising Agency.    ☒ Employment to be approved by Supervising Agency.

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known victim or

witness in the subject investigation or prosecution, ☐ including but not limited to _____

_____ ;☐ except for _____ .

☒ Avoid all contact, directly or indirectly (including by any electronic means), with any known codefendants except in the presence

of counsel. Notwithstanding this provision, you may have contact with the following codefendants without your counsel present:

_____ .

☐ Do not possess any firearms, ammunition, destructive devices, or other dangerous weapons. ☐ Surrender any such item as

directed by Supervising Agency by _____ and provide proof to Supervising Agency.  ☐ In order to determine

compliance, you agree to submit to a search of your person and property by Supervising Agency, which may be in conjunction

with law enforcement.

☐ Do not use or possess any identification, mail matter, access device (including, but not limited to, credit and debit cards), or any

identification-related material other than in your own legal or true name without prior permission from Supervising Agency.

☐ In order to determine compliance, you agree  submit to a search of your person and property by Supervising Agency,

which may be in conjunction with law enforcement.

☐ Do not engage in telemarketing.

☐ Do not sell, transfer, or give away any asset valued at $ _____ or more without notifying and obtaining

permission from the Court, except _____ .

☐ Do not engage in tax preparation for others.

☐ Do not use alcohol.  ☐ Submit to alcohol testing. If directed to do so, participate in outpatient treatment as approved by Supervising

Agency.  Testing may include any form of prohibited-substance screening or testing.  You must pay all or part of the costs for testing

based upon your ability to pay as determined by Supervising Agency.

☐ Do not use or possess illegal drugs or state-authorized marijuana.    ☐ Submit to drug testing.  Testing may include any form of

prohibited-substance screening or testing.  You must pay all or part of the costs for testing based upon your ability to pay as

determined by Supervising Agency.  If directed to do so, participate in outpatient treatment as approved by Supervising Agency.

☐ In order to determine compliance, you agree to submit to a search of your person and property by Supervising Agency, which may

be in conjunction with law enforcement.

☐ Do not use for purposes of intoxication any controlled substance analogue as defined by federal law or any street, synthetic, or

designer psychoactive substance capable of impairing mental or physical functioning more than minimally, except as

prescribed by a medical doctor.

☐ Participate in residential substance abuse treatment as directed by Supervising Agency. You must pay all or part of the costs

of treatment based upon your ability to pay as determined by Supervising Agency.  ☐ **Release to Supervising Agency only.**

☐ Participate in mental health treatment, which may include evaluation, counseling, or treatment as directed by Supervising Agency.

You must pay all or part of the costs based upon your ability to pay as determined by Supervising Agency.

Defendant's Initials: **JC**     Date: **5/13/25**

**Case Name:** United States of America v. **JOEL CORTES**      Case No.   8:25-MJ-00391

☒ Defendant     ☐ Material Witness

☐ Participate in the Location Monitoring Program marked below and abide by all of the requirements of the program and any indicated restrictions, under the direction of the Supervising Agency. You must pay all or part of the costs of the program based upon your ability to pay as determined by the Supervising Agency. You are financially responsible for any lost or damaged equipment.

### 1. Location Monitoring Restrictions (Select One)

☐ **Location Monitoring only - no residential restrictions**

☐ **Curfew**: Curfew requires you to remain at home during set time periods. **(Select One)**
    ☐ As directed by Supervising Agency; **or**
    ☐ You are restricted to your residence every day from _____ to _____

☐ **Home Detention**: Home detention requires you to remain at home at all times except for employment, education, religious services, medical needs or treatment, attorney visits, court appearances and obligations, essential needs, and _____, all of which must be preapproved by the Supervising Agency.

☐ **Home Incarceration:** Home Incarceration requires you to be at home 24 hours a day except for medical needs or treatment, attorney visits, court appearances or obligations, and _____, all of which must be preapproved by Supervising Agency.

### 2. Location Monitoring Technology (Select One)

☐ Location Monitoring technology at the discretion of the Supervising Agency. (If checked, skip to 3)

☐ Location Monitoring **with** an ankle monitor (Select one below)
    ☐ at the discretion of the Supervising Agency **or**
    ☐ Radio Frequency (RF) **or**
    ☐ Global Positioning System (GPS)

**or**

☐ Location Monitoring **without** an ankle monitor (Select one below)

    ☐ at the discretion of the Supervising Agency **or**
    ☐ Virtual/Biometric (smartphone required to participate) **or**
    ☐ Voice Recognition (landline required to participate)

### 3. Location Monitoring Release Instructions (Select One)

☐ Release to Supervising Agency only **or** ☐ Enroll in the location monitoring program within 24 hours of release.

☐ You are placed in the third-party custody (*Form CR-31*) of _____ .
☐ Clear outstanding ☐ warrants or ☐ DMV and traffic violations and provide proof to Supervising Agency within ____ days of release from custody.

Defendant's Initials: **JC**     Date: **5/13/25**

**Case Name:** United States of America v. **JOEL CORTES**                    Case No.    8:25-MJ-00391

☑ Defendant        ☐ Material Witness

☒ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications
   and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed
   to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords,
   or passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view,
   obtain, store, or transmit digital data. ☒ In order to determine compliance, you agree to submit to a search of your person and
   property, including digital devices, by Supervising Agency, which may be in conjunction with law enforcement.

☒ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations
   of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☒ Do not use or possess more than one virtual currency wallet/account, and that one wallet/account must be used for all virtual
   currency transactions. Do not obtain or open a virtual currency wallet/account without prior approval of Supervising Agency.
   You must disclose all virtual currency wallets/accounts to Supervising Agency when supervision starts and must make them available
   to Supervising Agency upon request. You may use or possess only open public blockchain virtual currencies and are prohibited from
   using private blockchain virtual currencies unless prior approval is obtained from Supervising Agency. ☒ In order to determine
   compliance, you agree to submit to a search of your person and property, including computer hardware and software, which may
   be in conjunction with law enforcement.

**Cases Involving a Sex-Offense Allegation**

☐ Possess and use only those digital devices, screen usernames, email accounts, social media accounts, messaging applications
   and cloud storage accounts, as well as any passwords or passcodes for all such digital devices and accounts, that you disclosed
   to Supervising Agency upon commencement of supervision. You must disclose any new devices, accounts, application, passwords, or
   passcodes to Supervising Agency prior to the first use. A digital device is any electronic system or device that can access, view, obtain,
   store, or transmit visual depictions of sexually explicit conduct involving children. ☐ In order to determine compliance, you agree to
   submit to a search of your person and property, including digital devices, by Supervising Agency, which may be in conjunction with
   law enforcement.

☐ All digital devices will be subject to monitoring by Supervising Agency. You must comply with the rules and regulations
   of the Computer Monitoring Program and must pay the cost of the Computer Monitoring Program.

☐ Do not associate or have verbal, written, telephonic, electronic, or any other communication with any person under the age of 18
   except in the presence of the parent or legal guardian of the minor after you have notified the parent or legal guardian of the
   pending charges or convictions involving a sex offense and only as authorized by Supervising Agency

☐ Do not enter or loiter within 100 feet of schoolyards, parks, public swimming pools, playgrounds, youth centers, video arcade
   facilities, amusement and theme parks, or other places frequented by persons under the age of 18 and only as authorized to do so
   by Supervising Agency.

☐ Do not be employed by, affiliated with, own, control, or otherwise participate directly or indirectly in the operation of any daycare
   facility, school, or other organization dealing with the care, custody, or control of children under the age of 18.

☐ Do not view or possess child pornography or child erotica, including but not limited to pictures, photographs, books, writings,
   drawings, or videos depicting or describing child pornography.    ☐ In order to determine compliance, you agree to submit to a
   search of your person and property, including computer hardware and software, by Supervising Agency, which may be in conjunction
   with law enforcement..

Defendant's Initials: **JC**      Date: **5/13/25**

**Case Name:** United States of America v. **JOEL CORTES**    Case No.    8:25-MJ-00391

■ Defendant    ☐ Material Witness

☑ Other conditions:

- DEFENDANT LIMITED TO USE OF 1 SMARTPHONE, TO BE APPROVED BY PRETRIAL
- DEFENDANT RESTRICTED FROM USING SIGNAL, TELEGRAM, OR ANY OTHER MESSAGING APPS/SERVICES WHICH ALLOWS FOR END-TO-END ENCRYPTION/EPHEMERAL COMMUNICATIONS.
- DEFENDANT LIMITED TO USING ONLY ONE EMAIL ACCOUNT.
- DEFENDANT SHALL NOT USE ANY VPN (VIRTUAL PRIVATE NETWORK) SERVICES UNLESS APPROVED BY PRETRIAL
- DEFENDANT SHALL PROVIDE PRETRIAL WITH ANY REQUESTED FINANCIAL INFORMATION

## GENERAL CONDITIONS OF RELEASE

I will appear in person in accordance with any and all directions and orders relating to my appearance in the above entitled matter as may be given or issued by the Court or any judicial officer thereof, in that Court or before any Magistrate Judge thereof, or in any other United States District Court to which I may be removed or to which the case may be transferred.

I will abide by any judgment entered in this matter by surrendering myself to serve any sentence imposed and will obey any order or direction in connection with such judgment as the Court may prescribe.

I will immediately inform United States Probation and Pretrial Services and my counsel of any change in my contact information, including my residence and telephone number, including cell phone number, so that I may be reached at all times.

I will not commit a federal, state, or local crime during the period of release. I will inform Supervising Agency of law enforcement contact within 72 hours of being arrested or questioned by a law enforcement officer.

I will not intimidate any witness, juror, or officer of the court or obstruct the criminal investigation in this case. Additionally, I will not tamper with, harass, or retaliate against any alleged witness, victim, or informant in this case. I understand that if I do so, I may be subject to further prosecution under the applicable statutes.

I will cooperate in the collection of a DNA sample under 42 U.S.C. § 14135a.

Defendant's Initials: **JC**    Date: **5/13/25**

**Case Name:** United States of America v. **JOEL CORTES**      Case No.   8:25-MJ-00391

■ Defendant     ☐ Material Witness

## ACKNOWLEDGMENT OF DEFENDANT/MATERIAL WITNESS

As a condition of my release on this bond, pursuant to Title 18 of the United States Code, I have read or have had interpreted to me and understand the general conditions of release, the preconditions, and the additional conditions of release and agree to comply with all conditions of release imposed on me and to be bound by the provisions of Local Criminal Rule 46-6.

Furthermore, it is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which will continue in full force and effect until such time as duly exonerated.

I understand that violation of any of the general and/or additional conditions of release of this bond may result in a revocation of release, an order of detention, and a new prosecution for an additional offense which could result in a term of imprisonment and/or fine.

I further understand that if I fail to obey and perform any of the general and/or additional conditions of release of this bond, this bond may be forfeited to the United States of America. If said **forfeiture is not set aside, judgment may be summarily entered in this Court against me and each surety, jointly and severally, for the bond amount, together with interest and costs. Execution of the judgment may be issued or payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States, and any cash or real or personal property or the collateral previously posted in connection with this bond may be forfeited.**

5/13/25          Joel Cortes          404-413-2105

*Date*           *Signature of Defendant / Material Witness*         *Telephone Number*

Laguna Beach CA 92677

*City and State (**DO NOT INCLUDE ZIP CODE**)*

☐ **Check if interpreter is used:** I have interpreted into the _____ language this entire form and have been told by the defendant that he or she understands all of it.

_____        _____

*Interpreter's Signature*                       *Date*

Approved: _____      5/20/25

           United States ~~District Judge~~ / Magistrate Judge        *Date*

If cash deposited: Receipt # _____ for $ _____

(This bond may require surety agreements and affidavits pursuant to Local Criminal Rule 46.)

Defendant's Initials: **JC**    Date: **5/13/25**

Date Approved: 5/13/25    Extension: 3537

By: Lisa Lindhorst
☐ PSA Officer *(for material witness only)*    ☑ AUSA

Signature: _____

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF, | 8:25-MJ-00391-DUTY |
| v. | |
| Joel Cortes | **AFFIDAVIT OF SURETY (NO JUSTIFICATION)** |
| DEFENDANT(S). | |

I, the undersigned surety, state on oath that I permanently reside within the jurisdiction of the United States District Court for the Central District of California at the address indicated below or in (City, State):
Pomona, CA

I further state that I understand the provisions of the bond executed by the above-named defendant for which this affidavit supports, and I agree to be bound as a condition of this bond by the provisions of Local Criminal Rule 46-6 as set forth at the bottom of this document and further acknowledge and agree that I and my personal representatives are bound as a condition of this bond, jointly and severally with the defendant and other sureties, to pay to the United States of America the sum of $ 20,000.00, in the event that the bond is forfeited.

I further understand that it is my obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon becoming aware of such fact.

I further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is duly exonerated by Order of the Court.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on this 13th day of May, 20 25.

Alice Cortes
Name of Surety

_____
Signature of Surety

mother
Relationship of Surety

XXX-XX-9e75
Social Security Number of Surety *(Last 4 digits only)*

_____
Address of Surety

Pomona, CA
City, State, Zip Code

---

*Local Criminal Rule 46-6*

*Bond - Summary Adjudication of Obligation*

*A bond or undertaking presented for filing shall contain consent of the principal and surety that, in case of default or contumacy on the part of the principal or surety, the Court, upon ten (10) days notice, may render a judgment summarily in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on a corporate surety as provided in 31 U.S.C. § 9306.*

CR-04 ( 02/09)                    AFFIDAVIT OF SURETY (NO JUSTIFICATION)

CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER: |
|---|---|
| PLAINTIFF | 8:25:MJ-00391-DUTY |
| v. | |
| Joel Cortes | **WAIVER OF RIGHTS** |
| DEFENDANT. | **(OUT OF DISTRICT CASES)** |

I understand that charges are pending in the _____ District of **Columbia** _____
alleging violation of ___**18 USC 1349**___ and that I have been arrested in this district and
*(Title and Section / Probation / Supervised Release)*
taken before a United States Magistrate Judge, who has informed me of the charge(s) and my rights to:

    (1)    have an identity hearing to determine whether I am the person named in the charges;
    (2)    arrival of process;

*-Check one only-*

☐    **EXCLUDING PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (unless an indictment has been returned or an information filed) to
        determine whether there is probable cause to believe an offense has been committed by me, the
        hearing to be held in this district or the district of prosecution; and
    (4)    request transfer of the proceedings to this district under Rule 20, Fed.R.Crim.P., in order to plead
        guilty.

☐    **PROBATION OR SUPERVISED RELEASE CASES:**
    (3)    have a preliminary hearing (if the violation charged allegedly occurred in this district, and I am
        held in custody solely on that charge) under Rule 32.1(b), Fed.R.Crim.P., to determine whether
        there is probable cause to believe I have violated the terms of my probation/supervised release.

### I HEREBY WAIVE (GIVE UP) MY RIGHT(S) TO:

☑    have an identity hearing
☑    arrival of process
☐    have a preliminary hearing
☑    have an identity hearing, and I have been informed that I have no right to a preliminary hearing
☐    have an identity hearing, but I request that a preliminary hearing be held in the prosecuting
    district.

Joel Cortes
_____
Defendant

_____
Defense Counsel

Date: **5/13/25**

**DOUGLAS F. McCORMICK**
_____
United States Magistrate Judge

I have translated this Waiver to the defendant in the _____ language.

Date: _____

_____
Interpreter(if required)

Query     Reports     Utilities     Help     What's New     Log Out

CLOSED,PASPRT

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CRIMINAL DOCKET FOR CASE #: 8:25-mj-00391-DUTY All Defendants

Case title: USA v. Cortes                                    Date Filed: 05/13/2025

Other court case number:  1:24CR417 District of Washington DC     Date Terminated: 05/13/2025

Assigned to: Duty Magistrate Judge

**Defendant (1)**

**Joel Cortes**                         represented by  **Katherine T. Corrigan**
*TERMINATED: 05/13/2025*                                Corrigan Welbourn and Stokke APLC
                                                        4100 Newport Place, Suite 550
                                                        Newport Beach, CA 92660
                                                        949-251-0330
                                                        Fax: 949-251-1181
                                                        Email: kate@cwsdefense.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

**Pending Counts**                                      **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                   **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                          **Disposition**
None

**Plaintiff**

**USA**                                 represented by  **Assistant 2241-2255 US Attorney SA-CR**
                                                        AUSA - Office of US Attorney

Criminal Division
411 W 4th St, Ste 8000
Santa Ana, CA 92701-4599
714-338-3500
Email: USACAC.SACriminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

Email All Attorneys

Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2025 | 1 | AFFIDAVIT RE: OUT-OF-DISTRICT WARRANT (Rule 5(c)(3)) filed as to defendant Joel Cortes, originating in the District of Columbia. Defendant charged in violation of: 8:1962(d),1956(h). Signed by agent Psalm A Ullrich, FBI, Special Agent. USA. (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 2 | REPORT COMMENCING CRIMINAL ACTION as to Defendant Joel Cortes; defendants Year of Birth: 1989; date of arrest: 5/13/2025 (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 3 | Defendant Joel Cortes arrested on warrant issued by the USDC District of Columbia at Washington DC. (Attachments: # 1 Charging Documents)(mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 4 | MINUTES OF ARREST ON OUT OF DISTRICT WARRANT held before Magistrate Judge Douglas F. McCormick as to Defendant Joel Cortes. Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations;see General Order 21-02 (written order). Attorney: Katherine T. Corrigan for Joel Cortes, Appointed, present. Court orders bail set as: Joel Cortes (1) $20,000 Appearance Bond, see attached for terms and conditions. Defendant remanded to the custody or currently in the custody of the US Marshal. Court orders defendant held to answer to District of Columbia. Bond to Transfer. Defendant ordered to report on 5/19/25. Defendant to report on 5/19/2025 at 3:00 pm before Judge Colleen Kollar-Kotelly, Courtroom 28A, USDC DC, 333 Constitution Ave. N.W., Washington D.C. Court Smart: CS 5/13/25. (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 5 | NOTICE OF REQUEST FOR DETENTION filed by Plaintiff USA as to Defendant Joel Cortes (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 6 | FINANCIAL AFFIDAVIT filed as to Defendant Joel Cortes. (Not for Public View pursuant to the E-Government Act of 2002) (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 7 | DECLARATION RE: PASSPORT filed by Defendant Joel Cortes, declaring that I have been issued a passport or other travel document(s), but they are not currently in my possession. I will surrender any passport or other travel document(s) issued to me, to the U.S. Pretrial Services Agency by the deadline imposed. I will not apply for a passport or other travel document during the pendency of this case. (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 9 | REDACTED AFFIDAVIT OF SURETIES (No Justification - Pursuant to Local Criminal Rule 46-5.2.8) in the amount of $20,000 by surety: Alice Cortis for Filed by Defendant Joel Cortes (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 10 | SEALED UNREDACTED Affidavit of Surety (No Justification) filed by Defendant Joel Cortes re: Affidavit of Surety (No Justification)(CR-4) 9 (mhe) (Entered: 05/22/2025) |
| 05/13/2025 | 11 | ADVISEMENT OF STATUTORY & CONSTITUTIONAL RIGHTS filed by Defendant Joel Cortes. (mhe) (Entered: 05/22/2025) |

| 05/13/2025 | 12 | WAIVER OF RIGHTS approved by Magistrate Judge Douglas F. McCormick as to Defendant Joel Cortes. (mhe) (Entered: 05/22/2025) |
|---|---|---|
| 05/13/2025 |  | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Joel Cortes. Your case number is: 1:24CR417. The clerk will transmit any restricted documents via email. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 4 Initial Appearance - Arrest on Out of District Warrant - Rule 5(c)(3) (fka Rule 40). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 05/22/2025) |
| 05/14/2025 | 8 | PASSPORT RECEIPT from U. S. Pretrial Services as to Defendant Joel Cortes. USA passport was received on 5/14/25. (mhe) (Entered: 05/22/2025) |
| 05/20/2025 | 13 | BOND AND CONDITIONS OF RELEASE filed as to Defendant Joel Cortes conditions of release: $20,000 Appearance Bond, see attached for terms and conditions approved by Magistrate Judge Autumn D. Spaeth. (mhe) (Entered: 05/26/2025) |
| 05/26/2025 |  | Notice to District of Columbia of a Rule 5 or Rule 32 Initial Appearance as to Defendant Joel Cortes. Your case number is: 1:24CR417. Using your PACER account, you may retrieve the docket sheet and any text-only entries via the case number link. The following document link(s) is also provided: 13 Bond and Conditions (CR-1). If you require certified copies of any documents, please send a request to email address CrimIntakeCourtDocs-LA@cacd.uscourts.gov (mhe) (Entered: 05/26/2025) |