AO 442 (Rev. 01/09) Arrest Warrant

FILED
CLERK, U.S. DISTRICT COURT

MAY 13 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
HAMZA DOOST

_____
Defendant

)
)
)
)
)
)

Case: 1:24-cr-000417
Assigned To: Kollar-Kotelly, Colleen
Assign Date: 4/30/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 24-cr-417 (CKK)
8:25-MJ-00389-DUTY

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   HAMZA DOOST
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date: 04/30/2025

City and state:  Washington, D.C.

*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 05/13/25
at *(city and state)* Irvine, California

Date: 5/15/25

*Arresting officer's signature*

Jordan Jenkins, Special Agent
*Printed name and title*