FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

### District of Columbia

| | |
|---|---|
| United States of America | |
| v. | Case: 1:24-cr-000417 |
| **MARLON FERRO** | Assigned To: Kollar-Kotelly, Colleen |
| | Assign Date: 4/30/2025 |
| | Description: SUPERSEDING INDICTMENT (B) |
| _____ | Related Case No: 24-cr-417 (CKK) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    MARLON FERRO                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date:   04/30/2025

_____
*Issuing officer's signature*

City and state:   Washington, D.C.

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/13/2025 , and the person was arrested on *(date)* 5/13/2025 at *(city and state)* Costa Mesa, CA . |
| Date: 5/13/2025 |

_____
*Arresting officer's signature*

Joe Mé?las FBI St
*Printed name and title*