AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

FILED
CLERK, U.S. DISTRICT COURT

MAY 1 3 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| United States of America | |
| v. | Case: 1:24-cr-000417 |
| TUCKER DESMOND | Assigned To: Kollar-Kotelly, Colleen |
| | Assign Date: 4/30/2025 |
| | Description: SUPERSEDING INDICTMENT (B) |
| | Related Case No: 24-cr-417 (CKK) |

8:25-MJ-00395-DUTY

*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TUCKER DESMOND

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

18 U.S.C. 1512(c) (Obstruction of Justice)

Date:   04/30/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

**MAGISTRATE JUDGE MOXILA A. UPADHYAYA**

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* May 13, 2025, and the person was arrested on *(date)* 5/13/2025 at *(city and state)* Huntington Beach, CA . |
| Date:   5/13/2025 |

*Arresting officer's signature*

John Butz, Special Agent

*Printed name and title*