AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
EVAN TANGEMAN

*Defendant*

) Case: 1:24-cr-000417
) Assigned To: Kollar-Kotelly, Colleen
) Assign Date: 4/30/2025
) Description: SUPERSEDING INDICTMENT (B)
) Related Case No: 24-cr-417 (CKK)

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 13 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* **EVAN TANGEMAN**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1956(h) (Conspiracy to Launder Monetary Instruments)

Date: 04/30/2025

City and state: Washington, D.C.

*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA
*Printed name and title*

### Return

This warrant was received on *(date)* 05/12/2025, and the person was arrested on *(date)* 05/13/2025
at *(city and state)* Newport Beach, CA.

Date: 05/13/2025

*Arresting officer's signature*

Dave Truong, Special Agent
*Printed name and title*