IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MALONE LAM**<br>         **Defendant.** | **Case No: 24-cr-417 (CKK)** |

### NOTICE OF APPEARANCE

COMES NOW undersigned counsel and files this notice of appearance as CJA appointed counsel on behalf of defendant MALONE LAM.

Respectfully submitted,

*John Pierce*

John P. Pierce, DC Bar No. 475101

### CERTIFICATE OF SERVICE

I certify that on May 30, 2025, the foregoing was filed via e-file, which automatically serves a copy on all parties, and a courtesy copy was sent via email to Kevin.Rosenberg@usdoj.gov.

*John Pierce*
_____
John P. Pierce