NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.    Criminal Number  24-cr-417(CKK)

**Kunal Mehta**
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

*(Signature)*

PLEASE PRINT THE FOLLOWING INFORMATION:

Alan Eisner 127119
(Attorney & Bar ID Number)

Eisner Gorin
(Firm Name)

16000 Ventura Blvd. Ste. 1000
(Street Address)

Encino CA 91436
(City)    (State)    (Zip)

818-781-1570
(Telephone Number)