UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMZA DOOST (4),<br><br>Defendant. | Criminal Action No. 24-417-4 (CKK) |

**ORDER**
(June 2, 2025)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Government's request for *de novo* review is **GRANTED**. Upon *de novo* review of the present record, the Government's request that Doost be detained pending trial is **DENIED WITHOUT PREJUDICE**.

It is further **ORDERED** that the order of release entered by Magistrate Judge Douglas McCormick shall remain **STAYED** until Doost's conditions of release are modified to add the following conditions and Doost appears before a judicial officer and is sworn into the modified conditions on the record.[1] As modified, Doost's conditions of release shall include the conditions of release originally set by Magistrate Judge McCormick, with the addition of the following conditions:

- Doost shall be subject to Home Incarceration at his parents' residence in Hayward, California, except for court appearances, religious services, medical appointments, and attorney visits;

- Doost shall participate in the Location Monitoring Program and abide by all of the requirements of the program, under the direction of the Supervising Agency, subject to

---

[1] The original conditions of release are attached to the accompanying Memorandum Opinion as **Appendix A**.

1

Location Monitoring with an ankle monitor with Global Positioning System (GPS) capability;

- Doost's mother shall serve as a third-party custodian;
- Doost shall post an appearance bond consisting of the equity in his parents' residence in Hayward, California; and
- Doost shall provide regular updates to the Supervising Agency regarding his enrollment status at San Jose State University.

The stay of the order of release shall **LIFT** automatically when the following conditions are satisfied: (1) Doost is sworn into his conditions of release, as modified in accordance with this Order, and (2) the appearance bond described herein is posted. To that extent, the Defendant's [85] Motion for Reconsideration of the stay of the order of release is **GRANTED IN PART** and **DENIED IN PART**.

**SO ORDERED.**

Dated: June 2, 2025

　　　　　　　　　　　　　　　　　　　／s／ Colleen Kollar-Kotelly
　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　United States District Judge