## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOEL CORTES (11),<br><br>          Defendant. | Criminal Action No. 24-417-11 (CKK) |

## ORDER
(June 4, 2025)

This matter comes before the Court on Defendant Joel Cortes's [106] Consent Motion to Modify Conditions of Release. In light of the Government's consent, and for the reasons discussed in the Motion and at the hearing on June 4, 2025, it is hereby:

**ORDERED** that Cortes's [106] Consent Motion is **GRANTED**;

**ORDERED** that the [92] Order Setting Conditions of Release be modified to remove the condition that all digital devices be subject to monitoring by the Supervising Agency and to remove all language related to that monitoring so that Cortes may be allowed to possess an Apple iPhone[1];

**ORDERED** that Cortes be allowed to use as many as three Gmail accounts, but is required to identify those accounts to the Supervising Agency; and further

**ORDERED** that all other conditions in the [92] Order Setting Conditions of Release shall remain in effect.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge

---

[1] This Order may be modified in the future if the Court learns that the Supervising Agency has means to monitor iPhones.

1