**DECLARATION OF KARAN MEHTA**

I, Karan Mehta, declare:

1. I am defendant Kunal Mehta's brother. I submit this declaration under penalty of perjury in support of Kunal's motion to reopen his detention hearing.

2. I reviewed the Court's June 2, 2025 order granting the government's request for detention. I respectfully wish to clarify a matter mentioned on page 9 of the Court's opinion regarding my suitability as a potential third-party custodian.

3. The pretrial services report indicates that I am away from my home for in-office work roughly 50% of the time. In fact, I am permitted by my employer to work in a 100% remote capacity. This provides me with complete flexibility to work from home and I intend to be available at all times to fulfill my role as custodian with the care and attentiveness that role requires, if given the opportunity.

4. I am a law-abiding United States citizen of 19 years with a stable and supportive home environment. I reside with my two sons, ages 10 and 8, who share a close bond with their uncle, Kunal. I take my family responsibilities extremely seriously, and I am committed to providing both emotional and logistical support to ensure Kunal's presence and safety throughout these proceedings.

5. The property which I am willing to offer as collateral to secure Kunal's release on bond is my family home, and my children's childhood home. I have no intention of accepting, and would not accept, a cash payment from Kunal or anyone else to compensate me for the loss of my family's home.

I swear under penalty of perjury that the foregoing is true and correct.

Executed this 5th day of June, 2025 at Los Angeles, California.

_____
KARAN MEHTA

1