# DECLARATION OF LYNN CLAUDIA HENDRICKS

I, Lynn Hendricks, declare:

1. I am defendant Kunal Mehta's wife. I submit this declaration under penalty of perjury in support of Kunal's motion to reopen his detention hearing.

2. I reviewed the Court's June 2, 2025 order granting the government's request for detention. I understand the Court has concerns about my immigration status. I am a South African citizen residing in the United States on a valid work permit. I am awaiting my Social Security card and am actively searching for employment.

3. I respectfully wish to express that leaving the United States for any reason at this time before completion of my green card process would have serious and irreversible consequences for me. I understand that I would be barred from re-entering the country and any future visa application would be seriously hindered.

4. I have deep ties to this country through my husband and his family, with whom I now reside. I have never entertained the idea of abandoning my immigration process or responsibilities. My husband's legal situation does not change my dedication to doing everything necessary to lawfully remain in the United States.

I swear under penalty of perjury that the foregoing is true and correct.

Executed this 4th day of June, 2025 at Los Angeles, California.

LYNN HENDRICKS

1