NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.

Criminal Number 24-cr-417(CKK)

Kunal Mehta
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA        ☒ RETAINED        ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Dmitry Gorin 178353
_(Attorney & Bar ID Number)_

Eisner Gorin
_(Firm Name)_

16000 Ventura Blvd. Ste. 1000
_(Street Address)_

Encino   CA   91436
_(City)   (State)   (Zip)_

818-781-1570
_(Telephone Number)_