**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MALONE LAM (1),<br><br>Defendant. | Criminal Action No. 24-417-1 (CKK) |

**ORDER**
(June 17, 2025)

For the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Defendant Malone Lam's [148] Motion to Sever is **DENIED WITHOUT PREJUDICE**;

**ORDERED** that the Government's [69] Motion to Vacate is **GRANTED**; and further

**ORDERED** that Lam's October 6, 2025 trial date, this Court's [45] Pretrial Scheduling Order, and all deadlines governed by that order are **VACATED**. The Court will discuss a schedule for proceedings moving forward at the upcoming status conference.

**SO ORDERED.**

/s/ Colleen Kollar-Kotelly
COLLEEN KOLLAR-KOTELLY
United States District Judge