IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:24-cr-417 (CKK) |
| | ) | |
| TUCKER DESMOND | ) | |

### MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

Tucker Desmond, through undersigned counsel, respectfully asks this Court to modify the conditions of pretrial release as follows: (1) to explicitly permit Mr. Desmond to possess and use an iPhone, subject to the remaining conditions of release; and (2) to permit Mr. Desmond to use a second email address for work purposes. In support of this motion, Mr. Desmon states as follows:

1. Mr. Desmond is currently on pretrial release. Mr. Desmond is under the courtesy supervision of the U.S. Pretrial Office for the Central District of California, with primary supervision in this District.

2. Mr. Desmond was arrested on May 13, 2025. This court released him, subject to his own recognizance, on May 19, 2025. ECF No. 93-1.

3. As a condition of his release, the Court required Mr. Desmond to report for supervision to Santa Ana in the Central District of California. ECF No. 93 at 2. The Court specifically required him to continue or actively seek employment. *Id.*

4. Additionally, the Court placed many restrictions on Mr. Desmond's use of digital communications. Specifically, the Court allowed him to possess and use only those devices, applications, and accounts that he had previously disclosed. If Mr. Desmond were

to acquire a new one, he must disclose it before the first use. *Id.* at 3. Mr. Desmond was further limited to the use of one smartphone, to be approved by the supervisory agency, and to using only one Gmail account. *Id.* These restrictions are enforced by monitoring. *Id.*

5. Mr. Desmond has no criminal history, and has been in full compliance with these conditions of pretrial release.

6. Much of Mr. Desmond's important data—including documents, contact information, and even his email address—are linked to his iCloud account. Mr. Desmond cannot access these data without a device that is compatible with iOS security features, i.e., an iPhone. His inability to access these data significantly interferes with both his personal life and his ability to work.

7. Mr. Desmond's conditions of release permit him to obtain an iPhone, so long as it is properly disclosed to the supervising agency. Mr. Desmond understands that the iPhone would be subject to monitoring and accepts the additional restrictions on its use.

8. When Mr. Desmond initially requested permission to obtain an iPhone from the Pretrial Services Agency (PSA), he was informed that to do so was within his conditions of release. Subsequently, however, the request was denied by Mr. Desmond's probation officer in the Central District of California.

9. After numerous attempts to clarify the nature of this denial, undersigned counsel was informed by the PSA that the Central District of California only considered itself able to effectively monitor Android devices. The PSA stated that Mr. Desmond may move to amend the monitoring requirements but, until then, Mr. Desmond is not permitted to obtain

an iPhone. Mr. Desmond accordingly requests modification of his conditions of release to explicitly permit use and possession of an iPhone.

10. Additionally, Mr. Desmond has been able to secure work, as required by the Court. A condition of this work, however, is the ability to access a work-specific email address. Mr. Desmond's conditions of release do not permit him to do so. Therefore, Mr. Desmond requests modification of his conditions of release to permit a second email account, solely for work purposes.

11. Undersigned counsel has informed both the government and Pretrial Services of his intention to file this motion. Neither has explicitly taken a position on this motion, despite having had the opportunity to do so.

For the foregoing reasons, Mr. Desmond respectfully asks this Court to modify the conditions of pretrial release as detailed above.

Respectfully submitted,

By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
*Counsel for John Tucker Desmond*
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing via ECF, which automatically sends a copy to all counsel of record.

                                        Respectfully submitted,

                                        By: /s/ Eugene Gorokhov
Eugene Gorokhov (D.C. Bar No. 979785)
*Counsel for John Tucker Desmond*
BURNHAM & GOROKHOV, PLLC
1634 I Street NW, Suite 575
Washington, DC 20006
Tel: (202) 386-6920
Fax: (202) 765-2173
eugene@burnhamgorokhov.com