UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 24-cr-417 (CKK) |
| TUCKER DESMOND, | : |
| Defendant. | : |

## OPPOSITION TO MOTION TO MODIFY CONDITIONS OF RELEASE

The government objects to both of Mr. Desmond's requests. Mr. Desmond is on a voice recording bragging about destroying Co-Conspirator Lam and Ferro's personal computers, at the direction of Co-Conspirator Tangeman, immediately after the September 19, 2024 arrests and search warrants. He is on additional recordings planning ways to profit from publicity generated by the charges. Following his arrest, Mr. Desmond was the Co-Conspirator who spread information regarding a believed cooperating witness among the defendants, which led to Co-Conspirator Lam discussing potential physical harm coming to the cooperating witness. This conduct justifies continued supervision under the current provisions.

Without more information on Mr. Desmond's "employment," the government cannot agree to modify the pre-trial supervision conditions. Since Lam's September 2024 arrest, Mr. Desmond has been in regular and continued contact with Lam on jail phone lines and jail messaging systems. Mr. Desmond, for a time, was working with Lam to launch a Malone Lam "Meme Coin," to profit from Lam's short-lived internet popularity after his $248,000,000 theft was announced. Mr. Desmond also coordinated with Mr. Lam over recorded messages to

purchase luxury purses with illicit funds, working with Co-Conspirators Tangemen and Ferro, and fly from Los Angeles to Miami to deliver these purses to Lam's Miami girlfriend.

Most recently, the government's evidence shows that Mr. Desmond has been working with a movie producer, Evan Hara, to produce a movie or docuseries designed to exculpate and minimize Co-Conspirator Lam's involvement in the charged offenses. This work has continued after Mr. Desmond's arrest as well. Below are a sampling of conversations between Evan Hara and Lam, discussing Mr. Desmond's work on the matter.

May 10, 2025

| | |
|---|---|
| Hara: | Hey Malone — hope you've been doing well! Just wanted to loop you in on some updates. I just wrapped an insane month filming a reality show—15 girls living in a mansion, fighting every day. Pure chaos. I'm glad to have survived it, haha. On the doc side, **Tucker** and I have been pushing forward. We've been shooting more interviews and honestly, the more we film, the more excited I am to see this thing take shape. We've recently filmed with **Tucker** twice, Morgan, and are aiming to lock in Fred and Rdub this week. We're also in talks with Ayana—we haven't had any female voices yet, so I'm really hoping she brings a fresh perspective to the story. Looking ahead, we're planning to shoot David Dobrik, Sky Bri, Jordan Belfort, Anderson Cooper, and a few others. Fingers crossed for Lil Tjay, Kyle Rich, and some of the music talent too. Right now the plan is to make an awesome documentary, aiming to release after October—then go bigger. I believe at this rate we can get a narrative feature funded in the $15–$20M range and make a modern-day Wolf of Wall Street based on your story. How's everything on your end? Would love to catch up. |

May 15, 2025

| | |
|---|---|
| Lam: | Hey, did you hear what happened? |
| Hara: | Yeah, I heard. It's crazy. I'm about to get dinner with **Tucker** [Desmond] to talk about everything. |
| Lam: | Okay. Let me know whenever you'd like to speak. |

May 16, 2025

| | |
|---|---|
| Lam: | What did **Tucker** [Desmond]  say? |

| | |
|---|---|
| Hara: | He told us everything that happened. Crazy that they raided 10 people at once. They took his phone until the hearing on Monday. Want to call at 4pm your time? I can tell you the details. |
| Hara: | Sure, how can I send the money to him? So far everyone that's left is an interview from Jae, Will, Ayana, Tayvion, Keef, Eli or any security guys would be ideal too since they were protecting you. **Tucker** [Desmond] told us one of his provisions say he's not allowed to talk to anyone yet until after the hearing. He's going to call you as soon as he's allowed after Monday! |

<u>May 23, 2025</u>

| | |
|---|---|
| Lam: | What is your goal / vision for the Doc? |
| Hara: | Right now, I'm pulling together all the wildest, most legendary stories from everyone. **Tucker** [Desmond] had nothing but incredible things to say about you. It's all really coming together. Once we get Will (the promoter), we'll probably be done with interviews. He mentioned he'd be down to speak — especially if you gave him a nudge. Do you think you could reach out to him? Or maybe say something here and I can screenshot and send to Will. I see this doc as something massive — truly next level. My producing partner and I are putting serious money behind marketing to make sure it gets major attention. Think Wolf of Wall Street, but in documentary form — fast-paced, high-energy, and packed with insane stories that feel like living inside a video game. Also since you used to play Minecraft, we have a whole custom Minecraft animated section. It's pretty cool. Is there anything specific you'd want to make sure we include? Any story you feel has to be told? |

<u>June 4, 2025</u>

| | |
|---|---|
| Lam: | I believe there was a scene where **Tucker** [Desmond] said " 250m was stolen & there was a screenshare about how it's done. " Don't include that in the real thing and I mean, just nothing like that. The alleged crime shouldn't be spoke about at all, you know? |
| Hara: | Oh 100% agree on the **Tucker** statement. It's just the only thing in the news stories, so he said it. A lot of the quotes in the trailer are taken out of context so you're left hanging. But in the real doc it will obviously be much longer and the articles then lead to Veer getting arrested, so when Tucker spoke about that-- he was referring to the screenshare video of Veer screaming. But he clearly says right after that: "Malone is nowhere to be found in that video. That's not even Malone's voice." |

The government believes that the initial pre-trial supervision conditions should remain in place. This case involves sophisticated cyber-crime and cryptocurrency money laundering that was facilitated through online virtual currency exchange and swap platforms, accessible through computers and mobile telephones. For this reason, pre-trial services instituted rules regarding his cellular telephone use. Permitting Mr. Desmond to use an unmonitored phone and new email address allows him to engage in the type of conduct that led to the instant charges. Considering his leading involvement in evidence destruction, potential witness intimidation, and lack of information regarding new "employment," the government requests that the court deny defendant's requested modification to permit the appropriate supervision initially determined by pre-trial services.

Respectfully submitted,

Jeanine Ferris Pirro
United States Attorney

BY: /s/ Kevin L. Rosenberg
Kevin Rosenberg, Ohio Bar 0081448
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C. 20530
(202) 809-5351
Kevin.Rosenberg@usdoj.gov