NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.

Criminal Number  1:24-cr-417

CODY DEMIRTAS
(Defendant)

TO:   ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA         ■ RETAINED         ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

Joseph D. King - VA216
(Attorney & Bar ID Number)

King, Campbell, Poretz & Mitchell PLLC
(Firm Name)

118 N. Alfred Street
(Street Address)

Alexandria, VA 22314
(City)        (State)        (Zip)

(703) 683-7070
(Telephone Number)