AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 9:59 am, May 01, 2025

| United States of America | Case: 1:24-cr-000417 |
|---|---|
| v. | Assigned To: Kollar-Kotelly, Colleen |
| CODY DEMIRTAS | Assign Date: 4/30/2025 |
|  | Description: SUPERSEDING INDICTMENT (B) |
| *Defendant* | Related Case No: 24-cr-417 (CKK) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **CODY DEMIRTAS**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☑ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Date: 04/30/2025

*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA

City and state: Washington, D.C.

*Printed name and title*

### Return

This warrant was received on *(date)* 4/30/25, and the person was arrested on *(date)* 7/16/25
at *(city and state)* Dulles, VA

Date: 7/16/25

*Arresting officer's signature*

Brian Thomas / Agent

*Printed name and title*