IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MALONE LAM, et al.<br><br>Defendants. | NO.  1:24-cr-00417-CKK<br><br>UNOPPOSED MOTION FOR<br>AN ORDER APPOINTING<br>A COORDINATING<br>DISCOVERY ATTORNEY |

**Motion**

Dwight Crawley, the counsel of record for defendant Evan Tangeman, individually and on behalf of all court-appointed counsel, moves this Court for an order appointing Elizabeth Daniel Vasquez as Coordinating Discovery Attorney in this matter. Ms. Daniel Vasquez is one of five national Coordinating Discovery Attorneys under contract with the Administrative Office of the U.S. Courts, Defender Services Office ("DSO"). Her role is to implement discovery management strategies to increase court-appointed counsel's review efficiency. The Government does not oppose.

**Basis for Motion to Appoint a Coordinating Discovery Attorney**

Fourteen individuals are charged in a four count RICO conspiracy, including charges of conspiracy to commit wire fraud and launder monetary instruments, involving cryptocurrency. The court has designated the case complex, and the discovery is expected to be both substantial and involved. It is described as at least four terabytes of data that

1

includes complex digital financial data, multiple digital device extractions, extensive documentary discovery, and potentially gaming platform/social media data.

At this Court's suggestion, the large volume and complexity of the anticipated discovery led counsel to seek assistance from a National Coordinating Discovery Attorney. Ms. Daniel Vasquez's role would be that of a consultant. She will advise counsel on the most efficient way to manage the discovery common to all defendants and to implement a discovery management plan. Her work will avoid duplicative time and costs in organizing productions.

The Administrative Office of the U.S. Courts, Defender Services Office (DSO) funds a program to assist Criminal Justice Act Panel attorneys and Assistant Federal Public Defenders in matters involving voluminous discovery. Under this program, DSO contracts and pays the fees of an attorney appointed by the Court to serve as Coordinating Discovery Attorney (CDA). A Coordinating Discovery Attorney reduces the time and money that would be expended by appointed counsel in organizing, storing, and reviewing voluminous discovery in complex matters like this one.

National Coordinating Discovery Attorneys have been appointed in hundreds of federal cases across more than half of federal jurisdictions. Ms. Daniel Vasquez is one of five attorneys under contract with DSO to work as a Coordinating Discovery Attorney. Ms. Daniel Vasquez has expertise in organizing multiple discovery formats while maintaining evidentiary integrity. She would use this experience to create tools to assist defense counsel in managing the voluminous discovery. Her work will not include representational services for any defendant. Although DSO would pay for her time, some of her work requires the

help of outside litigation support technology companies. For those services, she will petition the Court for funds.

None of the defense counsel have the same level of experience as Ms. Daniel Vasquez in organizing voluminous and complex discovery. Her work could save substantial time and costs in technically assessing and managing the discovery and equipping defense counsel to effectively review it. Ms. Daniel Vasquez's work would avoid the expense and inefficiency of each defense counsel and their staff having to research, contract to use, and independently learn to run the available tools to catalogue and review such a large volume of materials.

Retained counsel can also benefit from Ms. Daniel Vasquez's work. When she distributes discovery on hard drives, they can send a blank drive to her office and her staff will add it to the multiple drives they copy simultaneously. If an e-discovery review database is used, retained counsel will be put in contact with the vendor to contract to have access by paying a share of the expense. However, since DSO funds CDAs as a resource only for court-appointed counsels, retained counsel cannot direct the CDA.

For all the reasons set forth above, defense counsel respectfully requests this Court to enter an order appointing Elizabeth Daniel Vasquez of E. Daniel Vasquez Consulting, LLC, as the Coordinating Discovery Attorney.

                                          Respectfully submitted.

                                          /s/
                                        _____
                                        Dwight E. Crawley
                                        DC Bar# 472672
                                        Counsel for Evan Tangeman

Law Office of Dwight E. Crawley  
1300 I. Street, NW  
Suite 400E  
Washington, DC 20005  
(202) 580-9794 Phone  
(888) 804-1806 Fax  
vadclawyer@gmail.com

## CERTIFICATE

I hereby certify that on the 22nd day of July 2025, I electronically filed this document through the court's ECF system.

/s/  
_____  
Dwight E. Crawley