AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

**RECEIVED** By USMS District of Columbia District Court at 10:04 am, May 01, 2025

United States of America
v.
ETHAN YARALLY

Defendant

)
)
)
)
)
)

Case: 1:24-cr-000417
Assigned To: Kollar-Kotelly, Colleen
Assign Date: 4/30/2025
Description: SUPERSEDING INDICTMENT (B)
Related Case No: 24-cr-417 (CKK)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ETHAN YARALLY,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☑ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1962(d) (RICO Conspiracy)

18 U.S.C. § 1349 (Conspiracy to Commit Wire Fraud)

Date: 04/30/2025

City and state: Washington, D.C.

*Issuing officer's signature*

MAGISTRATE JUDGE MOXILA A. UPADHYAYA

*Printed name and title*

### Return

This warrant was received on *(date)* 05/01/2025, and the person was arrested on *(date)* 07/25/2025
at *(city and state)* Sterling, Virginia.

Date: 07/25/2025

*Arresting officer's signature*

Special Agent Jordan Jenkins
*Printed name and title*