UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br>v.<br><br>KUNAL MEHTA<br><br>    *Defendants.* | Case No. 24-cr-417 (CKK) |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

Undersigned counsel for Defendant Kunal Mehta, pursuant to LCrR. 44.5(d), respectfully move the Court for leave to withdraw as counsel of record. The government has no objection to this motion. Mr. Mehta is additionally represented by attorney Addy R. Schmitt, who has indicated that she has no opposition to this motion.

Local Criminal Rule 44.5(d) provides that: "An attorney who has appeared in a criminal case may thereafter withdraw only by written motion served upon the defendant personally or at the defendant's last-known address, and upon all other parties. The Court may deny a motion to withdraw if the attorney's withdrawal would unduly delay trial of the case or be unfairly prejudicial to any party, or otherwise not be in the interests of justice."

There is presently no trial date set in this matter. The proceedings are at an early stage. Mr. Mehta is additionally represented by other counsel, such that there will be continuity in representation. In short, granting the requested withdrawal will not delay a trial, prejudice any party, or adversely affect the interests of justice.

Mr. Mehta has been served with a copy of this motion by mail. Ms. Schmitt has also conveyed undersigned counsel's intention to withdraw to Mr. Mehta and she has represented to

undersigned counsel that Mr. Mehta consents to the withdrawal.

Dated: July 31, 2025          Respectfully submitted,

/s/ Alan Eisner
Alan Eisner

/s/ Dmitry Gorin
Dmitry Gorin
EISNER GORIN LLP
16000 Ventura Blvd., Suite 1000
Encino, CA 91436
*Pro Hac Vice*
*Attorneys for Kunal Mehta*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July 2025, the foregoing motion was served by electronic filing on all counsel of record through the Court's ECF system.

/s/ Alan Eisner
Alan Eisner