CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 24-417-11 (CKK) |
| ) | |
| JOEL CORTES ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Joel Collazo-Cortes
Defendant

_____
Counsel for Defendant G. Allen Dale

I consent: _____
Assistant United States attorney

Approved:

_____   Date: 7/31/2025

**COLLEEN KOLLAR-KOTELLY**
United States Magistrate Judge