# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HAMZA DOOST,<br><br>    Defendant. | Criminal Action No. 24-417-4 (CKK) |

## ORDER
(August 22, 2025)

It is hereby ordered that Defendant Hamza Doost's (4) conditions of release shall include permission for him to visit the office of the California Department of Motor Vehicles in Hayward, California, so that he can obtain identification that would allow him to board an airplane to travel to the District of Columbia for a hearing.

**SO ORDERED.**

_____
**COLLEEN KOLLAR-KOTELLY**
United States District Judge

1