IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case. No. 24-CR-417 (CKK) |
| | ) | |
| TUCKER DESMOND, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Joseph T. Flood, of Sheldon & Flood, P.L.C., the undersigned as counsel, for Defendant Tucker Desmond.

Dated this the 15th day of September, 2025.

Respectfully submitted,
Tucker Desmond
By Counsel

*/s/ Joseph T. Flood*
Joseph T. Flood, VSB #71716
Sheldon & Flood, PLC
10621 Jones Street, Suite 301-A
Fairfax, VA 22030
(703) 691-8410
(703) 991-7413 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of Court via CM/ECF and thereby served counsel for the United States on the date of filing.

Respectfully submitted,

Tucker Desmond

By: */s/ Joseph T. Flood*

Joseph T. Flood
Counsel for Mr. Desmond