CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )          Criminal Case No.: 24-417-5 (CKK)
)
CONOR FLANSBURG )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_Conor Flansburg_

Defendant

_____

Counsel for Defendant

I consent: _____

Assistant United States attorney

Approved:

_Colleen Kollar-Kotelly_          Date: 9/26/25

COLLEEN KOLLAR-KOTELLY

United States District Judge