CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                   )<br>)<br>CODY DEMIRTAS                  )<br>)<br>) | Criminal Case No.: 24-417-08 (CKK) |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent: _____
Assistant United States attorney

Approved:

_____   Date: Oct 14, 2025
COLLEEN KOLLAR-KOTELLY
United States District Judge