CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    )
                            )
vs.                         )    Criminal Case No.: 24-417-14 (CKK)
                            )
TUCKER DESMOND              )
                            )
                            )

### WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____    Date: Oct 15, 2025
COLLEEN KOLLAR-KOTELLY
United States District Judge