IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**MALONE LAM (1)**<br>        **Defendant.** | Case No: 24-cr-417 (CKK) |

**MOTION FOR ACCESS TO COMPUTER FOR DISCOVERY REVIEW**

COMES NOW Defendant Malone Lam, through counsel, John P. Pierce, and respectfully requests that this Court facilitate Mr. Lam's access to a computer for discovery review.

The government has produced an extraordinary volume of electronic discovery in the captioned case, so much so that the Court has approved the use of a Discovery Attorney to facilitate with organization and review of the electronic discovery.  The volume is too unwieldy to be reviewed exclusively with counsel.  Mr. Lam is on pretrial detention at the Alexandria County Jail.  Counsel is informed that Mr. Lam can have access to a computer for discovery review in the facility's library if it is furnished by counsel, approved by the DC USMS, and does not have access to the internet.

Counsel was appointed through the CJA panel.  Counsel is seeking to coordinate Mr. Lam's access to a computer through Mr. Kramer at the Federal Defenders Office.  If and as necessary, Mr. Lam respectfully moves that this Court order appropriation of necessary resources

to equip Mr. Lam with access to a computer for discovery review, and to order USMS to approve the furnishing of a computer to Mr. Lam.  Mr. Lam will supplement this filing with a proposed order if the need arises.

Respectfully submitted,

*John Pierce*

John P. Pierce, DC Bar No. 475101

**CERTIFICATE OF SERVICE**

I certify that on November 17, 2025, the foregoing was served on the government via email to Kevin.Rosenberg@usdoj.gov.

*John Pierce*
_____
John P. Pierce