UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

MALONE LAM, *et al.*,

Defendant.

Criminal Action No. 24-417 (CKK)

**ORDER**
(December 8, 2025)

It is hereby **ORDERED** that the Government's [254] Sealed Motion to Unseal Indictment is **GRANTED**. Accordingly, the Court respectfully directs the Clerk of Court to unseal the [229] Second Superseding Indictment following this Order.

**SO ORDERED.**

*/s/ Colleen Kollar-Kotelly*
**COLLEEN KOLLAR-KOTELLY**
United States District Judge