IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**MALONE LAM (1)**
    **Defendant.**

Case No: 24-cr-417 (CKK)

I understand my counsel has joined a request with government counsel to continue the status conference in my case from January 12, 2026, to March 26, 2026, with which I concur. I agree to waive my rights to a speedy trial pursuant to 18 USC Sec. 3161 for the period of January 12, 2026, to March 26, 2026.

January 13, 2026

_Malone Lam_
Malone Lam