**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| **v.** | ) | **Case. No. 24-CR-417 (CKK)** |
| **TUCKER DESMOND,** **Defendant.** | ) | |

# ORDER

Upon consideration of the Defendant's *Unopposed* Motion to File Defendant's Sentencing Memorandum Under Seal, and for good cause shown, it his hereby

ORDERED that the Defendant's *Unopposed* Motion to File Defendant's Sentencing Memorandum Under Seal is GRANTED so that the Defendant is permitted to file his sentencing memorandum and attachments under seal.

Dated: _____/_____/_____

________________________________
Hon. Colleen Kollar-Kotelly
United States District Court Judge