Exhibit 1 will be provided to the Court via USAfx and has already been provided through these means to defense counsel.