

**Sara Boyd, Ph.D., ABPP.** Licensed Clinical Psychologist

**ph:** 571.317.0979 | **fax:** 844.598.6534

*Institute of Law, Psychiatry, & Public Policy at the University of Virginia, &*
*Boyd Forensic Psychology Services, LLC*

## EDUCATION

**Graduate:**

   **Doctor of Philosophy,** Clinical Psychology**,** University of Kentucky, August 2013.

   **Master of Science**, Clinical Psychology, University of Kentucky, 2010.

   **Master of Science**, Counseling Psychology, University of Kentucky, 2005.

   **Graduate Certificate in Developmental Disabilities**, University of Kentucky, 2005.

**Undergraduate:**

   **Bachelor of Science**, Psychology, University of Illinois, May 2003.

## PROFESSIONAL LICENSES & CREDENTIALS

**Diplomate, American Board of Professional Psychology (ABPP), Forensic Specialty**, November 2019 to present. Diploma no. 9023

**Licensed Clinical Psychologist**, Virginia Department of Health Professionals, July 3, 2014, to present. License number: 0810005036

**Licensed Clinical Psychologist**, West Virginia Board of Examiners of Psychologists, August 24, 2016, to present. License no. 1149

**National Register Health Psychologist** #54431

**PsyPact Mobility** #8936

## CLINICAL EXPERIENCE & EMPLOYMENT

**Boyd Forensic Psychology Services**, Licensed Clinical Psychologist. June 2016 to present.
Providing forensic evaluation and consultation in adult and juvenile criminal and civil matters. Developing, facilitating, and leading trainings related to intellectual and developmental disabilities, interpersonal violence, and sexual/gender minority issues in the context of forensic mental health evaluation and consultation.

**Institute of Law, Psychiatry, and Public Policy, University of Virginia Health System, Adjunct Faculty for Training Programs:** Charlottesville, Virginia. June 2016 to Present.
Accepting referrals for forensic evaluation and consultation in adult and juvenile criminal and civil matters. Supervising postdoctoral fellows and graduate students, and developing/presenting professional trainings for forensic evaluators and attorneys.

**Woodbridge Psychological Associates, P.C., Licensed Clinical Psychologist,** Woodbridge, Virginia, September 2014 to May 2016.
Provided forensic evaluation and consultation in adult and juvenile criminal and civil matters, as well as individual psychotherapy specializing in trauma, developmental disabilities, and anxiety disorders.

**Institute of Law, Psychiatry, and Public Policy, University of Virginia Health System, Forensic Psychology Postdoctoral Fellow,** Charlottesville and Staunton, Virginia, August 2013 to August 2014.
Postdoctoral fellowship consisted of two primary assignments: Western State Hospital, and the Institute of Law, Psychiatry, and Public Policy forensic clinic at the University of Virginia.

*Western State Hospital—Virginia Department of Behavioral Health and Developmental Services*
- Conducted mental state at the time of offense and competency to stand trial evaluations in an inpatient forensic setting.
- Provide training and consultation on intellectual disability, forensic, domestic/sexual violence, and LGBTQAI-related topics for mental health providers.

*Institute of Law, Psychiatry, and Public Policy*
- Conducted gender dysphoria evaluations for Virginia Department of Corrections, general psychological evaluations, sex offender risk assessment, violence risk assessment, mental state at the time of offense, and competency to stand trial evaluations in an outpatient forensic clinic.
- Developed and provided training and consultation services to private and public mental health professionals.

**Westchester Jewish Community Services, APA-Accredited Internship, Psychology Fellow**, Yonkers and Hartsdale, New York, July 2012 to July 2013.
Pre-doctoral Internship at community mental health agency composed of rotations in a treatment and evaluation program for juvenile sex offenders, court assessment program, treatment center for survivors of trauma and abuse, a program for individuals with developmental disabilities (DD), an autism evaluation clinic,

and a learning center. Provided consultation to multidisciplinary teams on such matters as psychological assessment, research, and empirically-supported treatment.

*Treatment Center for Trauma and Abuse*
- Utilized Skills Training in Affective and Interpersonal Regulation/Narrative Story-Telling (STAIR/NST), Trauma-Focused Cognitive Behavioral Therapy (TF-CBT), Prolonged Exposure, behavioral activation, and other empirically-based methods to treat child, adolescent, and adult survivors of trauma, sexual and physical abuse, and domestic violence.
- Conducted focal and comprehensive psychological assessments to assist in treatment planning. Provided feedback to clients, families, and clinicians.

*Autism Evaluation Program*
- Assessed and determined diagnoses of adults and children referred due to suspected Autism Spectrum Disorders (ASDs). Utilized ADOS-2 and other ASD assessment tools, adaptive functioning, intellectual ability, achievement and neuropsychological measures, in addition to in-depth clinical interview, collateral interviews, and record review.

*Developmental Disabilities Program*
- Utilized cognitive-behavioral therapy (CBT) and parent management training interventions with children and adults with intellectual and developmental disabilities (IDD) and their families.
- Provided diagnostic clarification, crisis management services, and psychotherapy to individuals recently discharged from inpatient settings.
- Co-led a social skills group for 5- and 6-year-old children with ASDs.

*Juveniles Starting Over Program*
- Conducted risk and safety assessments, including ERASOR, for adjudicated juvenile sex offenders and children and adolescents with sexual behavior problems.
- Provided individual and family therapy to adjudicated juvenile sex offenders and non-adjudicated youth with sexual behavior problems.

*Court Assessment Program*
- Co-evaluated custody/visitation, termination of parental rights, delinquency, abuse/neglect, and probation cases.
- Co-performed specialized evaluations of juvenile sex offenders.
- Consulted to psychiatrists, judges, court staff, and guardians.
- Conducted brief psychoeducational screenings.

*Learning Center*

- Conducted comprehensive and focal cognitive, educational, and personality assessments of children, adolescents, and adults.
- Evaluated individuals with potential learning disabilities, executive function deficits, Attention-Deficit Hyperactivity Disorder (ADHD), and other psychiatric diagnoses.
- Developed comprehensive educational, social, and vocational recommendations as part of an integrative written report, and provided feedback to clients, families, and clinicians.

**Bluegrass Mental Health/Mental Retardation Board**, **Eastern State Hospital, Forensic/Inpatient Psychology Trainee**, Lexington, Kentucky, June 2010 to July 2011.
Provided forensic assessments to individuals with serious mental disorders in an inpatient setting. Assisted in evaluations of competency to stand trial and criminal responsibility for misdemeanors and felonies. Consulted to psychologists on forensic cases involving individuals with IDD. Administered adjunct malingering and neuropsychological testing for the supervising forensic psychologist. Other rotations included assessment and individual and group therapy on a high-risk unit, geriatric/medically fragile unit, and a day treatment program. Developed special expertise in intervention and testing of dually diagnosed individuals with IDD and severe mental illness.

**University of Kentucky**, **Harris Psychological Services Center, Graduate Student Therapist**, Lexington, Kentucky, July 2007 to July 2011.
Assessed risk as part of employment screening for weapons-handling personnel at an international security company. Conducted integrative assessments for ADHD and learning disabilities. Provided individual psychotherapy for clients with ASD, major depression, adjustment disorder, conversion disorder, generalized anxiety disorder, post-traumatic stress disorder, and borderline personality disorder.

**University of Kentucky**, **Harris Psychological Services Center, Social Skills Group Co-Leader**, Lexington, Kentucky, September 2008 to December 2008.
Conducted intakes for potential group members, and co-led a manualized skills-based intervention group for children with social impairments. Met with parents to exchange feedback, and conducted pre- and post-intervention behavioral assessments. Group members had ASD and/or anxiety disorders.

**University of Kentucky**, **Harris Psychological Services Center, Assessment Coordinator**, Lexington, Kentucky, July 2007 to August 2008.
Responsible for all aspects of outpatient clinic testing. Supervised assessments; performed intakes; participated in administrative meetings to determine the appropriateness and disposition of potential clients; reviewed clinic policies and procedures; researched, identified, and ordered new instruments; engaged in community outreach; and maintained clinic assessment records.

**Bluegrass Rape Crisis Center**, **Crisis Counselor**, Lexington, Kentucky, September 2005 to September 2006.
Provided crisis counseling services at a community agency for survivors of sexual assault. Accompanied survivors (including survivors with disabilities) to the local emergency room, provided advocacy and support throughout the medical examination and detectives' questioning, and answered crisis line calls.

**Center for Women, Children, and Families**, **Counseling Psychology Trainee**, Lexington, Kentucky, January 2006 to May 2006.
Led psychoeducational groups for adult survivors of domestic violence who had lost custody of their children and were in child maltreatment systems. Conducted intakes and provided individual psychotherapy to children and adults. Diagnoses included Fragile X and other developmental disabilities, post-traumatic stress, adjustment, acute stress, and major depressive disorders.

## PROFESSIONAL SERVICE ACTIVITIES

**Virginia Department of Behavioral Health and Developmental Services, Structured Measures of Intellectual Functioning Review Panel**. Commonwealth of Virginia, 2020 to 2021 (Note: death penalty was abolished in Virginia in 2021).
Invited membership on five-member professional panel, selected by the DBHDS Forensic Evaluation Oversight Manager, to provide guidance with regard to updating the list of psychological measure of intellectual functioning for use in death penalty cases in Virginia, as required by § 19.2-264.3:1.1 and 19.2-264.3:1.2.

**University of Kentucky, Department of Psychology, Diversity Committee Founding Member**, Lexington, Kentucky, February 2012 to August 2012.
Identified need, and assisted in assembling members and faculty support for, a graduate student-led committee to revise departmental policies relating to sexual and gender minority students and Psychology Department clinic clients. Advised faculty and community supervisors regarding training requirements, materials, and procedures. Developed multimedia training materials ultimately implemented in graduate curriculum.

**Project SAFE (Safety and Accessibility for Everyone), Coordinator**, Frankfort, Kentucky, September 2005 to September 2006.
Created project to increase physical and attitudinal accessibility of domestic violence shelters and rape crisis centers in Kentucky. Identified and invited representatives from state agencies addressing domestic and sexual violence, disability rights, and crime victim advocacy to provide project leadership. Scheduled and led meetings. Project SAFE became an ongoing organization and was awarded a three-year Department of Justice Violence Against Women Act grant for $750,000 in 2008.

**Consumer Advisory Council of Kentucky**, **Board Member**, Frankfort, Kentucky, November 2006 to November 2008.
Assisted in senior level decision-making regarding priorities and policies of the Human Development Institute, with special emphasis on creating an inclusive environment for people with disabilities. Reviewed and provided feedback on Institute research, funding, and grant applications. Monitored organization's compliance with the strategic plan.

## RESEARCH EXPERIENCE

**Westchester Jewish Community Services, Co-Principal Investigator**, "Sexual Knowledge and Attitudes of Adolescents and Young Adults with Developmental Disabilities, Before and After a Psycho-Educational Intervention." White Plains and Hartsdale, New York, July 2012 to July 2013.
Co-originated study concept, developed methodology, identified appropriate assessment instruments, and generated hypotheses for a study examining outcomes for adolescents and young adults with ASDs who participated in a psycho-educational healthy sexuality group.Variables included sexual knowledge and attitudes, Axis I psychopathology, and intellectual functioning.

**University of Kentucky, Principal Investigator**, "General Personality, Personality Disorder, Psychopathology, and Adaptive Functioning in Adults with Intellectual Disabilities." Lexington, Kentucky, October 2011 to August 2013.
Wrote literature review, developed study methodology and hypotheses, obtained IRB approval, recruited participants from vulnerable populations, and collected, analyzed, and interpreted data. Dissertation.

**University of Kentucky, Co-Investigator**, "Gender Identity, Sexual Orientation, and Personality." Lexington, Kentucky, September 2012 to 2013.
This project was composed of three studies examining the relations among non-normative gender identity, personality, and sexuality. Generated research idea, developed study methodology, obtained IRB approval, and collected, analyzed, and interpreted data for study one. Co-principal investigator: Tory Eisenlohr-Moul, Ph.D.

**University of Kentucky, Widiger Personality Laboratory, Graduate Researcher**, Lexington, Kentucky, September 2005 to July 2012.
Administered the Personality Disorder Interview-IV and Structured Interview for the Five Factor Model to participants in studies of personality disorders; generated ideas for laboratory research; co-developed methodology for studies of Five Factor Model personality; coded semi-structured interviews for reliability; read and critiqued papers submitted for publication; and identified test items for use in Five Factor Model research. Principal Investigator: Thomas Widiger, Ph.D.

**University of Kentucky**, **Department of Behavioral Sciences**, **Graduate Research Assistant**, Lexington, Kentucky, June 2008 to May 2010.
Collected, analyzed, and interpreted data, co-authored manuscripts, and wrote annual reports for funding sources.

**University of Kentucky, Preservice Health Training Project, Research Assistant**, Lexington, Kentucky, August 2005 to June 2008.
Assisted in a project evaluating outcomes of online training modules for health professionals serving people with developmental disabilities. Co-authored six manuscripts published in peer-reviewed journals; collected, analyzed, and interpreted data; co-developed study methodology; and coordinated and edited contributions by co-authors. Principal Investigator: Harold Kleinert, Ed.D.

**University of Illinois, Korol Sex Steroids and Behavior Rodent Laboratory, Research Assistant**, Lexington, Kentucky, May 2002 to August 2002.
Assisted in a study of rodent spatial navigation strategies, resulting in a *Neuroscience* publication. Performed rodent surgeries, including ovariectomy and cannulae implantation in the striatum and hippocampus, tested rodent behavior, and performed histology on frozen brain tissue. Principal Investigator: Donna Korol, Ph.D.

## PUBLICATIONS

Campbell, W., Miller, S.L., **Boyd, S.E.**, Farmer, D.D., & Olezeski, C.L. (2023). Incarcerated While Transgender. In P. Magaleta, M. Ternes, & M. Patry (Eds.) *History and future of correctional psychology*. New York: Springer.

Mulay, A. L., Natoli, A. P., Gottfried, E. D., **Boyd, S. E.,** Cain, N. M., & Waugh, M. H. (2023). There are no coincidences: Proposed usefulness of the alternative *DSM-5* model for personality disorders in the conceptualization of QAnon-related threats. *Journal of Threat Assessment and Management.* Advance online publication. https://doi.org/10.1037/tam0000206

**Boyd, S. E.** (2012). Five Factor Model personality functioning in adults with intellectual disabilities. In T.A. Widiger & P.T. Costa (Eds.), *Personality Disorders and the Five Factor Model of Personality* (3rd ed.) (pp. 209 - 217). Washington, D.C.: American Psychological Association.

Adams, Z., and **Boyd, S.E.** [shared first-authorship] (2010). Ethical challenges in the treatment of individuals with intellectual disabilities. *Ethics and Behavior*, *20*, 407-418.

**Boyd, S.,** Sanders, C., Kleinert, H., Huff, M., Lock, S., Johnson, S., et al. (2008). Virtual patient training to improve reproductive healthcare for women with intellectual disabilities. *Journal of Midwifery and Women's Health, 53*, 453-460.

Kleinert, H. K., Fisher, S., Sanders, C., & **Boyd, S.** (2007). Improving physician assistant competencies in developmental disabilities using virtual patient modules. *Journal of Physician Assistant Education, 18*, 33-40.

Kleinert, H. K., Sanders, C. B., Mink, J., Nash, D., Johnson, J., **Boyd, S.,** et al. (2007). Improving student dentist competencies and comfort in delivering care to children with developmental disabilities using a virtual patient module. *Journal of Dental Education*, 71, 279-286.

Knudsen, H. K., Studts, J. L., **Boyd, S. E.,** & Roman, P. M. (2010). Structural and cultural barriers to the adoption of smoking cessation services in addiction treatment organizations. *Journal of Addictive Diseases, 29*, 294-305.

Knudsen, H. K., **Boyd, S. E.,** Studts, J. L. (2010). Substance abuse treatment counselors and tobacco use: a comparison of comprehensive and indoor-only smoking bans. *Nicotine and Tobacco Research, 12*, 1151-1155.

Sanders, C. L., Kleinert, H. K., Free, T. F., Slusher, I., Clevenger, K., Johnson, **S., Boyd, S.** E. (2007). Caring for children with intellectual and developmental disabilities: Virtual patient instruction improves students' knowledge and comfort level. *Journal of Pediatric Nursing, 22*, 457-466.

Sanders, C. L., Kleinert, H. K., **Boyd, S. E.** Herren, C., Theiss, L., & Mink, J. (2008). Virtual patient instruction for dental students: can it improve dental care access for persons with special needs? *Special Care Dentistry, 28,* 205-213.

Sanders, C. L., Kleinert, H. K., Free, T. F., Slusher, I., Clevenger, K., **Boyd, S.,** et al. (2008). Developmental disabilities: improving competence in care using virtual patients. *Journal of Nursing Education, 47,* 66-73.

Widiger, T. A., & **Boyd, S.** (2009). Personality disorder assessment instruments. In J. N. Butcher (Ed.), *Oxford handbook of personality assessment (3rd ed.)(pp. 336-363).* New York: Oxford University Press.

Zurkovsky, L., Brown, S. L., **Boyd, S.,** & Korol, D. L. (2007). Estrogen modulates learning in female rats by acting directly at distinct memory systems. *Neuroscience, 144*, 26-37.

## NON-ACADEMIC WRITING

***A.P. v. Fayette County School District et al.*** 3:19-cv-00109 (2022). Co-drafted amicus brief with Jennifer Freyd, Ph.D., on behalf of mental health experts specializing in trauma, regarding adolescent sexual abuse victim peri- and post-abuse behavior, delayed disclosure, institutional betrayal, and secondary victimization.

## TEACHING & TRAINING EXPERIENCE

**Introduction to Conducting Forensic Psychological Evaluations of Transgender and Gender-Diverse Individuals.**
Online Live Training, August 2025
Live four-hour training co-presented with Dee Farmer, developed for Concept/Palo Alto in partnership with the American Academy of Forensic Psychology (AAFP). Invited training event providing an introduction to psychological evaluations of transgender and gender diverse individuals in correctional or other forensic settings.

**Legal Defense Fund. New Tests, Old Problems: IQ testing in 2025.**
Warrenton, Virginia, July 19, 2025
Invited talk for attorneys, mitigation specialists, and other forensic experts regarding the history of IQ testing, current status of most frequently-used IQ tests, and the implications of the WAIS-5 and other recent developments for Atkins evaluations.

**Child Guidance Clinic of the District of Columbia: Invited Seminar on Assessing Adjudicative Competency in Youth with Known or Suspected Intellectual Developmental Disorder.**
Washington, DC, March 31, 2025
Developed and presented a training for interns and staff psychologists regarding special considerations for assessment of adjudicative competency in youth with known or suspected intellectual disabilities.

**United States Marine Corps: Victims' Legal Counsel Organization Annual Training Seminar.**
Reno, Nevada, February 5, 2025
Co-Presented a training related to memory for traumatic events, and memory functioning in individuals who experience psychological trauma, with Stephanie Wolf, JD, PhD. Attendees were attorneys representing victims of interpersonal violence.

**University of Virginia: Forensic Evaluation of Individuals with Autism Spectrum Disorders & Intellectual Disabilities.**
Charlottesville, Virginia. May 22, 2024
Provided one of four presentations/trainings related to forensic psychological assessment of autistic individuals and people with intellectual disabilities. Dr. Boyd's training section was focused on sexual and non-sexual violence risk considerations for individuals with Autism Spectrum Disorders.

**Commonwealth's Attorney Office of Prince William County Training: Communicating with Victims of Interpersonal Trauma.**
Manassas, Virginia. November 20, 2023
Single-event training for Commonwealth's Attorneys and local law enforcement officers who investigate sexual and domestic crimes in Prince William County, Virginia. Training focused on neurobiology of trauma and defense cascade responses in victims, as well as offender preparatory, maintenance, and prevention of disclosure behaviors.

**Housing and Urban Development (HUD) Fair Housing Training: Trauma-Informed Advocacy**.
Washington, DC. August 10, 2023.
Co-presented with a victim-witness coordinator from the United States Department of Justice. Training topics related to practical strategies for understanding interpersonal violence and interpersonal trauma in housing settings, and tools for interviewing potential victims or perpetrators of interpersonal abuse.

**University of Virginia: Forensic Evaluation of Individuals with Autism Spectrum Disorders & Intellectual Disabilities.**
Charlottesville, Virginia. June 1, 2023.
Provided one of four trainings related to forensic assessment of individuals with developmental disabilities. Dr. Boyd's training section provided an introduction to forensic assessment of individuals with intellectual disabilities, including adjudicative competency evaluation.

**Conducting Forensic Mental Health Evaluations with Individuals Who Are Transgender or Gender Non-Conforming**. Charlottesville, Virginia. Part 1: December 10, 2020, Part 2: April 9, 2021.
One of four presenters describing basic information about individuals who are transgender and gender non-conforming in the criminal justice context, ethical considerations, example language and queries for taking a gender development history, relevant case law, and referral considerations. Attendees were mental health professionals.

**Capital Area Immigrants' Rights (CAIR) Coalition, Detained Children's Program webinar presenter: Detention Conditions, Health Impact of Detention on Children, & Legal Issues of Children's Detention.**
Washington, DC, July 2019.
One of three presenters providing overviews of legal, health, and psychological realities and risks for immigrant children in detention. Webinar attendees were stakeholders and grant foundations.

**University of Virginia Health Services, Panelist: How Experience Might Inform Ethical Practice. Transgender Youth and Systems-Level Reforms for Girls**. Charlottesville, VA, April 2019.
One of three panelists reviewing potential ethical considerations, and responding to training participant questions, regarding forensic assessment of transgender and gender non-conforming individuals.

**District of Columbia Department of Behavioral Health, Training Presenter.** Washington, D.C., December 2018.
Developed training materials and presented on the topic of adjudicative competency restoration for adults with Intellectual Disabilities.

**National Legal Aid & Defender Association Presenter.** Philadelphia, PA, June 2018.
Developed training materials, and co-presented with Joette James, Ph.D., as well as presenting (solo) regarding accommodations-related assessments for defendants with cognitive and psychiatric disabilities, and about psychopathy and Antisocial Personality Disorder, respectively.

*Sara E. Boyd, Ph.D., ABPP*
*Curriculum Vitae*
*December 2025*
*p. 11*

**Georgetown Juvenile Justice Initiative and National Juvenile Defender Center Symposium: Race and Juvenile Justice 50 Years after *Gault* Presenter/Panelist.** Washington, D.C., May 2017.
Co-panelist with Daniel Murrie, Ph.D., for discussion of race and risk assessment of juveniles.

**Georgetown Juvenile Justice Center Presenter.** November 2016.
Developed and presented a training for public defenders regarding common errors in risk assessment reports and strategies for critical reading of risk assessment evaluations.
**Superior Court Judicial and Senior Manager Spring Conference Presenter.** Washington, D.C., April 2015.
Developed and presented training materials for Superior Court Judges as part of a panel on risk assessment of juvenile and adult defendants.

**Training for Attorneys Preparing to Represent Defendants on the Prince William Mental Health Court Docket.** Manassas, Virginia, April 2015, April 2016, & April 2018.
Prepared and presented a training for attorneys and judges about psychiatric disorders and forensic psychology considerations relevant to defendants with suspected or confirmed psychiatric disorders.

**Institute of Law, Psychiatry, and Public Policy, Presenter.** Charlottesville, Virginia, 2014 to 2023.
Developed and presented training curriculum for forensic evaluators assessing violence risk-related online behaviors in juveniles.

**Institute of Law, Psychiatry, and Public Policy, Presenter.** Charlottesville, Virginia, October 2014 to present.
Developed and presented training curriculum for evaluating competency to stand trial and mental state at the time of offense in defendants with intellectual disabilities and borderline intellectual functioning. Also developed a more general training on developmental disabilities and forensic issues, as part of a panel of presenters, for an ILPPP training offered in June 2023.

**Institute of Law, Psychiatry, and Public Policy, Training Faculty.** Richmond, Virginia, and Charlottesville, Virginia, May 2015 and September 2014.
Developed and presented a one-day training curriculum on assessing online behavior of forensic evaluees, with emphasis on issues relevant to problematic sexual behavior online, applicable statutes, and recommendations for supervision. Co-presented the training with a local prosecutor, probation officer, and forensic information technology investigator.

**Washington, District of Columbia, Department of Behavioral Health, Presenter.** August 2014.
Developed and presented a training curriculum on evaluating adjudicative competency of defendants with intellectual disabilities. Trainees were forensic psychologists and psychiatrists employed by the Department of Behavioral Health.

**Department of Behavioral Health and Developmental Services, Presenter.** August 2014.
Developed and presented a grand rounds for mental health service providers at Western State Hospital; topic was introduction to online subcultures, and how and why to query online activities of individuals with severe mental illness.

**Department of Behavioral Health and Developmental Services, Presenter.** July 2014.
Developed and presented Psychology Department inservice training concerning adapting empirically-supported PTSD treatments for inpatient forensic populations.

**Department of Behavioral Health and Developmental Services, Training Facilitator,** Richmond, Roanoke, and Newport News, Virginia, April 2014 to May 2014.
Developed and presented a training curriculum on customizing outpatient restoration of competency to stand trial services for individuals with intellectual disabilities. Trainees were community mental health providers.

**Institute of Law, Psychiatry, and Public Policy, Presenter.** Charlottesville, Virginia, March 2014 to present.
Developed and presented training curriculum on assessing online behavior of adult forensic evaluees, with emphasis on issues relevant to problematic sexual behavior online.

**Western State Hospital, Department of Behavioral Health and Developmental Services, Presenter,** Staunton, Virginia, November 2013.
Developed and presented a grand rounds for mental health providers, concerning personality disorders in adults with intellectual disabilities, also developed and presented a psychology department inservice training focused on adapting evidence-based trauma treatment interventions for inpatient forensic populations.

**Westchester Jewish Community Services, Instructor**, Yonkers and Hartsdale, New York, September 2012 to July 2013.
Developed training curriculum on assessing online activity of children, adolescents, and young adults. Presented training to an outpatient trauma treatment center, a violence intervention and prevention program, a program for teen parents, and a residential treatment facility for youth with ASD.

**University of Kentucky, University Center for Excellence in Developmental Disabilities, Curriculum Development and Project Coordinator**, Lexington, Kentucky, January 2012 to July 2012.
Originated concept, generated learning objectives and teaching strategies, and developed content for an inter-disciplinary, multi-media online training for mental health professionals to provide more competent and ethical care to adults with IDD. Wrote scripts, cast actors, and filmed and edited illustrative video vignettes. Applied for and obtained continuing education credits from the Kentucky Psychological Association.

**University of Kentucky, Human Development Institute, Instructor**, Lexington, Kentucky, 2008 to 2011.
Lectured on sexual abuse of adults with disabilities to students enrolled in the interdisciplinary Graduate Developmental Disabilities Certificate Program. Converted lecture to online format for the distance learning section of program.

**Migrant Network Coalition, Workshop Co-Leader**, Lexington, Kentucky, August 2010.
Researched and developed materials and co-led a training workshop on the intersection of disability and immigration status, including trafficking and abuse-related considerations.

**University of Kentucky**, **Department of Behavioral Sciences**, **Graduate Student Assistant**, Lexington, Kentucky, August 2007 to May 2009.
Developed training materials and facilitated *in vivo* experiences to prepare medical students for treating patients with IDD and their families. Developed student/family mentorship program, which continued within the medical school.

**University of Kentucky, Human Development Institute, Project Supervisor**, Lexington, Kentucky, November 2007 to July 2008.
Researched and developed instructional content of a multi-media online training package for direct service professionals who support adults with DD. Coordinated marketing and distribution of training program to Medicaid waiver providers. Funded by the Kentucky Department of Behavioral Health, Developmental and Intellectual Disabilities.

**University of Kentucky, Preservice Health Training, Project Assistant**, Lexington, Kentucky, August 2005 to June 2008.
Helped identify training needs of professionals (e.g., dentistry, nursing, women's health) treating individuals with IDD; researched and wrote content for training materials; and co-scripted video vignettes for an award-winning series of online, multi-media, interdisciplinary training modules.

**Project SAFE (Safety and Accessibility for Everyone), Coordinator**, Frankfort, Kentucky, September 2005 to September 2006.
Created and presented three trainings on the topic of sexual and domestic violence perpetrated against individuals with disabilities. Audience included team members from a coalition of state agencies related to sexual assault, domestic/interpersonal violence, disability rights, and crime victims' advocacy.

**Commonwealth of Kentucky, Coalition of State Disability and Employment Agencies, Training Facilitator**, Frankfort, Kentucky, April 2005 to June 2005.
Coordinated disability-awareness trainings, led by facilitators with disabilities, for state employees of Kentucky One-Stop Job Centers.

## ACADEMIC PRESENTATIONS

**Boyd, S.,** Boyd, J. Practical Strategies for Assessing Competency to Stand Trial in Adults with Intellectual Developmental Disorders. (2025, March). Presentation at the annual American Psychology and the Law Society (Division 41) conference. San Juan, Puerto Rico.

**Boyd, S.,** Brodsky, S. (chair), Murrie, D.M., & Stejskal, W.J. (2016, March). Bias in Forensic Mental Health Evaluations. Symposium at the American Psychology-Law Society Conference. Atlanta, Georgia.

**Boyd, S.,** Barretto, R., & Zelle, H. (2015, June). Using Advance Directives for Self-Advocacy and Planning: An Overview and Example of the Process. Presentation at the 14th Annual Philadelphia Trans Health Conference. Philadelphia, PA.

**Boyd, S.** (2010, November). *Personality, motives, and adaptive functioning in adults with intellectual disability.* Poster presented at the Association of University Centers on Disability conference, Crystal City, VA.

**Boyd, S.,** & Adams, Z. (2008, April; shared first authorship). *Ethical considerations in the treatment of individuals with Intellectual Disability.* Award Presentation session at the annual American Psychological Association conference ,Boston, MA.

**Boyd, S.** (2008, September) *Traits, motives, and behavior: comparing the NEO PI-R and the Reiss Profile.* Poster Presented at the Society for Research in Psychopathology conference, Pittsburgh, PA.

Kleinert, H. K., Caldwell, S., **Boyd, S.** (2006, October). *Interactive virtual training for residential physicians and student dentists on caring for patients with developmental disabilities.* Concurrent session presented at the annual Association of University Centers on Disability conference, Washington, D.C.

## SUPERVISION & MENTORING

**American Psychological Association, Mentor in Disability Mentoring Program.**
2022 cohort.
Mentored an individual graduate student with disabilities to support their professional development as a psychologist.

**Institute of Law, Psychiatry, & Public Policy Graduate Student and Postdoctoral Fellow Supervisor,**
Charlottesville, Virginia. August 2017 to present.
Supervised graduate students and postdoctoral fellows in reviewing and conducting forensic psychological evaluations. Presented at case conferences for student and practitioner attendees.

**Westchester Jewish Community Services, Clinical Psychology Extern Supervisor**, Hartsdale, New York, September 2012 to July 2013.
Supervised a graduate-level psychology extern in providing evidence-based treatments to a clinic population. Discussed differential diagnoses, case formulations, treatment goals, interventions, and collateral services. Provided ongoing feedback and conduct formal written evaluations.

**University of Kentucky, Student Supervisor**, Lexington, Kentucky, May 2008 to June 2012.
Supervised four undergraduate student assistants in laboratories investigating psychopathology, personality, and self-regulation. Oversaw data collection and analysis, manuscript preparation, and conference presentations. Provided guidance on professional development, including graduate school applications.

## HONORS

**2012 Research Endowment Award**, from the Human Development Institute, University of Kentucky.

**2011 Research Funding Award**, from the Department of Psychology, University of Kentucky.

**2008 Winner, American Psychological Association (APA) of Graduate Students ethics paper contest**. Awarded at the APA annual conference in Boston, MA, August 2008. Paper, co-authored with Z.W. Adams, titled: Ethical Considerations in Psychotherapy with Adults with Intellectual Disabilities.

**2008 Research Funding Award**, from the Department of Psychology, University of Kentucky.

**2007 Burberry Award**, from the Human Development Institute, University of Kentucky, a University Center for Excellence in Developmental Disabilities.
This award recognizes outstanding academic achievement and advocacy efforts in graduate student trainees.

**2006 Anne Rudiger Award**, from the Association of University Centers on Disability (AUCD).
This national award recognizes academic and advocacy-related achievement among graduate student trainees in the AUCD network.

**1998-1999 James Scholar Honors Program**, University of Illinois.

## PROFESSIONAL MEMBERSHIPS

American Psychological Association (APA)
 APA Division 25: *Behavior Analysis*
 APA Division 33: *Intellectual and Developmental Disabilities/Autism Spectrum Disorders*
 APA Division 35: *Society for the Psychology of Women*
 APA Division 44: *Society for the Psychology of Sexual Orientation and Gender Diversity*
 APA Division 46: *American Psychology-Law Society*
 APA Division 56: *Trauma Psychology*

American Association on Intellectual and Developmental Disabilities (AAIDD)
Association for the Treatment & Prevention of Sexual Abuse (ATSA)
Fellow, American Board of Forensic Psychology (ABFP)
Affiliate, Society for the Advancement of Actuarial Risk Needs Assessment (SAARNA)