Scott D. Bender, Ph.D., ABPP-CN

**Curriculum Vita**

---

University of Virginia Health Sciences
Institute of Law, Psychiatry, & Public Policy
Department of Psychiatry & Neurobehavioral Sciences
Charlottesville, VA 22908
Phone: (434) 924-2718
Email: sb4qk@virginia.edu
Web: www.uvaforensicclinic.com

## BOARD CERTIFICATION & LICENSURE

Board Certified in Clinical Neuropsychology by the American Board of Clinical Neuropsychology (#6511). Licensed by the Virginia Board of Psychology (#0810002956) and the Louisiana State Board of Examiners of Psychologists (#1640). Authorized to practice interjurisdictional psychology by PsyPact (#14185)

## EMPLOYMENT

**Current**    **Associate Professor** of Psychiatry & Neurobehavioral Sciences in the School of Medicine at the University of Virginia with appointments to the Institute of Law, Psychiatry, and Public Policy (ILPPP) and the Neuropsychology Assessment Clinic

## TEACHING & SUPERVISION EXPERIENCE

**2017-present** **Forensic Evaluation Oversight Panel** for the Commonwealth of Virginia

**2016-2019** **Faculty Panel Moderator** for Mind, Brain, & Behavior course at UVA School of Medicine. Topic: *mild TBI & PCS*

**2007-present** **Faculty Member and Lecturer** for Forensic Training Programs at the Institute of Law, Psychiatry & Public Policy (ILPPP) at the University of Virginia

**2002-present** **Primary Supervisor** for neuropsychology and forensic psychology postdoctoral fellows, clinical and forensic psychiatry residents, and graduate students in clinical psychology

**1997-1999** **Graduate Teaching Assistant** in the Experimental Methods Laboratory at the University of North Texas, Denton Texas. Supervising Faculty: Paul Lambert, Ph.D.

**1995** **Graduate Teaching Assistant** in Research Design Laboratory at Northeast Louisiana University, Monroe Louisiana. Supervising Faculty: Caroline Minder, Ph.D.

## EDITED TEXTBOOKS

1. Rogers, R. & **Bender, S.D.** (2018). *Clinical Assessment of Malingering and Deception (4th ed.),* New York: Guilford Press.

## OTHER PUBLICATIONS

1. Trupp. G. & **Bender, S.D.** (in press). Forensic Neuropsychology in Sentencing Mitigation. In N. Nelson, J.J. Sweet, B. Marcopulos, & D. Goldstein (Eds.), *Neuropsychological Interviewing in Forensic Cases.* Guilford Press

2. Rogers, R., **Bender, S. D.,** & Tazi, K. Y. (2025). Forensics: Methodological challenges and empirical evidence. In G. Young, T. Bailey, L. Giromini, J. Soble, R. Rogers, & B. Levitt (Eds.), *Handbook of Psychological Injury and Law*. Springer Nature.

3. Guarnera, L.A., Murrie, D.C., Gardner, B.O., & **Bender, S.D.** (2024). Are forensic evaluators more likely to conclude that Black or White defendants are malingering? *Law and Human Behavior, 48*(5-6), 545–563. https://doi.org/10.1037/lhb0000589

4. Rogers, R., **Bender, S.D.**, & Hartigan, S.E. (2024). An overview of malingering and deception in neuropsychiatric cases. *Behavioral Sciences & the Law, 42*(1), 28-38.

5. Laduke, C.L., Tussey, C.M., Marcopulos, B.A., **Bender, S.D.**, & Arredondo, B.C. (2023). Neuropsychological considerations in forensic mental health assessment. In D. DeMatteo & K. C. Scherr (Eds.), *The Oxford Handbook of Psychology and Law*. Oxford University Press.

6. Tussey, C.M., Arredondo, B.C., **Bender, S.D.** & Marcopulos, B.A. (2022). Competence to stand trial. In L.A. Schaefer & T.J. Farrer's (Eds.), *Casebook of Mental Capacity in U.S. Legislation: Assessment and Legal Commentary*. Taylor & Francis.

7. Zasler, N.D. & **Bender, S.D.** (2019). Validity assessment in traumatic brain injury impairment and disability evaluations. *Physical Medicine and Rehabilitation Clinics of North America*. DOI: 10.1016/j.pmr.2019.03.009.

8. Mahoney, J.J., **Bender, S.D.**, Arredondo, B.C. & Marcopulos, B.A. (2018). A forensic case report involving unequivocal severe brain injury and unequivocal response bias. *Journal of Forensic Psychology Research and Practice*, DOI: 10.1080/24732850.2018.1518066

9. **Bender, S.D.** (2018). Malingered Traumatic Brain Injury. In R. Rogers & **S.D. Bender** (Eds.), *Clinical Assessment of Malingering and Deception (4th ed.).* New York: Guilford Press.

10. **Bender, S.D.** & Frederick, R.I. (2018). Neuropsychological Models of Feigned Cognitive Deficits. In R. Rogers & **S.D. Bender** (Eds.), *Clinical Assessment of Malingering and Deception (4th ed.).* New York: Guildford Press.

11. **Bender, S.D.** (2014). Response Styles and Malingering. In Cautin & Lilienfeld (Eds.), *Encyclopedia of Clinical Psychology.* New Jersey: Wiley.

12. **Bender, S.D.** (Winter, 2013). Concussion: What it is and what to do about it. *National Academy of Neuropsychology Bulletin*.

13. **Bender, S.D.** & Matusewicz, M. (2013). PCS, iatrogenic symptoms and malingering following concussion. *Psychological Injury and Law, 6*(2), 113-121. doi:10.1007/s12207-013-9156-9

14. Rogers, R., & **Bender, S.D.** (2013). Evaluation of Malingering and Deception. In A. M. Goldstein (Ed.), *Handbook of Psychology, Volume 11: Forensic Psychology (2nd Edition).* New Jersey: Wiley.

15. Rogers, R., **Bender, S.D.**, & Johnson, S.F. (2011). A critical analysis of the MND criteria for feigned cognitive impairment: Implications for forensic practice and research. *Psychological Injury and Law.* DOI 10.1007/s12207-011-9108-1.

16. Rogers, R., **Bender, S.D.**, & Johnson, S.F. (2011). A commentary on the MND model and the Boone critique: "Saying it doesn't make it so." *Psychological Injury and Law*. DOI 10.1007/s12207-011-9107-2.

17. Rogers, R. & **Bender, S.D.** (2009). Feigning Mental Disorders with Concomitant Cognitive Deficits: The Purported Disability of Mr. E.Z. In J. Morgan and J. Sweet (Eds.), *Neuropsychology of Malingering Casebook*. New York: Taylor & Francis.

18. Bailey, C.B., Barth, J.T., & **Bender, S.D.** (2009). SLAM on the Stand: How the Sports-Related Concussion Literature Can Inform the Expert Witness. *Journal of Head Trauma and Rehabilitation, 24*(2), 123-130.

19. **Bender, S.D.** (2008). Malingered Traumatic Brain Injury. In R. Rogers (Ed.), *Clinical Assessment of Malingering and Deception (3rd ed.)*. New York: Guildford Press.

20. **Bender, S.D.** (2008). Book Review of K. B. Boone's Assessment of Feigned Cognitive Impairment: A Neuropsychological Perspective, *Archives of Clinical Neuropsychology, 23*(2), 223-224.

21. **Bender, S.D.**, & Rogers, R. (2004). Detection of neurocognitive feigning: Development of a multi-strategy assessment. *Archives of Clinical Neuropsychology, 19*(1), 49-60.

22. **Bender, S.D.**, Barth, J.T., & Irby, J. (2004). Historical perspectives. In M. Lovell, R. Echemendia, J. Barth, & M. Collins (Eds.), *Traumatic Brain Injury In Sports: An International Neuropsychological Perspective*. Lisse: Swets & Zeitlinger.

23. Irby, J., & **Bender, S.D.** (2004). Apathetic syndrome with intact cognitive abilities: A case study. *Archives of Clinical Neuropsychology, 19,* 984-985.

24. Rogers, R., & **Bender, S.D.** (2003). Evaluation of Malingering and Deception. In A. M. Goldstein (Ed.), *Comprehensive Handbook of Psychology Volume 11: Forensic Psychology*. New Jersey: Wiley.

25. Hawkins, K.A., & **Bender, S.D.** (2002). Norms and the relationship of Boston Naming Test performance to vocabulary and education: A review. *Aphasiology, 16*(12), 1143-1153.

26. Davalos, D.B., Merikangas, J., & **Bender, S.D.** (2001). Psychosis associated with Hypomelanosis of Ito. *Journal of the Royal Society of Medicine*, 94, 140-141.

**2002-present  Manuscript Editor/Reviewer** for peer-reviewed journals and select chapters, including *Behavioral Sciences & The Law, Brain Injury,* and *Archives of Clinical Neuropsychology*.

## INVITED PRESENTATIONS

1. **Bender, S.D.** (March, 2025). Traumatic Brain Injury in Criminal Cases. For the *Georgia Capital Defender Training Symposium*

2. **Bender, S.D.** (May, 2023). Malingering & Response Bias in Criminal Cases. For the *Federal Bureau of Investigation (FBI) Behavioral Analysis Unit Symposium*

3. **Bender, S.D.** (2022). *Criminal and Civil Competencies.* (2022, November). Invited Grand Rounds presentation for Albert Einstein School of Medicine Psychiatry Department

4. Zasler, N. & **Bender, S.D.** (2022, June). *Forensic Assessment of Persons with Claimed Brain Injury.* Ford Richardson Webinar

5. Zasler, N. Armeis, A., & **Bender, S.D.** (2019, November). *TBI Bootcamp for Forensic Practitioners.* Symposium presented at the annual meeting of the American Congress of Rehabilitation Medicine, Chicago

6.  **Bender, S.D.,** Tussey, C., & LaDuke, C. (2019, March). *Neuropsychology for Forensic Psychologists.* Symposium presented at the annual meeting of the American Psychology-Law Society, Portland Oregon

7.  **Bender, S.D.** (2018, October). *Forensic Neuropsychology for Attorneys*. Virginia Indigent Defense Commission Conference, Richmond, Virginia

*8.* **Bender, S.D**., Zasler, N.D. (2017, October). *Validity Assessment in Acquired Brain Injury – Clinical and Forensic Caveats*. Symposium presented at the 94th annual American Congress of Rehabilitation Medicine, Atlanta, Georgia

9.  **Bender, S.D.** (2016, October). *Civil Capacities in Neuropsychology.* Invited Speaker for the Virginia Poverty Law Center Legal Aid Conference, Hampton, Virginia

10. **Bender, S.D.** (2016, March). *Testifying in Cases involving Malingered Neuropsychological Impairment.* Law & Neuroscience Senior Seminar at James Madison University, Harrisonburg, Virginia

11. **Bender, S.D.** (2015, October). *Standards of Care in* B*rain Injury Litigation.* Invited Panelist at the Annual *American Conference Institute,* New York City

12. **Bender, S.D.** (2013, February). *Determining Capacity in Close Cases: A Neuropsychologist's Perspective.* Invited Guest Lecturer at the Annual VAELA meeting, Charlottesville, Virginia

13. **Bender, S.D.** *Mild traumatic brain injury in litigation* (2012, February)*.* Invited Panelist at the Annual American Conference Institute. Philadelphia, Pennsylvania

14. Core Faculty Lecturer at ILPPP Semi-Annual Training Programs (2007-present). Topics: *Malingering Detection in Adult Forensic Cases*; *Malingering & Deception in Adolescents*

15. Invited Grand Rounds Lecturer for Departments of Psychiatry, Neurology, and PM&R at UVA and throughout the region (2002-present). Multiple topics (e.g., *malingering, dementia, dysexecutive syndromes, TBI, concussion*)

16. UVA Neuropsychology Seminars. Sample Lectures: *Forensic Neuropsychology; Malingering; bedside mental status exam; concussion and PCS; dementias; stroke syndromes*

17. **Bender, S.D**. (2003). *Neuropsychological assessment of executive functions in adults*. Paper presented at the ERRIS seminar series at University of Virginia Health Science Center

18. Davalos, D.B., & **Bender, S.D**. (2000). *The relationship between SPECT abnormalities and neuropsychological test performance in patients with TBI: A preliminary review*. Poster presented at the Annual Meeting of the Rocky Mountain Psychological Association

19. Davalos, D.B., & **Bender, S.D**. (2000). *Clinicians' ability to estimate level of intellectual functioning in patients with Schizophrenia*. Poster presented at the Annual Meeting of the Rocky Mountain Psychological Association

20. Rogers, R., **Bender, S.D**., & Cruise, K. R. (1997). *Preliminary data from simulating malingerers on the TOCA*. Presented at the annual meeting of the Society of Neuropsychologists, Ft. Worth, TX

21. **Bender, S.D**. (1995). *Sucrose enhanced memory in humans*. Poster presented at the annual meeting of the Southwestern Psychological Association, San Antonio, TX

## SUPERVISED CLINICAL EXPERIENCE

**2000-2002    Postdoctoral Fellow** in Clinical Neuropsychology in the Department of Neurology at the University of Virginia. Diverse training and research experiences in clinical neuropsychology. Supervisors: Carol Manning, Ph.D., ABPP-CN, Neurology; Jeffrey T. Barth, Ph.D., ABPP-CN, Psychiatry.

**1999–2000    Predoctoral Fellow** at APA-accredited Clinical Psychology Internship Program at Yale University School of Medicine. Diverse training and research experiences in clinical neuropsychology. Supervisors: Keith Hawkins, Psy.D. & Richard Delaney, Ph.D., ABPP-CN

**1997-1999    Graduate Student Clinician** at (1) John Peter Smith Hospital in Ft. Worth, Texas. Supervisor: Andrew Houtz, Ph.D. (2) Cook Children's Behavioral Health Services in Denton, Texas. Supervisor: Lisa Elliott, Ph.D. (3) HealthSouth Plano Rehabilitation Hospital in Plano, Texas. Supervisor: Jay D. Duhon, Ph.D. (4) Therapy Practicum at University of North Texas Psychology Clinic in Denton, Texas. Supervisors: Richard Rogers, Ph.D., ABPP; Kenneth W. Sewell, Ph.D., Craig Neumann, Ph.D., & Thomas Boyle, Ph.D.

## EDUCATION

**1996–2000**    APA-accredited Clinical Psychology Program at the University of North Texas; Forensic Neuropsychology Focus. *Doctoral Degree Conferred,* December 2000. Dissertation topic: Cognitive feigning detection in neuropsychological assessment: Validation of the TOCA. Defended: November 2000, Major Professor: Richard Rogers, Ph.D., ABPP
Written Comprehensive Examination: Passed, August 1998

**1994-1995**    Experimental Psychology Program at Northeast Louisiana University. *Masters of Science Degree Conferred,* May 1995. Masters Thesis: The effect of glucose on declarative memory. Defended: May 1995, Major Professor: Jack A. Palmer, Ph.D.

**1987 - 1991**    University of Texas at Austin. *Bachelor of Arts*. Major: Psychology. Minor: History

## RESEARCH AND CLINICAL TRIALS

**2006-2011    Principal Investigator** for study of resiliency of the Test of Memory Malingering in medical populations (IRB-HSR #11650)

**2004-2006    Sub-PI/Neuropsychologist** for Behavioral Medicine Center study of Internet Intervention for Insomnia. Responsible for neurocognitive test development, interpretation, and consultation on 3-year NIH project (R-34)

**2000-2002    Sub-PI/Neuropsychologist** for University of Virginia Health Sciences Center studies with various Pharmaceutical companies, including GlaxoSmithKline, Janssen, Bristol-Myers Squibb, & Eisai-Pfizer. All were multicenter, randomized, double-blind, placebo-controlled drug efficacy studies involving Alzheimer's Disease, vascular dementia, epilepsy, and/or depression

**1999-2000    Sub-PI/Neuropsychologist** for Yale University School of Medicine study with NIH and Eli Lilly Pharmaceutical. Two multi-center, randomized, double-blind, placebo-controlled studies assessing the efficacy of olanzapine in schizophrenia

## COMMITTEES AND ASSOCIATIONS

American Academy of Clinical Neuropsychology, diplomate, since 2008
National Academy of Neuropsychology, Policy & Planning Committee member 2022 - 2023; Professional member since 2005
International Neuropsychological Society, member since 2000
American Psychological Association, since 1998
        Division 40 - Society for Clinical Neuropsychology
        Division 41 - American Psychology and Law Society
Virginia Brain Injury Council, Cognitive scientist 2007-2010

Institutional Review Board for Health Sciences Research (IRB-HSR), Cognitive scientist for the University of Virginia Health Science System, 2004 - 2022

Academic Standards and Achievement Committee (ASAC), UVA School of Medicine, 2015 - 2018

Psychiatry Grand Rounds Committee, UVA faculty member 2008 - 2018