February 3, 2026

Dear Judge Kollar-Kotelly:

I could never have imagined I would be writing a letter to a judge and facing punishment for committing a crime. No matter how embarrassed, scared, or ashamed I am for betraying my beliefs and values, I take full responsibility for my actions which is why I pleaded guilty. I made poor decisions and I am responsible for the consequences of those choices. I know it is totally on me to make the necessary corrections in my life so that I never violate the law again. Even if I was influenced by other people, no one else made me do what I did. I own my choices. I know nothing can take away my actions, but I ask the Court to consider my whole life and my hopes for my future when you sentence me.

I grew up as an only child in a middle-class part of southern California. ███████████ ████████████████████████████████████████████████████████████████████████ ██████████████████████ To try to create a better environment my mom insisted we move so we uprooted and moved to Temecula for just less than a year and then back to Huntington Beach where my mom and Dad found a house in a cul-de-sac next to my later elementary school and high school. I have lived in the same house ever since. ███████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████ They reassured me everything would be okay. They made me feel safe and protected and I remember knowing they both loved me.

Around the time I was turning nine ██████████████████████████████ ████████████████████████████ I had played sports from a young age, and my father believed I had innate talent that could lead to a career in baseball. ████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ██████████████████████████████████

Over time I began to rebel in little ways, █████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████



That continues to this day.

The next thing I remember we drove back to the house and dropped my mother off at our house and then me and my Dad drove off.

███████████████████████████████████████████
████████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████████████████████████████
█████████████████████

Later when my parents were going through the divorce ████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████
████████████████████

The next year I started high school but I was starting to have problems. ████████████
████████████████████████████████████████████
█████████████████████████████████████████████████████My
grades crashed, I couldn't play baseball to the best of my ability, and I started acting out. ████
███████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████
███████████████████████████████████████████████
██████████████████████████████████████████████
████████████████

This was one of my lowest points but it started some changes in me. Living with my mom brought more peace in my life. ██████████████████████████████████████
████████████████████████ I got closer to my mom again, ███████████████████████████████
████████████████████████████████████████████
████████████ I started making some new friends and seek social outlets. But with this independence, some of the guardrails were removed and I was kind of on my own.

For my junior year, I transferred to a fully online high school and started trying to refocus on academics. ███████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████ ████████████████████████████████████ I began making friends in Newport Beach instead of Huntington Beach where I grew up. These new kids I met grew up with a lot of money and status, and were used to really nice things like going on boats, fast cars, expensive dinners, and all-night parties. Because I grew up very modestly, this fast life became enticing and gave me the feeling I was on the right path. I finished high school and enrolled at community college. Around this time I met ██████████ who lived with his friend ██████████████ in Laguna Beach. ███████ and I became close, at least I thought we were, and I came to look up to him because he acted like he knew how to always make it work. ███████ seemed to have a good work ethic and created opportunities for himself in many ways such as the connections and people he would meet that often had large sums of money. I started feeling like I needed to make money to fit in and pull my weight.

One of the ways I earned money when I started college was to work as a DJ spinning records and making parties a lot of fun. Doing this was a good social outlet but it didn't pay very well and could be exhausting. During one party at a friend's house while I was DJing I started to have doubts about college and my future. I was looking around at all these rich kids and how easy it all seemed for them. I started wondering about the path forward for me and it made me question whether being a kid at community college was the life I wanted to live. Having a good job or owning a business seemed so far away and out of reach. ███████ came up to me and we got talking and I told him about my frustration and doubts. ███████ told me he wanted me to meet some of his clients that were very rich and lived a lifestyle of wealth. The opportunity sounded amazing, so when I was done he and I went to meet his friends. When we arrived at Malone Lam's house it was stunning. It was a massive mansion with over ten bedrooms and twenty bathrooms. When ███████ introduced me to Malone he seemed like a down-to-earth billionaire who was comfortable with his success. I was awed and taken in by how someone so young could be so successful. Malone was nice and ingratiating and treated me like an old friend. He drew me in and made me feel like I belonged. I met all his friends and they treated me well too and they invited me to go to night club with them. This was really exciting and made me feel like I was just on the edge of success.

After that night ███████ and I started going to the clubs with Malone and his friends on an almost daily basis. It was like something out of the Great Gatsby. We would walk into a club and people would know Malone and his friends and treat them like royalty. Malone would buy drinks for everyone and $1,000 bottles of champagne for our table. The first time I went Malone took out a $20,000 stack of $100 dollar bills and threw them up in the air to make everyone in the club scramble to gather up money. I was shocked and felt the urge to dive in and grab fistfuls of bills. ███████ could see what I was thinking and grabbed me, pulled me close, and told me in a strong voice to "not embarrass" myself, and to "act like I've done this before". It didn't quite register what was happening. Even a $100 bill was a lot of money to me. What ███████ was telling me is that if I tried to get the money I would look a scavenger and that would not be cool. ███████ wanted me to pretend like I was a success, but sure didn't feel that way.

What I didn't realize, but understand now, was that this process was impacting the way I think and, to some degree, my values. I wanted to be successful and ███████ Malone and their friends seemed to have that success. I was starting down a rabbit hole of lies, but it seemed real. The image they presented made me doubt the path that I was on and to lose track of my morals and beliefs. Soon we were going to the club every single night. Because I had confidence talking to people, Malone and his friends would encourage me to meet women and other people and bring to our table. The alcohol was free for all and the party seemed like it would never end. Before long I was drinking heavily, getting drunk every night, and having a hangover the next day. I would barely sleep and when I didn't miss my classes, I was not prepared because I had not studied. I started failing. At one point I went with Malone and his crew to clubs for two-weeks straight, getting really drunk every night.

The lifestyle was intoxicating. We would pull up in expensive cars, get the prime table in the club, be treated like celebrities, and buy the most bottles of champagne in the club. I totally bought into the images of success and wealth and started posting on my social media about the life I was living. People started to know who I was and treat me like a celebrity. I received thousands of likes, new friends, and comments on my social media pages. People acted like they were in awe of the life I was leading and this only reinforced my desire to build up that image. It made me to work even harder to create an image of success and celebrity because I wanted so badly to fit in with the people around me. I stopped hanging out with all my old friends to live this lifestyle. I even stopped going to school because I became convinced this was a part of the journey to get to where I thought I wanted to be.

Over the next several months I came to believe my friendships with Malone and the others were real. I wasn't providing anything but my presence but they treated me like I was a true friend and seemed to really want me around. Because they were allowing me to share in this lifestyle and seemed to value me, I felt loyalty and kinship with them. My life had transformed and the new friendships became central to the identity I was creating for myself. They really seemed to enjoy having me with them when we went out or hosted parties. Even though I can now see that this was very hollow, it felt real at the time.

Then that life, a totally false life, imploded. Malone got arrested and I was in shock. I was in disbelief when reading about what the authorities were claiming happened. I remained in contact with Malone and some of the others, they denied what was being written about them. Foolishly, I believed the new lies they told me and because we were friends I wanted to help. I was asked to get rid of a computer and two cell phones and I did. The request to destroy evidence should have been a wake-up call because it proved the allegations were true. No one wants to destroy evidence if they are innocent. I was blinded by a deep sense of loyalty and instead of seeing just what a bad idea it was, I agreed to try to help. And that was the worst decision I ever have made in my life.  Not just because I broke the law, but because it violated my own morals. I can see my that my desire to be a good friend and loyal really impaired my judgment.

By committing this crime I hurt a lot of people and brought shame on myself and my family. When I was handcuffed and arrested I saw a look on my dad's face of shock and disappointment. My mom was not present but has been crushed by my crime. All of our friends and neighbors know that I admitted to a crime and while they remain kind, I know they were

stunned. I imagine they talk about me and my family and not in a good way. I feel like I have ruined everything inside of my family and am looked at as the biggest waste of potential of all time. I know I have the ability to be successful but my choices have totally undermined what I was striving to achieve. I know I have to face consequences for my own actions and I do not blame anyone but myself and I regret my crime and misguided loyalty. I apologize for putting perceived friendships above the law and how my distorted mindset led me to justify my illegal acts.

Even though I struggle with the consequences of my crime, I have learned a lot over the past two years. I have learned a lot about myself and how vulnerable I am to negative influences, especially people who claim to be my friends or who try to dazzle me with success. I have learned a lot about the dynamics in my family and how that contributed to me wanting to be liked and to please people. I love my parents very much ███████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████ Real success and success I can be truly proud of will take time and hard work. First in earning an education and working hard to develop the necessary skills and abilities to create something lasting. Maybe most of all I have learned that my need to be praised and recognized can lead me astray and that I have to find satisfaction within myself to build my self-esteem and genuine self-worth.

I am now back in college full-time and have recommitted myself to doing the hard work necessary to earn a four-year degree that I can use to build a sustainable career. I have reached out to all of the true friends who I abandoned so I can atone for my actions and hopefully rebuild the meaningful connections we used to share. I have begun the process of trying to reset the relationships with both of my parents so that I can heal from the fallout of their bad marriage to build more honest and meaningful relationships. I know I have a lot of work to do on myself and though I sometimes struggle with feeling overwhelmed and depressed, I am working hard to determine who I am and who I want to be. I think without truly knowing who I am I will always be susceptible to negative influences. Even with the best intentions in mind, loyalty towards the wrong people is never the right thing. No matter how much someone gives you, it doesn't mean they really care. If it's too good to be true, it probably is.

Thank you for your consideration,

2/3/26

Tucker Desmond