January 31, 2026

Dear Judge Kollar-Kotelly:

My name is Nicole Dupre' and I am John Tucker Desmond's mother. I recently earned my associate's degree in nursing, a lifelong goal that I was able to accomplish at the age of 51. For most of Tucker's childhood, I was a stay-at-home mom and something that was defining for me. Despite my son's offense, he has made me proud my entire life. He is a genuinely good person. He is compassionate and caring. And he has been a dutiful son, friend, and citizen. He lights up a room and people are drawn to him. I am writing this letter so that you may better understand who he is and that this crime is completely out of character.

At his core, Tucker is a bright, friendly, outgoing, and good-natured person. He can talk to anyone. He really values social connection with people of all ages and walks of life. Growing up, Tucker was often at neighbor's homes and would happily play with siblings even when his primary friend was not home. As an only child, he craved a larger family and would readily connect with peers and near-peers who shared his passion for sports, skateboarding, music, and other children's activities. Together, Tucker and I designed obstacle courses every summer in our cul-de-sac for him and the neighborhood kids to compete in. We had fun designing elaborate trophies for the winner. In high school, he had a close friend whose grandmother was a very interesting person. After meeting her, Tucker would make a point to go over to her house often to give her company and to listen to her tell stories of her youth. This older Italian woman had lived an interesting life filled with life lessons, silly pranks, and lots of culture. Tucker was fascinated by all this and particularly loved her Italian cooking. The woman became a kind of "surrogate" grandmother to Tucker and remains so to this day. It is especially heartwarming because he lost his own grandmother, with whom he was incredibly close, roughly 6 years ago.

One quality that I most admire about my son is how he stands up for people who are often overlooked and reaches out to marginalized individuals so they feel included. Prior to obtaining his driver's license, he asked me to drop him off at the homes of various friends, ranging from one-bedroom apartments to multimillion-dollar residences. I remarked on the broad diversity of Tucker's friend group to which he responded, "Mom, my friends and I are friends with all different kinds of people. It doesn't matter where you come from, as long as you are a quality person". In typical Tucker fashion, he has brought many friends to our home on various Christmas', those that are orphaned during the holidays. He has hand made "get well soon" cards for his friends when they were sick and always for me on special occasions. I still have all of them. He has made it a point to befriend the homeless, giving them money or food when asked. One occasion while out with friends downtown, Tucker called to tell me that he spent most of the evening speaking to a homeless man about how he could turn his life around if he believed in himself.

Since he was a boy, Tucker is a person who also makes people feel valued and heard. He builds genuine friendships with people from all walks of life. He values loyalty and doesn't want to leave anyone behind. When his friend Luke—who came from a family with very little financial stability—lost his father suddenly in a surfing accident, he was devastated and struggling with PTSD. As soon as Tucker found out, he brought Luke to our home so he would have a safe place to process what had happened. Over the following weeks, Tucker made sure Luke had

support and someone to talk to. He even asked me to help financially so Luke and his mother could manage immediate expenses. To numb his pain, Luke started smoking marijuana. Although Tucker joined him for a time at some point, he made a conscious decision to step away from that lifestyle. He realized he wanted more for his life than "sitting around in a garage every afternoon getting high." Tucker and Luke remain friends to this day, but their friendship has its limits because of Luke's drug use. Tucker is someone who has always reflected on his choices, learns from his mistakes, and seeks the better path. Tucker is ambitious and eager to make a meaningful impact in the world.

COVID posed significant challenges for Tucker. ███████████████████ and being an only child made prolonged isolation particularly difficult. As his grades declined, he became increasingly concerned about not being able to attend college and being removed from the baseball team, which had been a central part of his life and provided a healthy outlet since early childhood, especially during his father and my divorce. He requested to withdraw from his high school and be enrolled in a school better aligned with his needs, which ultimately allowed him to regain stability and academic success.

I have many regrets about my actions and the behaviors I modeled for Tucker while he was growing up. Although I loved his father very much, there came a defining point in our marriage when I realized that I could not stand by and allow certain behaviors, ██████████████

Not seeing Tucker pursuant to a court order was the lowest point of my life and I know it harmed him in ways that I will never fully imagine. I am deeply sorry for my choices. One of the harms is that my actions ██████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

As a mother, it breaks my heart to know that his dad and I were unable to put our son's well-being first, provide a healthier response to our divorce, and have a united front in raising Tucker afterwards. ████████████████████████████████████████

██████████████████████████████████████████████████████████████████████

I don't know much about the allegations about my son, but Tucker has expressed deep remorse for his actions. Over the last year I have seen how hard and judgmental he is on himself, describing himself as dumb, gullible, or in other negative ways. Since his arrest, Tucker has suffered from fear and depression and has sought out counseling. Although he keeps things close to his chest, he is beginning to work through the overwhelming guilt and shame he feels. Tucker is turning a corner, which is reflected on his return to college with a renewed understanding of the importance of education. He has shown a lot of humility in talking about his offense and poor choices, but also in recognizing the importance of learning to walk prior to running.

I love my son very much and am prepared to make additional changes in myself and in our relationship to help support him. He knows he can live with me and that I am there for him now and will always be. He is growing into a fine young man who has taken responsibility for his crime, which makes me proud. Because the consequences of his conviction will follow him for the rest of his life, I would ask the Court to consider that as sufficient punishment for Tucker.

Respectfully,

Nicole Dupre