January 21, 2026

Dear Judge Kollar-Kotelly:

My name is John J Desmond and I am John Tucker Desmond's father. We are a simple middle-class family from Huntington Beach California and lived in the same home and neighborhood for 17 years. We are and always have been a single-family income since Tucker's birth. Because of the very high cost-of-living in Southern California, living on one-income means that we have had to live modestly and I have had to work long hours. In my current position I am responsible for North and South America Sales and Engineering of Printed Circuit Board products which means that I spend about 50% of my time traveling.

My ex-wife, Nicole Desmond, and I have not been perfect parents but we both tried to raise Tucker to be a very respectful and manners driven person. In this regard, I think we did well as any adult that come in contact with our son would say he is earnest and respectful.  He always refers to any adult as Mr. Mrs Any name or Sir / Maam. Anyone would tell you this. Nicole and I chose to live in our community because we wanted to provide Tucker a safe and protective place to live and grow. In this regard we wanted to insulate him from negative influences. While I think this was well-intentioned, I can also see now that it might have resulted in Tucker growing up a bit naïve and trusting of others. In truth, Tucker tends to see only the good in other people and either cannot see bad motivations or attitudes, and this started to get him into some trouble during his adolescence. Tucker simply has been too trusting of people who claim to be his friends, and only seems to see the good in others even when there are signs that would cause most people to recognize that the person wants to take advantage of Tucker or exploit his good will.

 I can only imagine how much this hurt Tucker growing up. I am sure he continues to suffer emotional scars to this day.



Even though I have tried to tell him many times that he was not at fault, I know he carries that shame to this day wishing we had done things differently.

Over time some of Tucker's emotional wounds have healed, but I can't help but think that what he experienced as a youngster has affected him very deeply and caused some of the social problems that followed and even contributed to his offense conduct. Tucker had always been a decent student but as a teenager he started to have problems staying on task and his grades suffered a lot. He also starting hanging out with a different group of kids from outside our neighborhood, kids that were a little more free-range without a lot of parental involvement. It was noticeable that a large, diverse group of teenagers seemed to really like Tucker and he really seemed to like being liked. All of this got even more accelerated during COVID as Tucker became very socially isolated and began to long for social outlets.

In my view, Tucker's studied neutrality (his overwhelming need to be liked) resulted as his primary coping mechanism because of the deep conflicts in our marriage and divorce, and it led him to be a very diplomatic person who wanted to be fun loving and everyone's friend. He had no specific group but everyone seemed to know him or want to know him. From his early teens, Tucker was always expanding his friend group and seeking out activities and interesting experiences with all kinds of people. He has a very diverse set of interests and as a teen was actively involved in baseball, skateboarding, snowboarding, cars and Anime, and each of these interests became a passion for him. He played High school baseball and attended several extra-curricular business programs through the "Center for International Business and Communications Studies." Undoubtably, Tucker has many gifts if he decides to use them in the right way.

From a distance I could see that Tucker was getting involved in things he should not have been when he started hanging out with his codefendants. They were rich, fast, and too careless for my preference. From what I saw, things did not add up and the time Tucker was spending with his new friends began affecting him negatively, including making it hard for him to manage his caseload at community college. He would be up all night at the club with his friends, and then struggled to get to class the next day. When I tried to talk to Tucker about what was going on, he

explained that his friends were making a lot of money trading crypto, which afforded them an lavish lifestyle which Tucker had never seen or experienced. In hindsight it is now clear Tucker's naivete led him to trust and develop loyalty to people that were not trustworthy, and they took advantage of him.

In the last year I've seen Tucker grow up a lot and show more maturity. He has spent a lot of time thinking about how his loyalty and ignorance led him down the wrong path. Although we have a close relationship, we have never been people who open up about our emotions, so this is a hard area for Tucker because I know that he feels really ashamed for what he did, but also very foolish for his ignorance and willingness to act outside his values. When we've talked about what he's learned he knows he was wrong and wants to make amends for his actions. Tucker's poor choices and the consequences he's suffering, has led him to become quite depressed and withdrawn. He knows what he did was wrong and wants to to fix it, but he is very hard on himself and self-punishing. He vascilates between being focused on a positive future and slipping into a sense of shame and hopelessness. It is very hard for me to see as his father, which makes me feel a bit helpless.

One thing that I have noticed this past year though, is that Tucker has developed a healthy distrust for people and influences that suggest there is an easy way to make it or get rich quick. Instead he is looking for a gradual path to build something over time that is stable and prosocial. Since his arrest he has worked at two different online companies to do online marketing and he has re-enrolled in college with the intent of working toward a degree in business. With a little hard work Tucker will have earned enough credits to transfer to a four-year university.

My son is a very decent and well-intentioned young man. He has never been violent or cruel and always seeks to treat people with kindness and respect. Unfortunately, he is also a naive person who has been too easy to trust people out of a misguided sense of loyalty. No doubt the struggles and conflict he experienced as as child led to him being a people pleaser. Although he made a number of foolish choices, I know that his decisions came from the same sense of loyalty and he is remorseful for not being more mature or making better decisions. Tucker is using this experience to reset his life. He has a home to live in and two parents who love him. Despite our differences, my ex-wife and I totally support him and recognize we need to be more meangingfully engaged in his life. Thankfully he is in school and working toward his degree.

As I've watched my son struggle this past year, I have reflected a lot on my own actions and how they have affected my son. I have regrets. Maybe I have been too focused on providing the stable material life that I never had, and maybe I should have been more engaged in his emotional and social life. Certainly, if I could do it all over again, I'd have found better ways of approaching the problems in my marriage that did subject my son to sadness and distress because I know that affected him. I can't do it all over again but that awareness has made me realize that I need to make my own amends and continue to grow as a father.

Thank you for your consideration.

John J. Desmond