**Official Transcript**

Prepared for: nicole dupre on 02/04/2026
DID#:          TRT5GE4I
Parchment Student ID: 95391276
Student SSN:         0345
Page 1 of 1

| Student Name | Student ID | Grade | Birthdate | Birthplace |
|---|---|---|---|---|
| **Desmond, John T.** | 0000426270 | 12 | | Newport Beach, C |

Parent/guardian name, address, telephone
John/Nicole Desmond

### Academic Transcript

**December 11, 2025**
**Coast High School - Independent**
17321 Gothard St.
Huntington Beach, CA 92647
(714) 848-5160

| | Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|---|
| | | **Grade 9 Fall 2019-2020** | | | |
| | | *Edison High School (Huntington Beach, CA)* | | | |
| p | 08G | Eng CIBACS 1A | D | 5.00 | 5.00 |
| + p | 18W1 | CIBACS HWGeo /A | D | 5.00 | 5.00 |
| p | 22C | Accel Geom A | D | 5.00 | 5.00 |
| p | 27K | Biology A | C | 5.00 | 5.00 |
| p r | 34A | Spanish 1A | F | 5.00 | 0.00 |
| * | 96P | Ath:Baseball | A | 2.50 | 2.50 |
| * | 96P | Ath:Baseball | A | 2.50 | 2.50 |
| | | Credit Att: 30.00 Cmp: 25.00 TGPA: 2.00 | | | |
| | | **Grade 9 Spring 2019-2020** | | | |
| | | *Edison High School (Huntington Beach, CA)* | | | |
| p | 01D | CP English 1B | CR | 5.00 | 5.00 |
| p | 22D | Accel Geom B | CR | 5.00 | 5.00 |
| p | 27L | Biology B | C | 5.00 | 5.00 |
| p | 34B | Spanish 1B | CR | 5.00 | 5.00 |
| | 91W | Coll/Career Pre | CR | 5.00 | 5.00 |
| * | 97A | PE: 1 | CR | 2.50 | 2.50 |
| * | 97A | PE: 1 | CR | 2.50 | 2.50 |
| | | Credit Att: 30.00 Cmp: 30.00 TGPA: 2.00 | | | |
| | | **Grade 10 Fall 2020-2021** | | | |
| | | *Edison High School (Huntington Beach, CA)* | | | |
| p r | 02C | CP English 2A | F | 5.00 | 0.00 |
| p | 10A | W History A | C | 5.00 | 5.00 |
| p | 22A | Geom A | D | 5.00 | 5.00 |
| p | 26I | Chemistry A | F | 5.00 | 0.00 |
| p | 34A | Spanish 1A | D- | 5.00 | 5.00 |
| * | 97B | PE: 2 | B- | 5.00 | 5.00 |
| | | Credit Att: 30.00 Cmp: 20.00 TGPA: 1.40 | | | |
| | | **Grade 10 Spring 2020-2021** | | | |
| | | *Edison High School (Huntington Beach, CA)* | | | |
| p r | 02D | CP English 2B | F | 5.00 | 0.00 |
| p r | 10B | W History B | F | 5.00 | 0.00 |
| p | 22B | Geom B | C- | 5.00 | 5.00 |

| | Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|---|
| p | 26J | Chemistry B | WF | 5.00 | 0.00 |
| p r | 34B | Spanish 1B | D | 5.00 | 5.00 |
| * | 97B | PE: 2 | C | 5.00 | 5.00 |
| | | Credit Att: 30.00 Cmp: 15.00 TGPA: 1.33 | | | |
| | | **Grade 10 Summer 2020-2021** | | | |
| | | *Edison High School — Summer* | | | |
| p | 02D | CP English 2B | B- | 5.00 | 5.00 |
| p | 22B | Geom B | C | 5.00 | 5.00 |
| | | Credit Att: 10.00 Cmp: 10.00 TGPA: 2.50 | | | |
| | | **Grade 11 Fall 2021-2022** | | | |
| | | *Edison High School (Huntington Beach, CA)* | | | |
| p | 02C | CP English 2A | C | 5.00 | 5.00 |
| p r | 03E | CP English 3A | F | 5.00 | 0.00 |
| p r | 12E | US History A | F | 5.00 | 0.00 |
| p | 21K | Algebra 2A | C- | 5.00 | 5.00 |
| p | 27I | Earth Science-L | F | 5.00 | 0.00 |
| | 29Q | Health | D | 5.00 | 5.00 |
| | | Credit Att: 30.00 Cmp: 15.00 TGPA: 1.25 | | | |
| | | **Grade 11 Spring 2021-2022** | | | |
| | | *Coast High School (Huntington Bch, CA)* | | | |
| p | 03F | CP English 3B | A- | 5.00 | 5.00 |
| p | 14D | Financial Liter | B | 5.00 | 5.00 |
| p | 21L | Algebra 2B | C | 5.00 | 5.00 |
| p | 26C | Earth Science G | C+ | 5.00 | 5.00 |
| p | 26C | Earth Science G | B- | 1.00 | 1.00 |
| | 84D | Keys to Succ | B | 4.00 | 4.00 |
| | | Credit Att: 25.00 Cmp: 25.00 TGPA: 2.80 | | | |
| | | **Grade 11 Summer 2021-2022** | | | |
| | | *Coast High School — Summer* | | | |
| p | 10B | W History B | B | 5.00 | 5.00 |
| | | Credit Att: 5.00 Cmp: 5.00 TGPA: 3.00 | | | |
| | | **Grade 12 Fall 2022-2023** | | | |
| | | *Coast High School (Huntington Bch, CA)* | | | |

| | Crs-ID | Course Title | Mark | Att | Cmp |
|---|---|---|---|---|---|
| p | 03E | CP English 3A | B | 5.00 | 5.00 |
| p | 04M | CP English 4A | B | 3.00 | 3.00 |
| p | 12E | US History A | C | 5.00 | 5.00 |
| p | 12F | US History B | C | 5.00 | 5.00 |
| p | 26C | Earth Science G | B- | 4.00 | 4.00 |
| * | 84B | Acad for Succes | C+ | 5.00 | 5.00 |
| | 85A | Study Skills | A- | 3.00 | 3.00 |
| | | Credit Att: 30.00 Cmp: 30.00 TGPA: 2.60 | | | |
| | | **Grade 12 Spring 2022-2023** | | | |
| | | *Coast High School (Huntington Bch, CA)* | | | |
| p | 04M | CP English 4A | B | 2.00 | 2.00 |
| p | 04N | CP English 4B | A | 5.00 | 5.00 |
| p | 13E | US Governmnt | B | 5.00 | 5.00 |
| p | 14E | Economics | A | 5.00 | 5.00 |
| p | 91H | Mindset Success | A | 5.00 | 5.00 |
| | | Credit Att: 22.00 Cmp: 22.00 TGPA: 3.68 | | | |

**Course Tags:** * = Non Academic    + = Honors (weighted)    p = College Prep    r = Repeated

| | Weighted | Non-Wgtd |
|---|---|---|
| Acad GPA (9-12) | 2.18 | 2.15 |
| Acad GPA (10-12) | 2.29 | 2.29 |
| Total GPA (9-12) | 2.24 | 2.22 |

| Date | Event | Hours |
|---|---|---|
| 06/20 | Emergency Grading Policy 3/16-6/11 | 0.00 |

**CREDIT SUMMARY**

| Subject Area | Credit Req'd | Compl | Needed |
|---|---|---|---|
| English | 40.00 | 40.00 | - |
| World History | 10.00 | 10.00 | - |
| US History | 10.00 | 10.00 | - |
| US Government(Jr/Sr) | 5.00 | 5.00 | - |
| Economics(Jr/Sr) | 5.00 | 5.00 | - |
| Mathematics | 20.00 | 20.00 | - |
| Life Science | 10.00 | 10.00 | - |
| Physical Science | 10.00 | 10.00 | - |
| Health Science | 5.00 | 5.00 | - |
| Physical Education | 20.00 | 20.00 | - |
| VPArts/WorldLang/CTE | 10.00 | 10.00 | - |
| Electives | | 52.00 | - |
| * TOTALS * | 145.00 | 197.00 | - |
| Algebra 1 Requirement Met | | | |

District Enter: 8/28/2019
School Enter: 2/1/2022
School Leave: 6/13/2023

**Graduated High School:**
**6/13/2023**

State ID# 6017355123

Signature: _____    Date: _____

This transcript is official when downloaded directly from the Parchment Exchange website. To verify the validity of the transcript, go to https://exchange.parchment.com/d/tracking/didtracker.htm?did=TRT5GE4I