February 4, 2026

**Re: Sentencing Hearing of Tucker Desmond**

Dear Judge Kollar-Kotelly:

My name is Teresa (Terry) Fee and I am submitting this letter on behalf of Tucker Desmond. I am Tucker's great-aunt by marriage. I am a retired lawyer and Administrative Law Judge. I offer this letter to help shed light on the challenges Tucker

Prior to the alleged incident in 2018, Nicole was Tucker's primary caregiver and confidant. Since Tucker's father traveled extensively for his job, Tucker's mother was the primary person Tucker relied upon for affirmation and support.

Tucker's mother, Nicole, lived with my husband and I for the almost 2-year period immediately

████████████████████████████████████████████

Despite ██████████████████████ Tucker is a very respectful, intelligent, creative, and engaging individual. Despite his natural attributes, and attempts at appearing as if he "has everything figured out," my limited interactions with him since his parents' divorce have led me to conclude that he has been looking for something or someone to make him feel "ok." He has been a "people pleaser" who was easily drawn in by people with a lot of money or status.

████████████████████████████████████████████

I believe that Tucker is remorseful for his conduct and the harm it brought to others. He understands that he alone is responsible for his conduct and the poor choices he made, as well as for taking action to insure he never runs afoul of the law again. His saving grace is that he is a person of high moral character and has shown his whole life that he is concerned for the well-being of others. Going forward, I believe that he will carefully abide by the law.

Sincerely yours,

Teresa (Terry) M. Fee, Esq.