**TABLE A.**

JSIN Individual Datafiles FY2020-24
(CHC-1; USSG §2J1.2; Range 8-14 months)

| USSC ID No. | Defendant Characteristics | Education Level of Defendant | Age at Sentencing | Plea or Trial | Criminal History Category | District (probation office) | Sentencing Date | No. Counts | Statute(s) of Conviction | Statutory Range (in months) | Total Offense Level | Sentence Imposed | Financial Penalty Imposed | Supervised Release (in months) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2842972 | Male (U.S. Citizen) | College Graduate | 52 | Plea | I | WDNY (Buffalo) | Oct.-Dec. 2023 | 1 | 18 USC 1511 | 0-60 | 11 (8-14) | 24 mo. Probation | $4,000 Fine | 0 |
| 2839322 | Female (U.S. Citizen) | Graduate Degree (Masters, JD, MD, PhD, etc.) | 39 | Plea | I | WDMO (Kansas City) | Oct.-Dec. 2023 | 1 | 18 USC 1519 | 0-240 | 11 (8-14) | 60 mo. Probation | 0 | 0 |
| 2870625 | Male (U.S. Citizen) | Graduate Degree (Masters, JD, MD, PhD, etc.) | 57 | Plea | I | CDCA (LA) | Apr.-June 2024 | 1 | 18 USC 1001(a)(2) | 0-60 | 11 (8-14) | 12 mo. Probation & 3 mo. Home Detention | $4,000 Fine | 0 |
| 2857379 | Male (U.S. Citizen) | Graduate Degree (Masters, JD, MD, PhD, etc.) | 47 | Plea | I | Utah (Salt Lake City) | Jan.-Mar. 2024 | 2 | 18 USC 505; 18 USC 912 | 0-96 | 11 (8-14) | 36 mo. Probation & 6 mo. Home Detention | $4,000 Fine | 0 |
| 2862475 | Female (U.S. Citizen) | GED | 25 | Plea | I | EDTN (Knoxville) | Apr.-June 2024 | 1 | 18 USC 1512(b) | 0-240 | 11 (8-14) | Probation (term unknown); 8 mo. Home Detention; 30 hrs. Community Service | 0 | 0 |
| 2891251 | Male (U.S. Citizen) | Some College | 35 | Trial | I | DC | July-Sept. 2024 | 3 | 18 USC 231(a)(3); 18 USC 1752(a)(1); 18 USC 1752(a)(2); 18 USC 2 | 0-84 | 11 (8-14) | 7 mo. Prison & 7 mo. Home Detention | $,2000 Restitution | 24 |
| 2881079 | Male (U.S. Citizen) | Some College | 50 | Plea | I | NDAL (Birmingham) | July-Sept. 2024 | 1 | 18 USC 1503(a) | 0-120 | 11 (8-14) | 8 mo. Prison | 0 | 36 |
| 2772233 | Male (Illegal Alien -Iran) | Graduate Degree (Masters, JD, MD, PhD, etc.) | 67 | Plea | I | SDCA (San Diego) | Nov. 2022 | 3 | 18 USC 1951; 18 USC 1001 | 0-240 | 11 (8-14) | 20 mo. Prison | 0 | 36 |