UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § § | CASE NO. 24-CR-00417(CKK) |
| CONOR FLANSBURG, | § § § | |
| *Defendant.* | § | |

### CONSENT MOTION TO MODIFY CONDITIONS OF RELEASE

Defendant Conor Flansburg respectfully requests that the Court issue an order modifying his conditions of release as set forth below, pursuant to 18 U.S.C. § 3145(a)(2). Mr. Flansburg was arrested on May 13, 2025. This court released him, subject to his own recognizance, on May 19, 2025. Mr. Flansburg is under supervision of pre-trial services and an order setting conditions of release was issued on May 19, 2025. *See* Dkt. No. 90. Among many other conditions, the order limits Mr. Flansburg to one email address and one virtual currency wallet, subject to monitoring by pre-trial services. *See id.* Mr. Flansburg has complied with the release conditions in all respects.

Mr. Flansburg now requests to modify the order to allow him to utilize a second email address and a second virtual currency wallet for work purposes, subject to continued monitoring by pre-trial services. Mr. Flansburg will continue to comply with the remaining

conditions of the order and has every incentive to do so, now that he has pled guilty and awaits sentencing. The Government consents to Mr. Flansburg's request.

**WHEREFORE**, Mr. Flansburg respectfully requests that the Court grant his consent motion to modify his conditions of release.

Respectfully submitted,

/s/ *Shrey Sharma*
Shrey Sharma
D.C. Bar No. 90041621
Oberheiden, P.C..
30 Wall Street, 8th Floor
New York, New York 10005
shrey@federal-lawyer.com
Telephone: (516) 851-7725
Fax: (972) 559-3365

**Counsel for Conor Flansburg**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent Motion to Modify Release Conditions was served on all parties of record via ECF on March 11, 2026.

>Respectfully submitted,
>
>/s/ *Shrey Sharma*
>Shrey Sharma
>D.C. Bar No. 90041621
>Oberheiden, P.C..
>30 Wall Street, 8th Floor
>New York, New York 10005
>shrey@federal-lawyer.com
>Telephone: (516) 851-7725
>Fax: (972) 559-3365
>
>**Counsel for Conor Flansburg**