BOYD
FORENSIC PSYCHOLOGY SERVICES

**Sara Boyd, Ph.D., ABPP.** Licensed Clinical Psychologist

**ph:** 571.317.0979 | **fax:** 844.598.6534

March 10, 2026

Joseph Flood, Esq., & Eugene Gorokov, Esq.
10621 Jones Street, Suite 301-A
Fairfax, Virginia 22030

| | |
|---|---|
| Re: | *United States of America v. John Tucker Desmond* |
| DOB | [redacted] *2005 (20 years old)* |
| Docket no. | *1:24CR00417-014* |

Attorneys Flood and Gorokov,

As you know, I submitted a report, co-authored with Dr. Scott Bender, regarding your client's psychological characteristics and functioning as these factors pertained to the offense conduct in his case and his future treatment needs. Since that report was submitted in February 2026, I have received additional materials, namely the Government's sentencing memo, and a video recording of Mr. Desmond's documented conversations with documentary filmmakers (provided to me by Mr. Desmond, approximately two hours and 41 minutes duration.

I conducted a follow-up interview with Mr. Desmond on March 10, 2026, to ask about the Netflix video content. I had discussed the interview with him previously, but I had not seen the footage at that time. Mr. Desmond and I spoke by video conference for about 35 minutes.

The Government's sentencing memo included the comment that, "[Mr. Desmond's] conduct during the pendency of this case, including his divulgence of sensitive information regarding [redacted] to a pair of documentarians working on a documentary, suggest a lack of remorse and a continuing loyalty to the criminal enterprise for which [Mr. Desmond] worked" (page 1).

With respect to the footage of the documentary interview with Mr. Desmond, I made the following observations:

1. [redacted]

2. [redacted]

3. [redacted]

---

[1] An *edgelord* is a person who makes shocking statements (often ableist, racist, misogynist, anti-semitic, and homophobic/transphobic), sometimes framed as humor, for the purpose of eliciting a response from others. The term originated online and initially was used to describe online behavior, but the cultural norms that reinforced edgelord behavior online have now seeped into the broader population—particularly for young men, and now constitute fairly normative behavior at this point. This is not a positive development from a psychological science perspective.

[redacted]

[redacted]

[redacted]

Respectfully submitted,

Sara E. Boyd, Ph.D., ABPP
Licensed Clinical Psychologist
Board Certified Forensic Psychologist
American Board of Professional Psychology