**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | **Case No. 1:24-cr-00417-CKK-2** |
| **v.** | ) | |
| | ) | |
| **JEANDIEL SERRANO** | ) | |
| **Defendant** | ) | |

**MOTION TO SUBSTITUTE COUNSEL**

Defendant, Jeandiel Serrano ("Mr. Serrano"), by and through undersigned counsel, respectfully moves this Honorable Court for an Order substituting counsel, and in support thereof states as follows:

1. Undersigned counsel previously represented Mr. Serrnao while employed with Price Benowitz LLP.
2. Due to the establishment of her own practice, undersigned counsel is no longer employed by or affiliated with Price Benowitz LLP and respectfully seeks to withdraw as counsel of record in this matter.
3. Mr. Serrano requests that David Benowitz, affiliated with Price Benowitz LLP, be substituted as counsel of record.
4. This substitution of counsel will not delay the proceedings or otherwise prejudice the Parties.

Wherefore, undersigned counsel respectfully requests that this Honorable Court grant this Motion to Substitute Counsel, permit undersigned counsel to withdraw, substitute David Benowitz as counsel of record, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

________/s/________________

Paulette M. Pagán
DC Bar No. 1737374
Price Benowitz, LLP
409 Seventh Street, NW, Ste. 200
Washington, D.C. 20004
(202) 731-9882
paulette@pricebenowitz.com

*Counsel for Jeandiel Serrano*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of March 2026, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties in this matter.

__________/s/_________________

Paulette M. Pagán