## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

v.

**MALONE LAM (1)**
          **Defendant.**

**Case No: 24-cr-417 (CKK)**

I understand my counsel has joined a request with government counsel to continue the status conference in my case from March 26, 2026, to May 5, 2026, with which I concur.   I agree to waive my rights to a speedy trial pursuant to 18 USC Sec. 3161 for the period of March 26, 2026, to May 5, 2026.

March 27 , 2026

Malone Lam