**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Case No. 1:24-CR-417-CKK** |
| **MALONE LAM,** | **FILED UNDER SEAL** |
| *Defendant.* | |

**NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia, hereby informs the Court that the above-captioned matter is now assigned to

Assistant United States Attorney Christopher Howland, who will be replacing William Hart as the

lead Assistant United States Attorney on the case.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ Christopher Howland*
Christopher Howland
D.C. Bar No. 1016866
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7106
christopher.howland@usdoj.gov

1