**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| **v.** | **Case No. 1:24-CR-417-CKK** |
| **MALONE LAM, ET AL.** | **FILED UNDER SEAL** |
| *Defendants.* | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the

District of Columbia informs the Court that the above-captioned matter is assigned to Assistant

United States Attorney David Liss telephone number (202) 252-7268 and/or email address

David.Liss2@usdoj.gov.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:    */s/ David Liss*
David Liss
D.C. Bar No. 90017629
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
202-252-7268
david.liss2@usdoj.gov