**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 24-CR-417 (CKK)-3 |
| | ) | |
| MARLON FERRO, | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED CONSENT PRELIMINARY ORDER OF FORFEITURE**

*WHEREAS*, a written plea agreement was filed with this Court and signed by the defendant, Marlon Ferro, and his counsel, Kevin Eugene Wilson, Esquire, in which the defendant agreed to plead guilty to Count One of the Second Superseding Indictment, charging him in Count One, Conspiracy to Participate in a Racketeer Influenced and Corrupt Organization, in violation of 18 U.S.C. 1962(d);

*WHEREAS*, the Indictment alleged the forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One of the Indictment, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), including the following:

**Cryptocurrency**

C1)   457,997.495978 USDT ($458,256.26) currently located at virtual currency address 0xc63f41909DfeDEE97Cf88Ac3EfE7a5e2c3F7a462

C2)   1,020,392 USDT ($1,020,968.52) currently located at virtual currency address 0x588d86Fb0B8d8A318aDc5cFc7Dd460E1794D1e5c

C3)   6.72069 ETH ($26,769.31) currently located at virtual currency address 0x588d86Fb0B8d8A318aDc5cFc7Dd460E1794D1e5c

C4)   0.2 ETH ($827.52) transferred from virtual currency address 0xe8bde8169a2f6ed6855201afcac7be05a5639b25

C5)   1,033.12224964 ETH ($4,274,667.28) transferred from virtual currency address 0xe8bde8169a2f6ed6855201afcac7be05a5639b25

C6)    499.99917711 ETH ($2,068,806.60) transferred from virtual currency address 0xf40d997d761d39c57d57e9c7c39a8adf1b9bb3b3

C7)    3.45229143 ETH ($14,284.27) transferred from virtual currency address 0x7c3b327a07d0e27e4724510fbb05bc122ddd1fc6

C8)    0.74997756 ETH ($3,103.12) transferred from virtual currency address 0xbeea5140b0476b821dbb3ba410e02da39d141234

C9)    0.5563215 ETH ($2,301.85) transferred from virtual currency address 0xd2a61dade9fe4a1d4908fe68527b627cbe20d67e

C10)    0.50262729 ETH ($2,079.68) transferred from virtual currency address 0x74d579ab0aa2e610ab2b1a5c5fa32a32625679ca

C11)    1031.68 USDT ($1,032.26) transferred from virtual currency address 0x5a04e69A170FEE08Fa7Ce6530B3176a50D4754c5

C12)    960.640622 USDT ($961.18) transferred from virtual currency address 0x6A7633590095708ca4a3EE51ba2478A85ae2CfC1

C13)    0.39913449 ETH ($1,651.47) transferred from virtual currency address 0x4941a7be8441ffcc8f448aa5ff7bb31f1eaf592f

C14)    0.35656158 ETH ($1,475.32) transferred from virtual currency address 0xd2e50f7d1dcb1cd39591dd2b9c7c1f482c9a70e7

C15)    0.01004729 ETH ($41.57) transferred from virtual currency address 0x21c90c1635afbbd5c09be0447eb92911e8fb02d3

C16)    704.383325 USDT ($704.78) transferred from virtual currency address 0x067ba3e7Ecbc4f6822f49271712a5e0120DF0c4d

C17)    635.40673 USDT ($635.77) transferred from virtual currency address 0xf4F49357fEF859a2DF8c40235C641D5eB08f6c1b

## Vehicles

V1)    2017 Rolls-Royce Dawn, VIN SCA666D58HU107052
V2)    2024 Porsche 911 Turbo, VIN WP0CD2A95RS257974
V3)    2024 Lamborghini Revuelto, VIN ZHWUC1ZM9RLA00502
V4)    2024 Lamborghini Urus, VIN ZPBUC3ZL8RLA28270
V5)    2020 Lamborghini Aventador, VIN ZHWUN6ZD4LLA09485
V6)    2023 Rolls Royce Ghost, VIN SCATD6C01PU218443
V7)    2022 Ferrari, VIN ZFF99SLA5N0286515
V8)    2024 Ferrari Purosangue, VIN ZSG06VTA9R0308458
V9)    G Mercedez Benz, VIN WDB4632761X308913 (invalid vin)
V10)    2021 Lamborghini Urus, VIN ZPBUA1ZL9MLA15711
V11)    2020 Lamborghini Aventador, VIN ZHWUM6ZD4LLA09411
V12)    2023 Mercedez-Benz Metris, VIN W1XV0CEY9P4259188
V13)    2024 Rolls-Royce Phantom, VIN SCATT6C09RU222911
V14)    2023 Lamborghini Urus, VIN ZPBUC3ZL2PLA21277
V15)    2022 Mercedez-Benz G-Class, VIN W1NYC8AJ4NX448250
V16)    2021 Lamborghini Urus, VIN ZPBUA1ZL8MLA14985
V17)    2024 Porsche 911, VIN WPOAD2A97RS252394

V18)   2023 Mercedez-Benz G-Class, VIN W1NYC7HJ7PX468026
V19)   2024 BMW M3, VIN WBS43AYO6RFS40948
V20)   2023 BMW M4, VIN WBS63AZ08PCM06345
V21)   2023 Ferrari 296 GTB, VIN ZFF99SLA5P0296996
V22)   2023 McLaren GT, VIN SBM22GCA8PW002500
V23)   2022 Mercedez-Benz Metris, VIN W1YVOCEY5N3976394
V24)   2024 Porsche 911, VIN WP0AD2A9ORS253399
V25)   2014 Pagani Huayra, VIN ZA9H11UAXESF76028
V26)   2023 Mercedes-Benz S-Class, VIN W1K6X7GBXPA191975
V27)   2024 Porsche 911, VIN WPOAF2A99RS272656
V28)   2024 BMW X6, VIN 5UX33EXOXR9U94401

## Cash

C1) Cash in brown Louis Vuitton bag: $169, 700
C2) Cash in black Samsonite bag: $44,714

## Miscellaneous

M1)   Black Louis Vuitton sneakers with box
M2)   One Audemars Piguet white watch with shiny rocks; one yellow star shaped ring with white rocks; one yellow bracelet with white rocks; one yellow/silver chain necklace with white rocks
M3)   Yellow color teeth guard (grill)
M4)   Black jacket
M5)   Chrome hearts silver paper chain
M6)   Car keys BMW
M7)   Gold in color chain
M8)   Yellow champagne bottle with receipt
M9)   Two shirts; one pair of jeans
M10)  McLaren 600 key fob
M11)  iPad
M12)  MacBook, Serial No. M6N93WC75K, Model A2681
M13)  Louis Vuitton bag with receipt
M14)  Rolex watch
M15)  Christian Dior Jeans
M16)  Louis Vuitton leather pants
M17)  Amiri Silver Shoes
M18)  Dark/light blue jeans
M19)  Indigo Blouson
M20)  Louis Vuitton green shoes

M21)  Louis Vuitton ring
M22)  Clear stone silver colored ring
M23)  Clear stone ring
M24)  Blue Audemars Piguet watch
M25)  Silver with clear stone ring
M26)  Silver in color, Audemars Piguet watch
M27)  Silver ring with clear stones
M28)  Silver colored ring
M29)  Silver colored ring with clear stones
M30)  Silver and gold in color with clear stones watch
M31)  Patek Philippe watch, silver in color with clear stones
M32)  Red and black Louis Vuitton case
M33)  Silver colored Rolex watch
M34)  Black and silver colored Richard Mille watch
M35)  Grey colored Dior box
M36)  Louis Vuitton navy and white shirt
M37)  Silver colored with clear stone pillows (2)
M38)  Bracelet with hearts and clear stones, silver in color
M39)  Blue denim Louis Vuitton shoes
M40)  Black and red colored Christian Louboutin shoes
M41)  Light blue Louis Vuitton shoes
M42)  Purple colored Louis Vuitton shoes
M43)  Amiri shoes, white and red in color with stones
M44)  Dior shoes, red and pink in color
M45)  Grey colored Dior shoes
M46)  White Louis Vuitton backpack
M47)  White colored Audemars Piguet watch
M48)  Silver and black colored Richard Mille watch
M49)  Red and silver colored Richard Mille watch
M50)  White Richard Mille watch
M51)  Dior shoes, black and white in color
M52)  Grey and white colored Dior shoes
M53)  Dior shoes, blue denim in color
M54)  Black colored Dior shoes
M55)  Two pairs of Amiri shoes, blue and white in color with stones
M56)  Black Louis Vuitton shoes
M57)  Orange colored Louis Vuitton shoes
M58)  Louis Vuitton shoes, black and yellow in color
M59)  Denim white, blue, red Christian Louboutin shoes

M60)   Louis Vuitton shoes, pink in color
M61)   Black Louis Vuitton shoes with black stones
M62)   Louis Vuitton pants camouflage
M63)   White Chanel bag
M64)   Brown Louis Vuitton bag
M65)   Black and red Christian Louboutin bag
M66)   Rolex watch, silver and gold in color with clear stones and red numerals
M67)   Black and yellow colored Amiri Jacket
M68)   Black and white Amiri Jacket
M69)   Amiri black T-shirt
M70)   Christian Dior black T-shirt
M71)   Amiri black shirt
M72)   Black and white Christian Dior hoodie
M73)   White Louis Vuitton hoodie
M74)   Black striped shirt, Louis Vuitton
M75)   Black Louis Vuitton Jacket
M76)   Black, white and red Louis Vuitton hoodie
M77)   Black and red Louis Vuitton Jacket
M78)   Blue and white Louis Vuitton button up shirt
M79)   Black Louis Vuitton Jacket
M80)   Black Dior Pants
M81)   Black Dior Pants
M82)   Navy Dior Pants
M83)   Louis Vuitton grey pants
M84)   Black Louis Vuitton Pants
M85)   Blue Louis Vuitton button shirt
M86)   Blue Amira sneakers
M87)   Louis Vuitton receipts
M88)   Black Alienware laptop & charger. ST: 8X0DL44, EX:  19410276388
M89)   3 of 6 Louis Vuitton Pillows
M90)   Black Louis Vuitton Belt
M91)   Silver colored Rolex watch
M92)   Red Hermes bag
M93)   Porsche key
M94)   Lamborghini car key
M95)   Silver colored bracelet
M96)   Thumb drive with Pink Quartz
M97)   Armani and Louie Vuitton Bag
M98)   Clothes and belts in White Trash Bags

M99)  Blue iPhone
M100) Anatel USB
M101) Aurora Desktop
M102) Ledger Wallet
M103) One Sandisk 128 GB
M104) Purple iPhone w/charger
M105) One Micro SD Sandisk (25G GB)
M106) Two Black Sandisks
M107) One white thumb drive
M108) Black Laptop
M109) Black iPhone
M110) Green window Breaker
M111) Trail camera RBX - H10
M112) Two Black 9mm pistol Magazines with 27 Rounds
M113) Black Pistol With light attachment.
M114) Black Rifle 9MM

**WHEREAS**, the Indictment further alleged that the United States will seek a forfeiture money judgment against the defendant equal to the value of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense charged in Count One of the Second Superseding Indictment and in favor of the United States;

**WHEREAS**, in his plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $2,500,000.

**WHEREAS**, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One of the Indictment to which the defendant is pleading guilty, is subject to forfeiture;

**WHEREAS**, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's

plea agreement, that entry of a forfeiture money judgment against the defendant and in favor of the United States in the amount of $2,500,000 is appropriate, insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Sections 2461(c);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, the defendant has admitted that the proceeds he personally obtained have been dissipated by him and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.      That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Sections 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One of the Indictment to which the defendant has pled guilty, to include:

**Cryptocurrency**

C1)    457,997.495978 USDT ($458,256.26) currently located at virtual currency address 0xc63f41909DfeDEE97Cf88Ac3EfE7a5e2c3F7a462

C2)    1,020,392 USDT ($1,020,968.52) currently located at virtual currency address 0x588d86Fb0B8d8A318aDc5cFc7Dd460E1794D1e5c

C3)    6.72069 ETH ($26,769.31) currently located at virtual currency address 0x588d86Fb0B8d8A318aDc5cFc7Dd460E1794D1e5c

C4)    0.2 ETH ($827.52) transferred from virtual currency address 0xe8bde8169a2f6ed6855201afcac7be05a5639b25

C5)    1,033.12224964 ETH ($4,274,667.28) transferred from virtual currency address 0xe8bde8169a2f6ed6855201afcac7be05a5639b25

C6)    499.99917711 ETH ($2,068,806.60) transferred from virtual currency address 0xf40d997d761d39c57d57e9c7c39a8adf1b9bb3b3

C7)    3.45229143 ETH ($14,284.27) transferred from virtual currency address 0x7c3b327a07d0e27e4724510fbb05bc122ddd1fc6

C8)    0.74997756 ETH ($3,103.12) transferred from virtual currency address 0xbeea5140b0476b821dbb3ba410e02da39d141234

C9)    0.5563215 ETH ($2,301.85) transferred from virtual currency address 0xd2a61dade9fe4a1d4908fe68527b627cbe20d67e

C10)   0.50262729 ETH ($2,079.68) transferred from virtual currency address 0x74d579ab0aa2e610ab2b1a5c5fa32a32625679ca

C11)   1031.68 USDT ($1,032.26) transferred from virtual currency address 0x5a04e69A170FEE08Fa7Ce6530B3176a50D4754c5

C12)   960.640622 USDT ($961.18) transferred from virtual currency address 0x6A7633590095708ca4a3EE51ba2478A85ae2CfC1

C13)   0.39913449 ETH ($1,651.47) transferred from virtual currency address 0x4941a7be8441ffcc8f448aa5ff7bb31f1eaf592f

C14)   0.35656158 ETH ($1,475.32) transferred from virtual currency address 0xd2e50f7d1dcb1cd39591dd2b9c7c1f482c9a70e7

C15)   0.01004729 ETH ($41.57) transferred from virtual currency address 0x21c90c1635afbbd5c09be0447eb92911e8fb02d3

C16)   704.383325 USDT ($704.78) transferred from virtual currency address 0x067ba3e7Ecbc4f6822f49271712a5e0120DF0c4d

C17)   635.40673 USDT ($635.77) transferred from virtual currency address 0xf4F49357fEF859a2DF8c40235C641D5eB08f6c1b


**Vehicles**

V1)    2017 Rolls-Royce Dawn, VIN SCA666D58HU107052
V2)    2024 Porsche 911 Turbo, VIN WP0CD2A95RS257974
V3)    2024 Lamborghini Revuelto, VIN ZHWUC1ZM9RLA00502
V4)    2024 Lamborghini Urus, VIN ZPBUC3ZL8RLA28270
V5)    2020 Lamborghini Aventador, VIN ZHWUN6ZD4LLA09485
V6)    2023 Rolls Royce Ghost, VIN SCATD6C01PU218443
V7)    2022 Ferrari, VIN ZFF99SLA5N0286515
V8)    2024 Ferrari Purosangue, VIN ZSG06VTA9R0308458
V9)    G Mercedez Benz, VIN WDB4632761X308913 (invalid vin)
V10)   2021 Lamborghini Urus, VIN ZPBUA1ZL9MLA15711
V11)   2020 Lamborghini Aventador, VIN ZHWUM6ZD4LLA09411

V12)    2023 Mercedez-Benz Metris, VIN W1XV0CEY9P4259188
V13)    2024 Rolls-Royce Phantom, VIN SCATT6C09RU222911
V14)    2023 Lamborghini Urus, VIN ZPBUC3ZL2PLA21277
V15)    2022 Mercedez-Benz G-Class, VIN W1NYC8AJ4NX448250
V16)    2021 Lamborghini Urus, VIN ZPBUA1ZL8MLA14985
V17)    2024 Porsche 911, VIN WPOAD2A97RS252394
V18)    2023 Mercedez-Benz G-Class, VIN W1NYC7HJ7PX468026
V19)    2024 BMW M3, VIN WBS43AYO6RFS40948
V20)    2023 BMW M4, VIN WBS63AZ08PCM06345
V21)    2023 Ferrari 296 GTB, VIN ZFF99SLA5P0296996
V22)    2023 McLaren GT, VIN SBM22GCA8PW002500
V23)    2022 Mercedez-Benz Metris, VIN W1YVOCEY5N3976394
V24)    2024 Porsche 911, VIN WP0AD2A9ORS253399
V25)    2014 Pagani Huayra, VIN ZA9H11UAXESF76028
V26)    2023 Mercedes-Benz S-Class, VIN W1K6X7GBXPA191975
V27)    2024 Porsche 911, VIN WPOAF2A99RS272656
V28)    2024 BMW X6, VIN 5UX33EXOXR9U94401

## Cash

C1) Cash in brown Louis Vuitton bag: $169,700
C2) Cash in black Samsonite bag: $44,714

## Miscellaneous

M1)    Black Louis Vuitton sneakers with box
M2)    One Audemars Piguet white watch with shiny rocks; one yellow star shaped ring with white rocks; one yellow bracelet with white rocks; one yellow/silver chain necklace with white rocks
M3)    Yellow color teeth guard (grill)
M4)    Black jacket
M5)    Chrome hearts silver paper chain
M6)    Car keys BMW
M7)    Gold in color chain
M8)    Yellow champagne bottle with receipt
M9)    Two shirts; one pair of jeans
M10)   McLaren 600 key fob
M11)   iPad
M12)   MacBook, Serial No. M6N93WC75K, Model A2681
M13)   Louis Vuitton bag with receipt
M14)   Rolex watch
M15)   Christian Dior Jeans

M16)  Louis Vuitton leather pants
M17)  Amiri Silver Shoes
M18)  Dark/light blue jeans
M19)  Indigo Blouson
M20)  Louis Vuitton green shoes
M21)  Louis Vuitton ring
M22)  Clear stone silver colored ring
M23)  Clear stone ring
M24)  Blue Audemars Piguet watch
M25)  Silver with clear stone ring
M26)  Silver in color, Audemars Piguet watch
M27)  Silver ring with clear stones
M28)  Silver colored ring
M29)  Silver colored ring with clear stones
M30)  Silver and gold in color with clear stones watch
M31)  Patek Philippe watch, silver in color with clear stones
M32)  Red and black Louis Vuitton case
M33)  Silver colored Rolex watch
M34)  Black and silver colored Richard Mille watch
M35)  Grey colored Dior box
M36)  Louis Vuitton navy and white shirt
M37)  Silver colored with clear stone pillows (2)
M38)  Bracelet with hearts and clear stones, silver in color
M39)  Blue denim Louis Vuitton shoes
M40)  Black and red colored Christian Louboutin shoes
M41)  Light blue Louis Vuitton shoes
M42)  Purple colored Louis Vuitton shoes
M43)  Amiri shoes, white and red in color with stones
M44)  Dior shoes, red and pink in color
M45)  Grey colored Dior shoes
M46)  White Louis Vuitton backpack
M47)  White colored Audemars Piguet watch
M48)  Silver and black colored Richard Mille watch
M49)  Red and silver colored Richard Mille watch
M50)  White Richard Mille watch
M51)  Dior shoes, black and white in color
M52)  Grey and white colored Dior shoes
M53)  Dior shoes, blue denim in color
M54)  Black colored Dior shoes

M55)  Two pairs of Amiri shoes, blue and white in color with stones
M56)  Black Louis Vuitton shoes
M57)  Orange colored Louis Vuitton shoes
M58)  Louis Vuitton shoes, black and yellow in color
M59)  Denim white, blue, red Christian Louboutin shoes
M60)  Louis Vuitton shoes, pink in color
M61)  Black Louis Vuitton shoes with black stones
M62)  Louis Vuitton pants camouflage
M63)  White Chanel bag
M64)  Brown Louis Vuitton bag
M65)  Black and red Christian Louboutin bag
M66)  Rolex watch, silver and gold in color with clear stones and red numerals
M67)  Black and yellow colored Amiri Jacket
M68)  Black and white Amiri Jacket
M69)  Amiri black T-shirt
M70)  Christian Dior black T-shirt
M71)  Amiri black shirt
M72)  Black and white Christian Dior hoodie
M73)  White Louis Vuitton hoodie
M74)  Black striped shirt, Louis Vuitton
M75)  Black Louis Vuitton Jacket
M76)  Black, white and red Louis Vuitton hoodie
M77)  Black and red Louis Vuitton Jacket
M78)  Blue and white Louis Vuitton button up shirt
M79)  Black Louis Vuitton Jacket
M80)  Black Dior Pants
M81)  Black Dior Pants
M82)  Navy Dior Pants
M83)  Louis Vuitton grey pants
M84)  Black Louis Vuitton Pants
M85)  Blue Louis Vuitton button shirt
M86)  Blue Amira sneakers
M87)  Louis Vuitton receipts
M88)  Black Alienware laptop & charger. ST: 8X0DL44, EX:  19410276388
M89)  3 of 6 Louis Vuitton Pillows
M90)  Black Louis Vuitton Belt
M91)  Silver colored Rolex watch
M92)  Red Hermes bag
M93)  Porsche key

M94) Lamborghini car key

M95) Silver colored bracelet

M96) Thumb drive with Pink Quartz

M97) Armani and Louie Vuitton Bag

M98) Clothes and belts in White Trash Bags

M99) Blue iPhone

M100) Anatel USB

M101) Aurora Desktop

M102) Ledger Wallet

M103) One Sandisk 128 GB

M104) Purple iPhone w/charger

M105) One Micro SD Sandisk (25G GB)

M106) Two Black Sandisks

M107) One white thumb drive

M108) Black Laptop

M109) Black iPhone

M110) Green window Breaker

M111) Trail camera RBX - H10

M112) Two Black 9mm pistol Magazines with 27 Rounds

M113) Black Pistol With light attachment.

M114) Black Rifle 9MM

2.      A forfeiture money judgment in the amount of $2,500,000 is entered against the defendant and in favor of the United States.

3.      The Court finds that the proceeds that the defendant personally obtained as a result of the offense to which she has pled guilty have been dissipated by her and cannot be located upon the exercise of due diligence; have been transferred or sold to, or deposited with, a third party; and/or have been placed beyond the jurisdiction of the Court.

4.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

5.      That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, and the defendant's consent, this Order of Forfeiture is now final as to the defendant and shall be made part of the sentence and included in the judgment.

6.      The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

7.      The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _____ day of _____, 2026.


_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE