**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:24-cr-417-CKK-8 |
| | ) | |
| CODY DEMIRTAS, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION TO MODIFY CONDITIONS OF RELEASE

COMES NOW, the Defendant, Cody Demirtas, with the consent of the United States, and respectfully moves the Court to modify his conditions of release to add his father, Christopher Ryan Demirtas, as a third-party custodian. Pretrial Services has determined that Christopher Ryan Demirtas is a suitable third-party custodian. This additional custodian is necessary because the Defendant's grandfather, Robert Rustem, who currently serves in that role, may need to travel to Turkey in the near future to visit an ailing relative.

The Defendant's father, the Defendant, and Mr. Rustem all reside at Mr. Rustem's residence in Severn Park, Maryland. The Defendant respectfully requests that a hearing be scheduled for Mr. Christopher Ryan Demirtas to be sworn in as to the Defendant's Conditions of Release.

A proposed order is attached.

Respectfully submitted,
CODY DEMIRTAS
By: _________/s/_______________
Joseph King, Esq.
Virginia State Bar No. 65632
King, Campbell, Poretz & Mitchell PLLC
118 N. Alfred Street
Alexandria, VA 22314
Telephone: 703-683-7070
Fax: 703-652-6010
Email: jking@kingcampbell.com

**CERTIFICATE OF SERVICE**

I certify that on the 14th day of May, 2026, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

__________/s/_____________
Joseph King