**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA, |
| v. |
| NICOLAS DELLECAVE, |
| Defendant. |

Criminal Action No. 24-417-17 (CKK)

**ORDER**
(June 16, 2026)

Upon consideration of Defendant's [354] Unopposed Motion to Travel, and for good cause shown, it is hereby **ORDERED** that Defendant's [354] Unopposed Motion is **GRANTED**. Defendant's conditions of release shall be temporarily modified to permit Defendant to travel by car to Long Beach, New Jersey, from June 27, 2026, to July 6, 2026. Defendant shall return to his residence in Staten Island, New York, no later than July 6, 2026.

It is further **ORDERED** that, prior to his travel, Defendant shall provide his pre-trial release officer with the specific address at which he will be staying in Long Beach, New Jersey, and shall remain in contact with his release officer throughout the duration of his travel.

**SO ORDERED.**

_Colleen Kollar-Kotelly_
COLLEEN KOLLAR-KOTELLY
United States District Judge

1