**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    **v.**                     **No. 24-CR-00417 (CKK)**

**CONOR FLANSBURG,**

      **Defendant.**

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

Nick Oberheiden, an attorney at Oberheiden, P.C., respectfully moves this Court pursuant to Local Criminal Rule 44.5 for leave to withdraw as counsel of record for Defendant Conor Flansburg in the above-captioned matter. In support thereof, counsel states as follows:

1.    Nick Oberheiden will no longer be available to represent the defendant in this matter.

2.    The defendant will continue to be represented by Shrey Sharma, another attorney from Oberheiden, P.C., who previously filed a notice of appearance in this matter. Mr. Sharma previously filed a notice to appear in this matter *pro hac vice*. However, he has been admitted to practice before this Court since last August. Mr. Sharma will remain as counsel of record and is fully familiar with the facts and procedural posture of this case.

3.    The defendant has been advised of this application.

4.    This withdrawal will cause no prejudice to the defendant and no disruption to the proceedings.

    WHEREFORE, Nick Oberheiden respectfully requests that the Court enter an order permitting withdrawal from this matter.

                    Respectfully submitted,

                    /s/ *Nick Oberheiden*
                    Nick Oberheiden
                    Oberheiden, P.C.
                    13155 Noel Road
                    Suite 900
                    Dallas, TX 75240
                    nick@federal-lawyer.com
                    Telephone: (310) 873-8140
                    Fax: (972) 559-3365

                    **Counsel for Conor Flansburg**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2026, I caused a copy of the foregoing to be served upon all counsel of record via the Court's electronic filing system, and upon Defendant Conor Flansburg by email.

/s/ *Nick Oberheiden*
Nick Oberheiden
Oberheiden, P.C.
13155 Noel Road
Suite 900
Dallas, TX 75240
nick@federal-lawyer.com
Telephone: (310) 873-8140
Fax: (972) 559-3365

**Counsel for Conor Flansburg**