**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**MALONE LAM,**<br><br>**Defendant.** | **Case No. 24-CR-417-1 (CKK)** |

**JOINT MOTION TO CONTINUE STATUS HEARING**

The United States of America, through the undersigned attorneys, and the Defendant, Malone Lam, through his attorneys, respectfully request the Court vacate the July 17, 2026 status hearing and reschedule the status hearing for a date after September 7, 2026. In support thereof, the parties state as follows.

1. On October 29, 2025, a federal jury returned a Second Superseding Indictment charging Defendant Malone Lam with several charges, including RICO Conspiracy, arising out his participation in a Social Engineering Enterprise responsible for stealing millions of dollars of crypto-currency from victims throughout the United States

2. The defendant appeared for an arraignment on the Second Superseding Indictment on October 18, 2025, followed by status hearings on December 17, 2025 and May 5, 2026. The Court set a status hearing for July 17, 2026.

3. The parties have continued to engage in various pretrial discussions, including a potential pretrial resolution of this matter.

4. Counsel for both parties have conferred and respectfully request that the Court vacate the July 17, 2026 status hearing and reset a status hearing for a date after September 7,

1

2026, that is convenient for the Court. Should the parties reach agreement about a pretrial resolution, the parties will notify the Court and seek to convert the status hearing to a plea hearing.

5. There is no prejudice to the defendant or the government from allowing the parties additional time to review the plea offer and continue to discuss pretrial matters. Accordingly, the defendant agrees to waive any rights to a speedy trial between July 17, 2026, and the date the Court sets for the next status hearing.

## **CONCLUSION**

WHEREFORE, for the foregoing reasons, the parties respectfully request that the Court vacate the July 17, 2026 status hearing and set a new status hearing after September 7, 2026, at a date convenient for the Court.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By:    /s/*Christopher R. Howland*
Christopher R. Howland
Assistant United States Attorney
Fraud, Public Corruption, & Civil Rights
D.C. Bar No. 1016866
601 D Street, N.W.,
Washington, D.C. 20530
202-252-7106
Christopher.Howland@usdoj.gov

2