IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(CRIMINAL MATTER)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:24-CR-00417-CKK |
| | ) | |
| | ) | |
| EVAN TANGEMAN | ) | |
| Defendant | ) | |

**DEFENDANT'S RESPONSE TO THIS COURT'S MINUTE ORDER CONCERNING MOTION TO DELAY HIS SELF-SURRENDER UNTIL AUGUST 2, 2026, FOR MEDICAL AND PERSONAL REASONS**

COMES NOW, the Defendant, EVAN TANGEMAN, by and through counsel, Dwight E. Crawley, and respectfully addresses the questions and/or concerns expressed by the court. At approximately 3:15 a.m., today, counsel received information related to the defendant's medical visit on July 20, 2026. The defendant was referred to another doctor for further testing and consultation. No diagnosis or other information has been provided. Counsel for the defendant contacted AUSA Christopher Howland about this matter. He opposes the request to delay the defendant's surrender. Should the court need a copy of the defendant's referral, counsel respectfully requests leave to file the document under seal.

WHEREFORE, the defendant respectfully requests that this Court grant his motion to delay his surrender.

Respectfully submitted.

EVAN TANGEMAN

/s/

______________________________
Dwight E. Crawley

DC Bar# 472672
Counsel for the defendant
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202) 580-9794 Phone
(888) 804-1806 Fax
vadclawyer@gmail.com

CERTIFICATE

I hereby certify that on the 21st day of July 2026, I filed this document with the Clerk of Court via ECF.

/s/

______________________________
Dwight E. Crawley