**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

v.

**MALONE LAM (1)**
**Defendant.**

**Case No: 24-cr-417 (CKK)**

I understand the status conferences in my case have been continued from May 5, 2026, to July 17, 2026, and from July 17, 2026, to September 8, 2026, and I agree to waive my rights to a speedy trial pursuant to 18 USC Sec. 3161 for the period of May 5, 2026, to September 8, 2026.

July 24, 2026

Malone Lam