UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No: 24-CR-417 (CKK)

UNITED STATES OF AMERICA

Plaintiff

vs.

NICOLAS DELLECAVE

Defendant

______________________________/

WAIVER OF SPEEDY TRIAL

COMES NOW Philip L. Reizenstein, Esq., and hereby files this waiver of speedy trial signed by the Defendant Nicolas Dellecave:

1. My name is Nicolas Dellecave, the defendant in this case.

2. I have been advised by my counsel that pursuant to 18 U.S.C. § 3161 I have certain rights under the Speedy Trial Act.

3. I am aware that the Court granted a motion to continue the status conference set for July 17, 2026 until September 11, 2026. I consented to this request, and I hereby waive any time period under the speedy trial act during the dates the case has been continued.

4. I am signing this waiver of speedy trial after consultation with my attorneys under the belief that my best interests are served by my attorney having the time necessary to either resolve this case or prepare for my trial.

N. Dellecave
______________________
Nicolas Dellecave

Witnessed: Kimberly R. DelleCave

Date 8/31/26

Respectfully Submitted,

*/S/ Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Reizenstein & Associates, PA
Florida Bar# 634026
2828 Coral Way, Suite 540
Miami, FL, 33145
(305) 444-0755
(Cell) (305) 926-0218
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com