**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | 1:24-cr-417-CKK-8 |
| | ) | |
| CODY DEMIRTAS, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR TRAVEL

COMES NOW, the Defendant, Cody Demirtas, without objection from the United States, and respectfully moves the Court to permit him to travel to, attend, and return from his sister's wedding from October 9, 2026, through October 12, 2026. In support of this request:

1. The Defendant has maintained compliance with his conditions of release since his arrest and release to pretrial in this matter on July 16, 2025.
2. His sister, Gabriel Hickman, is getting married on October 11, 2026, at a wedding venue located in Ocean Isle Beach, North Carolina.
3. If granted permission to travel, on October 9, 2026, the Defendant will drive with his parents, Chris Demirtas and Sabrina Newton, to stay at Ms. Newton's parents' home located in Longs, South Carolina, which is approximately 45 minutes from the wedding venue by car.
4. After the wedding, on October 12, 2026, Mr. Demirtas and his parents will return home by car to Severna Park, Maryland.
5. Undersigned counsel has provided U.S. Probation and the United States with the names and address of Ms. Newton's parents and the name and address of the wedding venue.

6. The United States does not object to this motion.

7. The Defendant respectfully waives a hearing on this motion.

Wherefore, the Defendant respectfully requests that this motion be granted. A proposed order is attached.

Respectfully submitted,
CODY DEMIRTAS
By: _________/s/_______________

Joseph King, Esq.
Virginia State Bar No. 65632
King, Campbell, Poretz & Mitchell PLLC
118 N. Alfred Street
Alexandria, VA 22314
Telephone: 703-683-7070
Fax: 703-652-6010
Email: jking@kingcampbell.com

**CERTIFICATE OF SERVICE**

I certify that on the 10th day of September, 2026, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to counsel of record.

__________/s/_____________
Joseph King