UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No: 24-CR-417 (CKK)

UNITED STATES OF AMERICA
Plaintiff
vs.

NICOLAS DELLECAVE, et.al.
Defendant
________________________________/

**UNOPPOSED MOTION TO TRAVEL**

COMES NOW Nicolas Dellecave, by and through Philip L. Reizenstein, Esq., Reizenstein and Associates, PA., and moves this Court to temporarily modify the conditions of his pre-trial release to permit travel to Miami, Florida to meet with and work with his attorneys who are based in Miami from Thursday September 24, 2026, through Sunday September 27, 2026. In support thereof, the defense would aver the following:

1. Nicolas Dellecave has been released on conditions of bond and is currently supervised by pre-trial services in the Southern District of New York, where he resides with his mother in Staten Island. Since his release, Mr. Dellecave has complied fully with all conditions of his bond and has maintained regular contact with his pre-trial release officer.

2. This Court previously granted an Unopposed Motion to Travel allowing Mr. Dellecave to travel to a family reunion, [DE 355]. The Court also previously granted a motion to Amend Conditions of Bond to permit Mr. Dellecave to travel to the boroughs of Brooklyn and Manhattan. [DE Minute entry April 14, 2026]. Mr. Dellecave has been

in full compliance with conditions of his release since the bond conditions were modified.

3. Mr. Dellecave and counsel appeared with his father before this court for a status conference on September 11, 2206. [DE Minute entry September 11, 2026]. And at that time counsel informed the court that there was a plea offer pending and he was going to file this motion to allow Mr. Dellecave to travel to Miami to meet with his counsel, review discovery and the plea offer.

4. The defense seeks, without opposition, to have the Court allow him to travel by airplane to Miami, Florida, to meet with counsel. Travel is requested from Thursday September 24, 2026, through Sunday September 27, 2026, to allow sufficient time for Mr. Dellecave to meet with his counsel on September 25 and 26, 2026.

5. There is no credible risk of flight or danger to the community arising from the proposed travel. Mr. Dellecave has previously surrendered all of his travel documents.

6. Counsel has conferred with Assistant United States Attorney Christopher Howland, Esq., regarding the government's position on this motion and he graciously responded that the government has no objection to the Court granting this motion.

WHEREFORE, the undersigned moves this Court to grant this motion allow Nicolas Dellecave to travel to Miami, Florida to meet with and work with his attorneys from Thursday September 24, 2026, through Sunday September 27, 2026.

Respectfully Submitted,

*S/ Philip L. Reizenstein*
Philip L. Reizenstein, Esq.
Admitted pro hac vice
Reizenstein & Associates, PA
Florida Bar# 634026
2828 Coral Way, Suite 540
Miami, FL, 33145
(305) 444-0755
(Cell) (305) 926-0218
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com