**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KUNAL MEHTA<br><br>*Defendant.* | Case No. 24-cr-417 (CKK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT Molly Bunke, of the law firm Kropf Moseley Schmitt PLLC, 1100 H Street NW, Suite 1220, Washington DC 20005, an attorney duly admitted in this Court, hereby appears as co-counsel with Addy R. Schmitt on behalf of Defendant Kunal Mehta.

Dated: November 6, 2026

Respectfully submitted,

**Molly Bunke** | DC Bar No.
1617507 Kropf Moseley Schmitt
PLLC
1100 H Street NW
Suite 1220
Washington, DC 20005
(202) 627-6900
molly@kmlawfirm.com