UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Case No: 24-CR-417 (CKK)

UNITED STATES OF AMERICA
Plaintiff vs.

NICOLAS DELLECAVE, et.al.
Defendant
_________________________________/

**UNOPPOSED MOTION TO TRAVEL**

COMES NOW Nicolas Dellecave, by and through Philip L. Reizenstein, Esq., Reizenstein and Associates, PA., and moves this Court to temporarily modify the conditions of his pre-trial release to permit travel to Miami, Florida to meet with and work with his attorneys who are based in Miami from Tuesday November 17, 2026, through Thursday November 19, 2026. In support thereof, the defense would aver the following:

1. This is the second motion to travel to facilitate Mr. Dellecave flying to Miami, Florida to meet and work with his counsel. The Court granted a prior motion in September, 2026, and Mr. Dellecave traveled, met with his counsel, and returned without incident.
2. Nicolas Dellecave has been released on conditions of bond and is currently supervised by pre-trial services in the Southern District of New York, where he resides with his mother in Staten Island. Since his release, Mr. Dellecave has complied fully with all conditions of his bond and has maintained regular contact with his pre-trial release officer.
3. The defense seeks, without opposition, to have the Court allow him to travel by airplane to Miami, Florida, to meet with counsel. Travel is requested from Tuesday November

17, 2026 and return to his home in Staten Island, New York on Thursday November 19, 2026.

4. There is no credible risk of flight or danger to the community arising from the proposed travel. Mr. Dellecave has previously surrendered all of his travel documents and followed all orders of this court regarding his release.

5. Counsel has conferred with Assistant United States Attorney Christopher Howland, Esq., regarding the government's position on this motion and he graciously responded that the government has no objection to the Court granting this motion.

WHEREFORE, the undersigned moves this Court to grant this motion allow Nicolas Dellecave to travel to Miami, Florida to meet with and work with his attorneys from Tuesday November 17, 2026 through Thursday November 19, 2026.

Respectfully Submitted,

*S/ Philip L. Reizenstein* Philip L. Reizenstein, Esq. Admitted pro hac vice
Reizenstein & Associates, PA
Florida Bar# 634026
2828 Coral Way, Suite 540 Miami, FL, 33145
(305) 444-0755
(Cell) (305) 926-0218
Phil@Reizensteinlaw.com
Service@Reizensteinlaw.com