**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>NICOLAS DELLECAVE,<br>Defendant. | Criminal Action No. 24-417-17 (CKK) |

**ORDER**
(November 13, 2026)

Upon consideration of Defendant's [400] Unopposed Motion to Travel, and for good cause shown, it is hereby **ORDERED** that Defendant's [400] Unopposed Motion is **GRANTED**. Defendant's conditions of release shall be temporarily modified to permit Defendant to travel by airplane to Miami, Florida, from November 17, 2026, to November 19, 2026, to meet with and work with his attorneys. Defendant shall return to his residence in Staten Island, New York, no later than November 19, 2026.

**SO ORDERED.**

COLLEEN KOLLAR-KOTELLY
United States District Judge